UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>          Movant,<br><br>v.<br><br>LINDSEY BOYLAN,<br><br>          Respondent. | Case No. __23-mc-185__ |
| TROOPER 1,<br><br>          Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>          Defendants. | Pending In: Civil Action No. 22-cv-00893 (LDH) (TAM), United States District Court for the Eastern District of New York |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the declaration of Rita M. Glavin and all exhibits attached hereto, former Governor of the State of New York Andrew M. Cuomo ("Governor Cuomo"), by and through his attorneys, Glavin PLLC and Sher Tremonte LLP, will move pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) before the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the court, for an Order granting Governor Cuomo's Motion to Compel Lindsey Boylan's Compliance with Subpoena, and for such other relief as the Court may deem just and proper.

Dated: June 5, 2023

                                                        Respectfully submitted,

                                                        */s/ Rita M. Glavin*
                                                        Rita M. Glavin
                                                        GLAVIN PLLC
                                                        156 West 56th Street, Ste. 2004
                                                        New York, NY 10019
                                                        Tel: (646) 693-5505
                                                        rglavin@glavinpllc.com

                                                        Theresa Trzaskoma
                                                        Allegra Noonan
                                                        SHER TREMONTE LLP
                                                        90 Broad Street, 23rd Floor
                                                        New York, New York 10004
                                                        Tel.: (212) 202-2600
                                                        Fax: (212) 202-4156
                                                        ttrzaskoma@shertremonte.com

                                                        *Counsel for former Governor*
                                                        *Andrew M. Cuomo*