UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>                 Movant,<br><br>            v.<br><br>LINDSEY BOYLAN,<br><br>                Respondent. | **NOTICE OF APPEARANCE**<br><br>Case No. 23-MC-185 |
| TROOPER 1,<br><br>                Plaintiff,<br><br>            v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>                Defendants. | Pending In: Civil Action No. 22-cv-00893 (LDH) (TAM), United States District Court for the Eastern District of New York |

      PLEASE TAKE NOTICE that the undersigned, Theresa Trzaskoma of the law firm Sher Tremonte LLP, hereby appears as counsel for Movant former Governor Andrew M. Cuomo in the above-captioned action.

Dated: New York, New York
June 5, 2023

                                                             Respectfully submitted,

By: */s/ Theresa Trzaskoma*

Theresa Trzaskoma
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Tel: (212) 202-2600
ttrzaskoma@shertremonte.com

*Counsel for former Governor Andrew M. Cuomo*