UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>       Movant,<br><br>    v.<br><br>LINDSEY BOYLAN,<br><br>       Respondent.<br><br>TROOPER 1,<br><br>       Plaintiff,<br><br>    v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>       Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 23-MC-185<br><br><br><br>Pending In: Civil Action No. 22-cv-00893 (LDH) (TAM), United States District Court for the Eastern District of New York |

  PLEASE TAKE NOTICE that the undersigned, Allegra A. Noonan of the law firm Sher Tremonte LLP, hereby appears as counsel for Movant former Governor Andrew M. Cuomo in the above-captioned action.

Dated: New York, New York
June 5, 2023

                                                Respectfully submitted,

                                      By:    */s/ Allegra A. Noonan*

                                                Allegra A. Noonan
                                                Sher Tremonte LLP
                                                90 Broad Street, 23rd Floor
                                                New York, NY 10004
                                                Tel: (212) 202-2600
                                                anoonan@shertremonte.com

                                                *Counsel for former Governor Andrew M. Cuomo*