UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNOR ANDREW M. CUOMO,<br><br>                          Movant,<br><br>v.<br><br>LINDSEY BOYLAN,<br><br>                          Respondent. | **NOTICE OF APPEARANCE**<br><br>Case No. 23-mc-185 |
| TROOPER 1,<br><br>                          Plaintiff,<br><br>v.<br><br>NEW YORK STATE POLICE, ANDREW CUOMO, MELISSA DEROSA, and RICHARD AZZOPARDI,<br><br>                          Defendants. | Pending In: Civil Action No. 22-cv-00893 (LDH) (TAM), United States District Court for the Eastern District of New York |

      PLEASE TAKE NOTICE that Michaelene Wright of the law firm Glavin PLLC, with offices at 156 West 56th Street, Suite 2004, New York, New York 10019, hereby appears as counsel for Movant former Governor Andrew M. Cuomo in the above-captioned action.  The undersigned hereby requests that all papers in the above-captioned action be served upon her at the address and e-mail stated below.

Dated: New York, New York
June 6, 2023

                Respectfully submitted,

By: *s/ Michaelene Wright*
Michaelene K. Wright (Bar No. 5785811)
GLAVIN PLLC
156 West 56th Street, Ste. 2004
New York, New York 10019
(646) 693-5505
mwright@glavinpllc.com

*Counsel for former Governor Andrew Cuomo*