UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW M. CUOMO,<br><br>                Movant,<br><br>     v.<br><br>LINDSEY BOYLAN,<br><br>                Respondent. | **NOTICE OF APPEARANCE**<br><br>Case No. 23-mc-185 (ER) |

PLEASE TAKE NOTICE that E. Danya Perry of Perry Law, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of Respondent Lindsey Boylan in the above-captioned action.

Dated: June 8, 2023
       New York, New York

Respectfully submitted,

/s/ E. Danya Perry
E. Danya Perry (No. 2839983)
PERRY LAW
157 East 86th Street, 4th Floor
New York, NY 10028
Email: dperry@danyaperrylaw.com
Telephone: (646) 357-9950
Facsimile: (646) 849-9609

*Attorney for Respondent Lindsey Boylan*