UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW M. CUOMO,<br><br>      Movant,<br><br>  v.<br><br>LINDSEY BOYLAN,<br><br>      Respondent. | **NOTICE OF APPEARANCE**<br><br>Case No. 23-mc-185 (ER) |

PLEASE TAKE NOTICE that Karen Friedman Agnifilo of Perry Law, an attorney duly admitted to practice before this Court, respectfully enters her appearance as counsel on behalf of Respondent Lindsey Boylan in the above-captioned action.

Dated: June 8, 2023
   New York, New York

Respectfully submitted,

*/s/ Karen Friedman Agnifilo*
Karen Friedman Agnifilo (No. 2565604)
PERRY LAW
157 East 86th Street, 4th Floor
New York, NY 10028
Email: kagnifilo@danyaperrylaw.com
Telephone: (646) 974-0935
Facsimile: (646) 849-9609

*Attorney for Respondent Lindsey Boylan*