# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23−mc−00185−ER

| | |
|---|---|
| Cuomo v. Boylan | Date Filed: 06/05/2023 |
| Assigned to: Judge Edgardo Ramos | Date Terminated: 06/09/2023 |
| Cause: M 08−85 Motion to Compel | |

**Movant**

| | | |
|---|---|---|
| **Andrew M Cuomo** | represented by | **Rita Marie Glavin**  <br>Glavin PLLC  <br>156 West 56th Street  <br>Ste #2004  <br>New York, NY 10019  <br>646−693−5505  <br>Email: rglavin@glavinpllc.com  <br>*LEAD ATTORNEY*  <br>*ATTORNEY TO BE NOTICED* |
| | | **Allegra Ausilia Noonan**  <br>Sher Tremonte LLP  <br>90 Broad Street  <br>New York, NY 10004  <br>212−300−2449  <br>Fax: 212−202−4156  <br>Email: anoonan@shertremonte.com  <br>*ATTORNEY TO BE NOTICED* |
| | | **Michaelene Kennedy Wright**  <br>Glavin PLLC  <br>156 West 56th Street  <br>Suite 2004  <br>New York, NY 10019  <br>646−693−5505  <br>Email: mwright@glavinpllc.com  <br>*ATTORNEY TO BE NOTICED* |
| | | **Theresa Marie Trzaskoma**  <br>Sher Tremonte LLP  <br>90 Broad Street  <br>New York, NY 10004  <br>212−202−2600  <br>Fax: 212−202−4156  <br>Email: ttrzaskoma@shertremonte.com  <br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **Lindsey Boylan** | represented by | **E. Danya Perry**  <br>E. Danya Perry PLLC DBA Perry Law |

157 East 86th Street
Fl 4
New York, NY 10028
646–357–9950
Fax: 646–849–9609
Email: dperry@danyaperrylaw.com
*ATTORNEY TO BE NOTICED*

**Karen Friedman Agnifilo**
E. Danya Perry PLLC DBA Perry Law
157 East 86th Street
Floor 4
New York, NY 10028
646–596–2919
Fax: 646–849–9609
Email: kagnifilo@danyaperrylaw.com
*ATTORNEY TO BE NOTICED*

**Rachel Lauren Fleder**
E. Danya Perry PLLC D/B/A Perry Law
157 E 86TH ST # 457
New York, NY 10028
917–392–3952
Email: rfleder@danyaperrylaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/05/2023 | Ï 1 | MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Lindsey Boylan to Comply with Subpoena . Other Court Name: United States District Court – Eastern District of New York. Other Court Case Number: 22–CV–893. (Filing Fee $ 49.00, Receipt Number ANYSDC–27832679)Document filed by Andrew M Cuomo.(Glavin, Rita) (Entered: 06/05/2023) |
| 06/05/2023 | Ï 2 | MISCELLANEOUS COVER SHEET filed..(Glavin, Rita) (Entered: 06/05/2023) |
| 06/05/2023 | Ï 3 | MEMORANDUM OF LAW in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Lindsey Boylan to Comply with Subpoena . Other Court Name: United States District Court – Eastern District of New York. Other Court Case Number: 22–CV–893. (Filing Fee $ 49.00 . Document filed by Andrew M Cuomo..(Glavin, Rita) (Entered: 06/05/2023) |
| 06/05/2023 | Ï 4 | DECLARATION of Rita M. Glavin in Support re: 1 MISCELLANEOUS CASE INITIATING DOCUMENT – MOTION to Compel Lindsey Boylan to Comply with Subpoena . Other Court Name: United States District Court – Eastern District of New York. Other Court Case Number: 22–CV–893. (Filing Fee $ 49.00. Document filed by Andrew M Cuomo. (Attachments: # 1 Exhibit 1 – Trooper 1 Initial Disclosures, # 2 Exhibit 2 – Document Subpoena, # 3 Exhibit 3 – Deposition Subpoena, # 4 Exhibit 4 – Responses and Objections).(Glavin, Rita) (Entered: 06/05/2023) |
| 06/05/2023 | Ï 5 | NOTICE OF APPEARANCE by Theresa Marie Trzaskoma on behalf of Andrew M Cuomo..(Trzaskoma, Theresa) (Entered: 06/05/2023) |
| 06/05/2023 | Ï 6 | NOTICE OF APPEARANCE by Allegra Ausilia Noonan on behalf of Andrew M Cuomo..(Noonan, Allegra) (Entered: 06/05/2023) |
| 06/06/2023 | Ï | Case Designated ECF. (vba) (Entered: 06/06/2023) |

| 06/06/2023 | Ï | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf−related−instructions. .(vba) (Entered: 06/06/2023) |
|---|---|---|
| 06/06/2023 | Ï 7 | NOTICE OF APPEARANCE by Michaelene Kennedy Wright on behalf of Andrew M Cuomo..(Wright, Michaelene) (Entered: 06/06/2023) |
| 06/08/2023 | Ï 8 | NOTICE OF APPEARANCE by E. Danya Perry on behalf of Lindsey Boylan..(Perry, E. Danya) (Entered: 06/08/2023) |
| 06/08/2023 | Ï 9 | NOTICE OF APPEARANCE by Karen Friedman Agnifilo on behalf of Lindsey Boylan..(Agnifilo, Karen) (Entered: 06/08/2023) |
| 06/08/2023 | Ï 10 | NOTICE OF APPEARANCE by Rachel Lauren Fleder on behalf of Lindsey Boylan..(Fleder, Rachel) (Entered: 06/08/2023) |
| 06/08/2023 | Ï 11 | LETTER MOTION for Extension of Time *and Consent to Transfer Action* addressed to Judge Edgardo Ramos from E. Danya Perry dated June 8, 2023. Document filed by Lindsey Boylan..(Perry, E. Danya) (Entered: 06/08/2023) |
| 06/09/2023 | Ï 12 | ORDER: granting 11 Letter Motion for Extension of Time. The proposed briefing schedule below is adopted. The Clerk of Court is respectfully directed to transfer the case to the Eastern District of New York. SO ORDERED. Cross Motions due by 6/26/2023. (Signed by Judge Edgardo Ramos on 6/09/2023) (ama) (Entered: 06/09/2023) |
| 06/09/2023 | Ï | Set/Reset Deadlines: Responses due by 7/12/2023 Replies due by 7/24/2023. (ama) (Entered: 06/09/2023) |