UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW M. CUOMO,<br><br>Movant,<br><br>LINDSEY BOYLAN,<br><br>Respondent. | Case No.: 23-mc-01587 (LDH)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Julie R. F. Gerchik, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a partner of the firm of Glaser Weil LLP and a member in good standing of the bars of the States of California and New York, as attorney *pro hac vice* to appear as counsel for Respondent subpoena recipient Lindsey Boylan in the above-captioned matter. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 20, 2023                                              Respectfully submitted,

By:       /s/ *Julie R. F. Gerchik*
Julie R.F. Gerchik
Glaser Weil LLP
10250 Constellation Blvd., 19th Floor,
Los Angeles, CA 90067
JGerchik@GlaserWeil.com
310.282.6206

2296907.1