UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANDREW M. CUOMO

      Plaintiff(s),

v.

LINDSEY BOYLAN

      Defendant(s).

---

Case No.: 23-mc-01587 (LDH)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Julie Gerchik, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of California and New York.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 237764 (CA), 4064523 (NY)
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case Case No.: 23-mc-01587 (LDH) for Respondent, Lindsey Boylan.

Date June 20, 2023
Los Angeles, CA

Signature of Movant
Firm Name Glaser Weil Fink Howard Jordan & Shapiro LLP
Address 10250 Constellation Blvd,
19th Floor,
Los Angeles, CA 90067
Email JGerchik@GlaserWeil.com
Phone 310.282.6206

**NOTARIZED**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Los Angeles )

On 6/20/2023, before me, Tigran Samvelyan,
(insert name and title of the officer)
Notary Public, personally appeared Julie Gerchik,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

TIGRAN SAMVELYAN
Notary Public - California
Los Angeles County
Commission # 2367376
My Comm. Expires Jul 23, 2025

(Seal)



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JULIE ROSE GERCHIK

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JULIE ROSE GERCHIK, **#237764**, was on the **21st day of September, 2005**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the **9th day of June 2023.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Tao Zhang, Deputy Clerk



Appellate Division of the Supreme Court
of the State of New York
First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Julie Rose Gerchik

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 10, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 8, 2023.

Clerk of the Court

CertID-00123001



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Susanna Rojas*
Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/