

E. DANYA PERRY
917-543-1866 PHONE
dperry@danyaperrylaw.com EMAIL

June 26, 2023

**VIA ECF**

Hon. LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *Andrew M. Cuomo v. Lindsey Boylan*, 23-mc-01587 (LDH)

Dear Judge DeArcy Hall:

We represent Respondent Lindsey Boylan in the above-captioned miscellaneous action concerning Movant Andrew M. Cuomo's motion to compel compliance with a subpoena seeking nonparty discovery in connection with the related case *Trooper 1 v. New York State Police, et al.*, No. 22-cv-00893 (LDH) (TAM), which has been referred to Magistrate Judge Merkl. Ms. Boylan respectfully requests a two-day extension, until June 28, 2023, to file her opposition and cross motion to Mr. Cuomo's motion to compel.

The above-captioned action was transferred to this Court from the Southern District of New York on June 12, 2023. Prior to the transfer, Judge Ramos so-ordered the following briefing schedule for Mr. Cuomo's motion to compel:

- June 26, 2023 (extended from June 12, 2023): Ms. Boylan files opposition to compel and any cross motion.
- July 12, 2023: Mr. Cuomo files reply in support of motion to compel and opposition to any cross motion.
- July 24, 2023: Ms. Boylan files reply in support of any cross motion.

*See* ECF 12. Ms. Boylan has not made any other requests for extensions beyond the request so ordered at ECF 12. The reason for this request is that the undersigned has been sick for a number of days leading up to this deadline. Opposing counsel has consented to this request. This extension will not affect any other scheduled dates. We appreciate Your Honor's consideration of this request.

Sincerely,

*/s/ E. Danya Perry*
E. Danya Perry

*Attorney for Respondent Lindsey Boylan*