UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW M. CUOMO, <br><br> Movant, <br><br> v. <br><br> LINDSEY BOYLAN, <br><br> Respondent. | Case No. 23-mc-01587 (LDH) <br><br> Oral Argument Requested |

**NOTICE OF CROSS-MOTION BY NON-PARTY LINDSEY BOYLAN TO QUASH THE SUBPOENA BY DEFENDANT ANDREW M. CUOMO**

**PLEASE TAKE NOTICE**, that upon Non-Party Lindsey Boylan's accompanying Memorandum of Law, the Declaration of Julie R. F. Gerchik and the exhibits attached thereto, and all prior pleadings and papers on file in the above-captioned action and *Trooper 1 v. New York State Police*, No. 22-cv-00893 (LDH) (TAM) (E.D.N.Y.), Ms. Boylan hereby cross-moves this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure for an order quashing the subpoena served on Ms. Boylan in the action entitled, and granting such further relief as the Court deems just and proper.

Dated: June 28, 2023
  New York, New York

Respectfully submitted,

*/s/ E. Danya Perry*
E. Danya Perry
Rachel Fleder
Perry Law PLLC
157 East 86th Street, 4th Floor
New York, NY 10028
Phone: 646-974-0935
Fax: 646-849-9609
Email: dperry@danyaperrylaw.com

Julie R. F. Gerchik (*pro hac vice motion pending*)
Glaser Weil Fink Howard Jordan & Shapiro LLP
10250 Constellation Blvd.
Suite 1900
Los Angeles, CA 90067
310-553-3000
Fax: 310-556-2920
Email: jgerchik@glaserweil.com

*Attorneys for Respondent Lindsey Boylan*