# EXHIBIT 15

Page 1

1

2

- - - - - - - - - - - - - - - - - x

3    IN THE MATTER OF THE INDEPENDENT

INVESTIGATION UNDER EXECUTIVE

4    LAW 63(8)

- - - - - - - - - - - - - - - - - x

5

6                        VIRTUAL ZOOM INVESTIGATION

7                        May 20, 2021

                         11:00 a.m.

8

9

10        VIDEO RECORDED TESTIMONY of LINDSEY BOYLAN taken by

11   First Deputy Attorney General of the New York Attorney

12   General's Office in the above-entitled action, remotely

13   held via Zoom before Sara K. Killian, a Registered

14   Professional Reporter, Certified Court Reporter and Notary

15   Public of the State of New York.

16

17

18

19

20

21

22

23

24

25

1

2   A P P E A R A N C E S :

3

4   CLEARY GOTTLIEB STEEN & HAMILTON, LLP

5   Attorneys for the New York State Attorney

6        General's Office

7   One Liberty Plaza

8   One Liberty Place

9   New York, New York  10006

10  BY: JENNIFER KENNEDY PARK, ESQ.

11       JOON R. KIM, ESQ.

12

13

14

15  VLADECK RASKIN & CLARKE, PC

16  Attorneys for the New York State Attorney

17        General's Office

18  565 Fifth Avenue

19  New York, New York  10017

20  BY: ANNE CLARK, ESQ.

21       EZRA CUKOR, ESQ.

22

23  ALSO PRESENT:

24       JILL BASINGER, ESQ.

25       MARCO SOZIO, Veritext Videographer

```
                                          Page 3

 1

 2              THE VIDEOGRAPHER:  Good morning.  We

 3      are going on the record at 11:19 a.m. on

 4      May 20th, 2021.

 5              Please note that the microphones are

 6      sensitive and may pick up whispering, private

 7      conversations and cellular interference.

 8      Please turn off all cell phones or place them

 9      away from the microphones, as they can

10      interfere with the deposition audio.  Audio

11      and video recording will continue to take

12      place unless all parties agree to go off the

13      record.

14              This is media unit one of the

15      recorded interview of Witness May 20, 2021,

16      taken by Special Deputy for the New York

17      Attorney General's office in the matter of

18      Independent Investigation under New York

19      State Executive Law Section 63(8).  This

20      deposition is being held remote virtual Zoom

21      located in New York, New York 10011.

22              My name is Marco Sozio from the firm

23      Veritext and I'm the videographer.  The court

24      reporter is Sara Killian from the firm

25      Veritext New York.  I am not authorized to
```

```
                                          Page 4
 1
 2        administer an oath.
 3                Will the court reporter please swear
 4        in the witness?
 5   L I N D S E Y  B O Y L A N, after having first
 6   been duly sworn by a Notary Public of the State of
 7   New York, was examined and testified as follows:
 8                MS. CLARK:  Good morning, Ms. Boylan.
 9        Thank you for joining us again today.  My
10        name -- I'll introduce myself again.  My name
11        is Anne Clark and I've been appointed a
12        Special Deputy to the First Deputy Attorney
13        General.
14                Before I launch into some other
15        introductory remarks, I'll let everybody else
16        introduce or re-introduce themselves.
17                Joon?
18                MR. KIM:  Thanks.
19                Good to see you again.  My name is
20        Joon Kim.  I'm also, along with Anne Clark,
21        been designated as a Special Deputy to the
22        First Deputy Attorney General conducting the
23        investigation.  Good to see you and thank you
24        for joining us.
25                MS. CLARK:  Jenn?
```

```
                                        Page 5
 1                      L. Boylan
 2              MS. KENNEDY PARK:  Hi, Ms. Boylan.
 3         It's good to see you again.  I'm Jennifer
 4         Kennedy Park, I'm one of Joon's partners at
 5         Cleary Gottlieb in New York and I'm also one
 6         of the Special Deputies.
 7              MS. CLARK:  Ezra?
 8              MR. CUKOR:  I'm Ezra Cukor.  It's
 9         good to see you again, Ms. Boylan.  I'm from
10         the law firm Vladeck Raskin & Clark and I've
11         also been appointed to work with Anne on this
12         investigation.
13              MS. CLARK:  So as you know, the New
14         York Attorney General has appointed my firm,
15         Vladeck Raskin & Clark --
16              MS. BASINGER:  I apologize, Anne.
17              For your record, Jill Basinger is
18         present as counsel for the record.
19    EXAMINATION BY
20    MS. CLARK:
21         Q.    All right.
22              As you know, the New York Attorney
23    General has appointed my firm, Vladeck Raskin &
24    Clarke, and the law firm of Cleary Gottlieb Steen
25    & Hamilton to conduct an independent investigation
```

```
                                        Page 6
 1                     L. Boylan
 2   under New York Executive Law Section 63(8) into
 3   allegations of sexual lamenter brought against
 4   Governor Andrew Cuomo as well as the surrounding
 5   circumstances, as was noted.  You are here today
 6   pursuant to a subpoena issued in connection with
 7   this investigation.
 8                 I'll note, although you heard the
 9   intro at the beginning, that this is being video
10   recorded.  You've been sworn in, so you are under
11   oath, which means you must testify truthfully and
12   fully to the best of your ability as if you were
13   in a court of law in front of a judge and jury.
14                 If at the end of our discussion you
15   want to make a brief sworn statement to add
16   anything we didn't address, you are welcome to do
17   so.  I will remind you again at the end.
18                 This is a civil investigation, but I
19   am just letting you know that the Attorney
20   General's Office also has criminal enforcement
21   powers.  So we notify everybody that you have the
22   right to refuse to answer a question if you think
23   it might incriminate you.  If you fail to answer
24   or refuse to answer a question, it could be used
25   against you in a court in any civil proceeding,
```

not in a criminal proceeding.

You are appearing today with your attorney present and she can advise you about things like privilege, but she otherwise cannot make objections or interject.

As you can see, we have a court reporter in addition to the videographer present with us today and she's going to be taking down what each of us says to create a written record. In order to create a clean written record, it's important that you give a verbal response to my questions.

A. Okay.

Q. If you gesture or nod or say mm-hmm, that doesn't some out so well. Her job is difficult if we speak at the same time. It's harder with video, but I will do my best to wait until you finish speaking before I ask my next questions and I'll ask that you let me get my whole question out, even if you think you know where I'm headed, before you start talking because we if we talk about the same time, it's difficult.

If at any point I ask a question and you don't understand it, let me know and I'll

```
                                            Page 8
 1                      L. Boylan
 2    rephrase it in a way that makes more sense.
 3                    At times, I might ask you about
 4    details like names or dates.  If you know them,
 5    that's great.  If you don't, if you can give as
 6    much information as you have.  If you don't know
 7    the exact date, say it was springtime or you know
 8    somebody's first name or anything along those
 9    lines.
10                    You will not be permitted to get --
11    you won't get a copy of the transcript of this
12    proceeding.  But if along the way while we're
13    talking you realize that something you said
14    earlier isn't accurate or you remember something
15    additional to an earlier question, just let us
16    know, we're happy to address anything you said
17    previously.
18                    If you need a break at any point, let
19    us know.  We will be taking breaks, if for nothing
20    else to change the media.  I just ask that you
21    answer any question before we take a break so
22    there's no question pending.
23                    Then, we just want to confirm a few
24    things.  I want to confirm are you alone in the
25    room you are in?
```

```
                                                    Page 9
 1                        L. Boylan
 2        A.      Yes.
 3                MS. CLARK:  Ms. Basinger, are you
 4        alone as well?
 5                Ms. Basinger is -- she's muted.
 6                MS. BASINGER:  I apologize.
 7                Yes, I am.
 8                MS. CLARK:  That's okay.
 9        Q.      I want to confirm that neither you
10   nor your counsel are using any technology to
11   create your own recording of the proceedings,
12   including any screen capturing tools.
13                Is that correct?
14        A.      Yes.  I'm not doing that.
15                MS. BASINGER:  Yes.
16        Q.      I want to confirm that neither you
17   nor your counsel are allowing anyone else to
18   listen in including through other devices.
19                Is that correct?
20        A.      Correct.
21                MS. BASINGER:  Correct.
22        Q.      I just want to advise you and your
23   counsel that neither of you can communicate in
24   realtime or during breaks about what's going on in
25   today's proceeding, as well as that -- under
```

```
                                        Page 10
 1                    L. Boylan
 2   Executive Law 63(8), this testimony is
 3   confidential, so you are not permitted or your
 4   counsel is not permitted either to share with
 5   anyone what we ask you about, what information you
 6   provided to us.  If anyone asks you to disclose
 7   that information, please let us know, including if
 8   they provided any reason why they're asking for
 9   this information.
10              Are you on any medication that would
11   affect your ability to testify accurately and
12   truthfully today?
13        A.      No.
14        Q.      Have you had any alcohol today?
15        A.      No.
16        Q.      Is there any reason why you can't
17   testify accurately and truthfully today?
18        A.      No.
19        Q.      Okay.
20              If you could for the record state
21   your name, date of birth and current home and
22   business addresses, please?
23        A.      My name is Lindsey Boylan, I'm ███
24   ██████████████, I live at ███████████████████
25   ███████████████ and I'm running for office, so I work
```

```
                                            Page 11
 1                      L. Boylan
 2   for myself and we have an office, but my office is
 3   here.
 4        Q.      Have you ever given testimony in any
 5   other proceedings, deposition, trial, anything
 6   like that?
 7        A.      Never.
 8        Q.      Other than speaking with your
 9   attorney -- because I don't want to know about
10   that -- have you done anything else to prepare for
11   today's testimony?
12        A.      I took a long walk and I have
13   lavender oil next to me for stress, but no.
14   Nothing other than that, no.
15        Q.      Were you sent -- yes.
16                If you could break the seal on that
17   and open that up --
18        A.      This is bizarrely like Christmas or
19   something.
20        Q.      Okay.
21                If you could turn to tab one --
22        A.      Okay.
23        Q.      This is a document subpoena that we
24   sent to you.
25                Have you reviewed this?
```

```
                                            Page 12
 1                      L. Boylan
 2        A.       I've reviewed the document that Jill
 3   sent me about the rules of the subpoena, but I
 4   don't know what, you know, this thing that I'm
 5   looking at.  This looks like the thing that I
 6   have.
 7        Q.       Okay.
 8                 And this asks you to look for various
 9   documents that that would --
10        A.       Yes.
11        Q.       -- relevant to our investigation.
12        A.       Yes.
13        Q.       Are you the person that gathered the
14   documents that you provided --
15        A.       Yes.
16        Q.       -- to your attorney to give to us?
17        A.       Yes.  And that's everything to my
18   knowledge that I know that would be germane.
19        Q.       What devices or locations did you
20   search to obtain documents to send to us?
21        A.       I looked in my mailbox, email box, I
22   had screenshotted photos on my iPhone and that was
23   saved in the Cloud, even though I lost, like, five
24   iPhones since I worked there, and I talked to a
25   few friends and my mom and friends who remembered
```

```
                                              Page 13
 1                       L. Boylan
 2     conversations either at the time or afterwards
 3     related to the --
 4                    (Reporter clarification)
 5                    MS. BASINGER:  I'm trying to open
 6           this package because whoever sealed it did a
 7           really, really good job.
 8                    MS. CLARK:  Sorry, Jill.
 9                    MS. BASINGER:  I'm still trying to
10           rip things.  All right.  Well, you have very
11           good people in your staff because they really
12           sealed that well.
13                    MS. CLARK:  The Cleary people
14           are serious about sealing things up.
15                    MS. BASINGER:  The Cleary people were
16           not playing.
17                    THE COURT REPORTER:  Okay, but the
18           audio.  I'm losing some of the answers.
19                    MS. CLARK:  Ms. Killian, what did you
20           get on the last answer?
21                    (Whereupon, the record was read back
22           by the reporter.)
23           A.      -- to the incidents that I have
24     shared.
25                    And when I said five iPhones, I was
```

```
 1                    L. Boylan
 2    generalizing.  That was not intended to be a
 3    specific number.  I just meant I've a lost a lot
 4    of phones since then.
 5         Q.       If you could turn to tab two in the
 6    binder in front of you --
 7         A.       Yes.
 8         Q.       -- this is the subpoena for your
 9    testimony today.
10                  Did you review that when you got
11    that?
12         A.       Yes.
13         Q.       You understand that you're appearing
14    today pursuant to that subpoena under oath,
15    correct?
16         A.       Yes.
17         Q.       Okay.
18                  You can put that aside for now.  I'm
19    going to just ask you a few questions about your
20    background.
21                  How far did you get in school?
22         A.       I have my MBA from Columbia Business
23    School.  I did the executive program while working
24    full-time and before that, I have an BA from
25    Wellesley College in political science.
```

```
                                              Page 15
 1                    L. Boylan
 2        Q.        When did you get your MBA?
 3        A.        2012.
 4        Q.        When did you get your bachelor's?
 5        A.        2006.
 6        Q.        If you could sort of walk us there
 7   your employment from 2006 until you came to work
 8   for New York State, that would be great.
 9        A.        So I came to New York after
10   graduating from Wellesley.  I didn't have a job.
11   I was -- I moved in with my boyfriend at the time
12   and looked for work and I got a job in urban
13   planning, working for a small firm run by a
14   professor at Yale, Alexander Garvin.  He's a very
15   well known urban planner, particularly in parks
16   management.
17                  I started off as an admin, which is
18   what typically happens, and then I became a
19   project manager in the course of that year for a
20   master planning process for a park in Memphis,
21   Tennessee.  So I went back several times back and
22   forth and my work had me comparing the management
23   structures for other parks, primarily in New York
24   City, wherein I was able to interview and get to
25   know Dan Peterman, who runs and ran at the time
```

1                    L. Boylan

2    Bryant Park, and after about a year of, you know,

3    not really having anywhere to go in the

4    organization, I ended up taking a job as an

5    operations manager at Bryant Park and the

6    interconnected Business Improvement Districts.

7              I was there ultimately I think for

8    about five and a half years and I continued to go

9    up the ranks, ultimately as Director of Business

10   Affairs, I think is the title that we had, but

11   overseeing, you know, both, you know, corporate

12   partnerships and sanitation, hospitality crews and

13   the day-to-day management of the park as well as

14   Herald and Greeley and the 31st Street Partnership

15   and the like.

16             I also did business school and the

17   executive program in the last two years of my

18   employment there and they did contribute to that

19   MBA work.  After I graduated in 2012, I had just

20   gotten married as well and wanted to change and I

21   went into client strategy at an investment bank,

22   RBC, that does municipal finance because following

23   the financial crisis, I kind of wanted to

24   understand how the financing side of it of

25   infrastructure and municipal government worked.  I

```
                                             Page 17
 1                     L. Boylan
 2     was there for, I think, about two and a half
 3     years, ███████████████████████████████████
 4     ███████████████████████████████████████████
 5     realized I didn't want to be in investment
 6     banking.  I had built some connections over time.
 7     One of the people who did PR work for RBC and
 8     municipal finance that I connected with suggested
 9     that after the Governor's re-election was a good
10     time to try and get in State service, which was
11     always my goal, to get in government directly
12     eventually, because people would, you know, be
13     leaving and coming in.
14                 So I think I sent my résumé in in the
15     winter of -- let's see, ██████████████████████ so
16     the fall or the winter of 2014.  You know, I was
17     really unhappy there because, you know, ██████████
18     ████████████ and, you know, you think if I'm going
19     to be away, I want it to be something meaningful
20     and I didn't want to be in investment banking.  So
21     that was after the Governor's re-election.  I did
22     not know the Governor and I sent my résumé into
23     the HR portal and at the suggestion of both -- why
24     can't I think of their names? -- they're people
25     germane to all of this and the retaliation
```

```
                                        Page 18
 1                      L. Boylan
 2   accusations -- Rich Bamberger, who had been the
 3   client strategy, you know, work that I had done at
 4   RBC, you know, he knew how state government worked
 5   and there's another individual at Kibbit now, too.
 6   I can't remember his name.
 7              They suggested I put my résumé in, my
 8   résumé was found or I think ▆▆▆▆▆▆▆▆▆, who
 9   was working for the State at the time, suggested
10   it would be a good fit for the State's Economic
11   Development Agency, which was Empire State
12   Development.  So my résumé was passed there.
13              I got -- I think that would have been
14   early 2015 -- a VP role for Business Development
15   at Empire State Development and ultimately, that
16   component was intended to oversee regional
17   economic development for the State, but, you know,
18   if you're familiar with State government, you are
19   either in the flow or you're not that and it was
20   not a particularly powerful person who headed up
21   that component, so it was kind of a sucky job
22   honestly, so I was trying to look internally where
23   I could grow, you know.  So I kept trying to get
24   to know people in the different departments and,
25   you know, see where I might be able to be more
```

```
                                              Page 19
 1                       L. Boylan
 2     happy and challenged.
 3                And in that process, around the same
 4     time within a few months of when I joined Empire
 5     State Development, the existing Chief of Staff had
 6     left and the new Commissioner, Howard Zemsky, was
 7     looking to replace that person and government
 8     Chief of Staff is kind of, like, a right-hand
 9     person and because I think I had been talking to a
10     number of different departments, people said hey,
11     you should check this person out, she's pretty
12     smart, whatever, so I got that job.
13          Q.     Let me stop you.
14                 I want to ask a few things about what
15     you've told me so far about when you joined ESD.
16                 You said Rich Bamberger suggested it.
17                 Was the other person John Glasto?
18          A.     Yes, Josh Glasto.   Josh.
19          Q.     I'm sorry.
20                 What was that?
21          A.     Rich Bamberger had introduced me to
22     Josh because they had worked together in state
23     service.
24          Q.     Okay.
25                 Did either of them tell you anything
```

```
                                             Page 20

 1                     L. Boylan
 2    about what it was like to work for the State
 3    before you put in the application?
 4         A.        At some point, I think they shared
 5    anecdotal stories about how much they hated Linda
 6    Lacewell and how hard it was to work with her, but
 7    nothing more than that.
 8         Q.        Did you speak to anyone else who had
 9    worked in the Cuomo administration before you
10    joined ESD?
11         A.        Right around the time that I was
12    offered the position -- I don't know if I had
13    already started yet.  Candidly, I don't remember
14    the exact timing -- but ██████████, who at
15    the time ran Association for a Better New York and
16    had actually been Chief of Staff at Empire State
17    Development said, you know, just be careful, you
18    know, don't end up interacting with or be careful
19    around the Governor.  I just had to kill a story
20    about him and women.
21                   And, you know, I thought it was a
22    weird -- something worth thinking about, but this
23    was a huge state government apparatus and frankly,
24    I didn't think I was going to be interacting at
25    all with the Governor and also, frankly, every job
```

```
                                        Page 21
 1                    L. Boylan
 2    I had ever had, there was some weird older man who
 3    was kind of creepy with women.  So all of these
 4    things were not that surprising to me and didn't
 5    really -- it's something I remembered but then
 6    kind of just, you know, filed away mentally.
 7         Q.      When you were Vice President, who did
 8    you report to?
 9         A.         ██████████████
10         Q.      How many months did you hold that
11    Vice President position?
12         A.      I want to say around, you know, five
13    to seven months.  I'm not sure exactly the dates
14    and candidly, I'm not great with dates, just so
15    you know.
16         Q.      What were your responsibilities
17    during the time that you were Vice President?
18         A.      His responsibility was to oversee all
19    of these regional offices to do job creation, so
20    there are ten regional offices across the state,
21    but he didn't have the respect of the people that
22    were working in those offices and he was pretty
23    lazy, so you know whatever -- whatever dynamic he
24    had at play, my role was degenerative of that,
25    which is why the role wasn't that fun, candidly.
```

```
                                           Page 22

  1                       L. Boylan
  2        Q.        What is it that you sort of did on a
  3   day-to-day basis during that period?
  4        A.        I would travel around the state, I
  5   would go to Regional Economic Development Council
  6   meetings, I tried to meet all of the regional
  7   directors, which is one of the, you know, things
  8   that became really meaningful in my employment at
  9   Empire State Development because these are the
 10   local regional leaders who are trying to do job
 11   creation that is consistent with the economies of
 12   their local areas.  So that was a lot of fun.  I
 13   got to know the, you know, Finger Lakes, western
 14   New York, you know, all these different regions of
 15   the state and that was fascinating.
 16        Q.        Who was the person that was leaving
 17   the Chief of Staff position?
 18        A.        I'm trying to remember his name at
 19   this point.  I would know -- it's someone I know.
 20   He went into the real estate sector just before
 21   me.  If you said it, I would say yes or no.  I
 22   can't remember his name right now.
 23        Q.        Who did you interview with to become
 24   Chief of Staff, if anyone?
 25        A.        Howard made that decision.
```

```
                                              Page 23
 1                      L. Boylan
 2       Q.        And Howard is Howard Zemsky?
 3       A.        Yes.
 4       Q.        Do you recall interviewing with
 5   anyone else to get that position?
 6       A.        I met with I think ███████████.  You
 7   know, I met with a lot of the senior staff, but
 8   the way that that process worked, I'm not
 9   entirely, you know, privy to what -- if those were
10   actually interviews or, you know, kind of
11   marketing and tourism, ████████████, if he was just
12   someone, you know, like -- I don't know if I was
13   just being interviewed or if I had just known him
14   before and suggested that behind the scenes.
15               But formality was not really
16   something that I experienced a lot of when I was
17   there or in the State General.
18       Q.        How long did you hold the Chief of
19   Staff position?
20       A.        Well, it would have been I think the
21   fall of 2015, roughly in there, until I left
22   officially to work for the Governor, which was at
23   the end of 2017, early 2018.
24               I would say as an aside what is
25   reflected in the announcements -- public
```

1                    L. Boylan

2    announcements -- typically is, like, many months

3    behind the actual thing happening for any number

4    of logistical reasons, so I wouldn't base it off

5    that.  Typically, I had all of these jobs before

6    the announcements came out.  But I don't know

7    exact dates.  As I said, I can -- I'm a visual --

8    I have a graphic memory, but not a date one.

9         Q.     Did you report directly to Mr. Zemsky

10   when you became Chief of Staff?

11        A.     Yes.

12        Q.     What were your responsibilities as

13   Chief of Staff?

14        A.     I had to oversee all those regional

15   offices and really try to integrate them into the

16   work of the State and this was a particular

17   powerful agency for the State as a whole and even

18   though I didn't know the Governor at the

19   beginning, it was clear that he used these -- to

20   some extents to the same way that he did a lot of

21   regional work at HUD, so these were seen as a hub

22   of integrating different activities at that state.

23   So these were really important relationships and I

24   loved working with the regional offices.  It was

25   the great joy of my time.

```
                                        Page 25
 1                    L. Boylan
 2       Q.      Other than interacting with the
 3   regional offices during the time you were Chief of
 4   Staff, who were the other people in state
 5   government that you interacted with the most?
 6       A.      At the beginning, I interacted just
 7   primarily with ESD and all of the senior staff, so
 8   the real estate segment, the press segment, the
 9   marketing and tourism segment.  You know, all of
10   the different parts so to speak.
11               But pretty quickly, when you're a
12   Chief of Staff of the Agency -- I don't know if
13   this is the same in every state government -- but
14   Chief of Staff, the Governor's team would end up,
15   you know, you ended up being responsible.  They
16   treated the principal, particularly someone who,
17   like, Howard, who was very close with the Governor
18   as if, you know, he was a kid to bring around and
19   it was my responsibility to corral him.
20               And that was -- that also became a
21   job and it became, you know, the substance policy,
22   the substance of announcements didn't end up going
23   to him, they ended up coming to me.  So I started
24   to have a very clear reporting, you know, dotted
25   line to Chamber primarily through their press
```

```
                                              Page 26

 1                    L. Boylan

 2    components.

 3         Q.       So who are the people in Chambers

 4    that you dealt with primarily?

 5         A.       At first, it would have been

 6    underling like -- not underlings, but people like

 7    Dani Lever, Annabel Walsh, Jill DesRosiers,

 8    Stephanie Benton and ultimately Melissa DeRosa,

 9    but Melissa would only get engaged somewhat later.

10         Q.       Around when did you --

11         A.       And Andrew Ball.

12         Q.       Around when did you start having more

13    contact with Melissa DeRosa?

14         A.       I remember -- the first thing I

15    really remember about her when was she became

16    secretary to the Governor -- and again, I don't

17    have dates.  Primarily when I have dates, it's

18    because I know what the event was and I look back

19    at the date, so just fully candidly speaking.

20              But I was invited to a campaign event

21    where she was being celebrated as the first woman

22    secretary to the Governor.  I remember being so

23    proud because I went to a women's college and it

24    was really important to me that we get women in

25    these leadership roles and so I sent her an email
```

                                                  Page 27

 1                        L. Boylan
 2    and sent her a few nice things and then I think I
 3    was kind of on her radar as well.
 4                    And when they were trying to get paid
 5    family leave and the $15 minimum wage passed, that
 6    was my first real interaction with her.  So I
 7    could figure out the date time stamp for that
 8    because the job of -- the Governor's team and the
 9    relevant agencies was to get these things passed
10    and I connected -- I was the person connected with
11    the business community, so I was to try and corral
12    support from the Chambers of Commerce across the
13    state and our regional directors and, you know,
14    get validators for both the $15 minimum wage and
15    paid family leave.
16                    So that was my first interaction with
17    her because it was a very high profile goal of the
18    Governor and as you can imagine, small employers
19    were probably the most concerned about both of
20    these changes, so I ended up interacting with her
21    a lot and that was my first brush with the
22    disrespectful environment because she was very
23    disrespectful.  First, she was very nice and then,
24    you know, very disrespectful pretty quickly.
25        Q.      When you say he was disrespectful,

Page 28

1                         L. Boylan

2     what do you mean by that?  Can you give me some

3     example?

4          A.        Yelling on the phone, you know,

5     when -- you know, she's a press person, not a

6     substance person.  To try and explain to someone

7     why a small business is concerned about the cost

8     of paid family leave and $15 minimum wage, she

9     wasn't interested in the, you know, the nuances or

10    challenges of reality.  She's just interested in

11    the title and the -- so we immediately, you know,

12    I think through that first experience I knew, you

13    know, we were not going to be great allies, which

14    is what I always look for in women.

15         Q.        How often did she, you know, yell on

16    the phone?

17         A.        It was very limited because again

18    this was just a very high profile both those

19    initiatives of the Governor.  She didn't get

20    engaged unless it was kind of something that was

21    like her baby, so to speak.  Right?  And that was

22    my first and limited interaction.  Then it wasn't

23    really until I was -- at a certain point, Howard

24    stopped being the person answering questions to

25    the administration about things and fixing

```
                                                    Page 29
 1                        L. Boylan
 2    problems and all of that or getting, you know,
 3    removing, you know, staff that weren't working.
 4              All of these things, all of the
 5    problem solving and all of the policy and all of
 6    the press announcements stopped going to him and
 7    they started going to me.  When that started
 8    shifting over, then I started interacting with her
 9    and that entire team more and it also coincided
10    with when the Governor became aware of me.
11         Q.        Okay.  We're going to come to that.
12              During the time you were Chief of
13    Staff, did you socialize with anyone in the
14    Chamber?
15         A.        I wanted to because there was, like,
16    this clique of young -- of women and it was very
17    mean, all of those women I mentioned.  And I
18    thought if they could see that I was a real
19    person, maybe they would be a little bit nicer and
20    accepting of me and I didn't understand why I
21    couldn't make it work.  I went to a women's
22    college.  I care more about women succeeding than
23    anything.  So yeah, I made a real effort and I was
24    just never gonna be -- I think like most women --
25    most people -- I was never gonna be accepted.
```

```
                                          Page 30
 1                    L. Boylan
 2       Q.      What did you do to try to socialize
 3  them and get to know them?
 4       A.      I mean, the email that you have with
 5  Stephanie Benton.  You know, I would say things
 6  like "I hope to get to see you after work one of
 7  these days."  Try and -- you know, I was the -- I
 8  was the only person █████████ in any of these
 9  circles, so, you know, I was artificially -- I
10  don't want to go out, I don't want to do these
11  things, I don't want to be part of the scene, but
12  I want to be accepted so that this working
13  environment can be less negative for me.
14            So it would be stuff like that, like
15  the email that you saw with Stephanie where it was
16  like "Thank you for this, I hope to see you after
17  work one of these days."  You know, that kind of
18  thing.  And it was pretty consistent because,
19  like, I don't care if I'm embarrassing myself,
20  ████████████████████████████████████████.  I
21  don't give a shit.  I just want to have my work
22  life be better.
23       Q.      Did they ever take you up on your
24  offers to get together?
25       A.      No.  Always after big campaign events
```

```
                                          Page 31
 1                      L. Boylan
 2    ultimately and big programmatic things, there
 3    would be people out and about and I would always
 4    try to be a part of that so that maybe they would
 5    accept me and I think really most women who were
 6    outside of the circle did that and it just never
 7    happened.
 8         Q.        When you were Vice President, where
 9    was your office located?
10         A.        On the 36th floor.  Yeah, 36th floor.
11    I first had a small office that faced north and
12    then I got a corner office, which was my former
13    boss, ████████████, office once -- you know, he
14    left.  And this is the only agency where the
15    office -- the agency is just below the Governor's
16    offices and you know -- you probably know there
17    are these back stairwells and the pass that swipes
18    you in, so it's a very different dynamic than any
19    other agency.
20         Q.        And this is at 633 Third Avenue?
21         A.        Yes.
22         Q.        How many floors did ESD have?
23         A.        I think we had a little bit of -- we
24    had 35, 36, 37 and I think we had a little bit of
25    34, but increasingly and, you know, there's been,
```

```
                                        Page 32
 1                    L. Boylan
 2    you know, news stories about that, the Governor's
 3    Chambers would take additional space.  So it was
 4    always a fight for ESD to keep space, so, you
 5    know, the Governor's team was encroaching on spots
 6    all around on all of these floors.
 7         Q.      Which floors was the chamber on?
 8         A.      Well, the Governor's office I want to
 9    say is on 38 and his is on 39, if I remember
10    correctly.  I could be wrong.  This is my best of
11    my recollection.
12                 If you were really senior, you would
13    be on the same floor as the Governor.  It was,
14    like, a message, like, on 39.  And then everyone
15    else was on 38 and then if you really weren't, you
16    know, part of things, you would be on the ESD
17    floors.
18         Q.      When you became Chief of Staff, did
19    you -- is that when you moved to the corner office
20    or did you move offices again when you became
21    Chief of Staff?
22         A.      This was when I moved to the corner
23    office.
24         Q.      How did you come to work in the
25    Executive Chamber?
```

```
                                            Page 33
 1                        L. Boylan
 2          A.      I had been asked -- I mean, the
 3   Governor, when he identifies someone that he
 4   likes, you're pretty much asked pretty
 5   consistently.  So I'd been asked, you know --
 6   like, I don't even remember the first time when I
 7   was Chief of Staff -- to move over and I just
 8   didn't -- you know, I was afraid of those people.
 9   I was very afraid of them and the environment and
10   him without some kind of protective barrier, so I
11   think on numerous occasions I was asked to come
12   before I actually did.
13          Q.      Who asked you on those occasions when
14   you declined?
15          A.      I could never really decline.  I
16   would say things like "I can do everything that
17   you want me to do from here."  You can't -- I
18   remember one time I said no or, you know, the
19   Governor said "How do you think my speech went?"
20   I said "Well, I thought this was good.  I thought
21   you were kind of folksy on this front" and, like,
22   he wouldn't let it go for, like, two hours and it
23   was a very negative experience.  You learn very
24   quickly you can't say no.  You just try and, you
25   know, gloss over something and disappear before
```

```
                                              Page 34
 1                    L. Boylan
 2    it's time.
 3              So the Governor directly would make
 4    overtures for me to move there and then he would
 5    have Melissa follow up about it and she was
 6    ultimately the one who, you know, made the offer
 7    for me to come and that in itself was a weird
 8    dynamic.
 9         Q.    Tell me about the conversation where
10    she made the offer to you.
11         A.    You know, I always really wanted her
12    to accept me because life was hell if these women
13    did not like you and why would I want to work in a
14    hellacious environment.  And she called me and she
15    said let's make a deal, you know, you're going to
16    come -- I have to -- I have to get the deal done.
17    Basically he tells people "Do this, make it
18    happen."
19              She didn't really talk about anything
20    on the phone.  She just said, you know, you're
21    going to come work for me and -- us -- and, you
22    know, how are you going to deal with Howard.  And
23    at first, I think there were early on in times I
24    would try to say like, well, I don't think Howard
25    -- you know, I think that would be really
```

```
                                            Page 35
 1                    L. Boylan
 2    problematic.
 3                   And ultimately, she called me I think
 4    one morning at, like, 8:00 a.m. because that's
 5    when they have their staff calls and I started
 6    joining their staff calls even before I moved over
 7    officially.  I was kind of halfway in Chamber for,
 8    like, two years frankly.
 9                   I think she would ask me where I got
10    my blowouts and then she kind of said okay, well,
11    we're going to work it out and there were a few
12    challenges that I had because they were talking
13    about titles and I said well, you know, like,
14    someone is in this job now.  I don't want the
15    same -- why would I want to, like -- and I tried
16    to kind of, like, be logical about it and there
17    really wasn't any interest in logic and it was
18    just all about the -- you know, she had to get it
19    done on his behalf.
20                   And before that happened, he had been
21    trying to get me and I used all different, you
22    know, kind of excuses to try and not go there and
23    at one point I said "You know, I don't really
24    think Melissa likes me very much" and I'll never
25    forget -- I don't remember when this was -- but I
```

```
                                              Page 36
  1                    L. Boylan
  2   received a call from him after an event and he
  3   sounded really drunk and he said "I talked to
  4   Melissa all about it and she has no problem with
  5   you.  She likes you."  And that's how I knew,
  6   like, she would really hate me, especially then.
  7              So, you know, I kind of knew this was
  8   a very -- like a viper's den when I was going into
  9   it.  But I just -- I just increasingly felt like I
 10   didn't have other options.
 11       Q.    You said there was a discussion about
 12   the title.
 13              What title was Ms. DeRosa proposing?
 14       A.    I think we were going back and forth
 15   because Mike Schmidt was the Deputy Secretary for
 16   Economic Development and I had had a
 17   contentious -- part of the challenge of being in
 18   one of the agencies is that you're trying to push
 19   back against the ridiculousness of Chamber, like
 20   you see probably with the Health Department.
 21              So you're kind of trying to defend
 22   your people and your resources from encroachment,
 23   but then also don't make it look like you're
 24   making -- you know, doing that.  And so Mike
 25   Schmidt was supposed to be this person who
```

Page 37

1                      L. Boylan

2   interacted with me, but that role of the Dep

3   Secretary -- because Howard didn't like taking

4   orders from anyone and then it would be left to me

5   and it was always a weird dynamic, so I didn't

6   just want his job.  I was like I don't want to job

7   of the person that I hated working with.  You

8   know, like, because these titles mean something

9   with other people in the administration, so I

10  don't want to have a hard time in my life.  So I

11  said well, what -- you know, I don't want to just

12  have the same job that he had and that's when I

13  was given, like, she texted with me the special

14  advisor, whatever the hell that means.

15       Q.      And did you --

16       A.      And I said I didn't -- I said

17  something about wanting an increase and that I

18  wasn't going to move my office, like, I wanted to

19  keep my office.

20       Q.      And did she agree to the increase and

21  to keeping the office and all that?

22       A.      She said yeah, fine, whatever about

23  the office.  The increase, there was always these

24  constraints around, you know, various budgeting

25  things, so I don't think she said yes to that.  I

```
                                        Page 38

 1                    L. Boylan
 2    think I did get an increase of maybe a few
 3    thousand dollars.  I don't honestly really
 4    remember.
 5         Q.      And so was there any further
 6    discussion before you switched from Chief of Staff
 7    to the Special Advisor role?
 8         A.      Yeah.  I had to tell Howard and, you
 9    know, that was really hard because he had been
10    like a father to me and he just didn't deal with
11    it very well and it was very difficult because, in
12    my view, he observed a lot of what was happening
13    and I thought he was on my side and I don't think
14    he really was at the end of the day.  I think he
15    was on his own side and he was very selfish about
16    it and it amazed me that he didn't understand the
17    fucked up situation I was in on many levels,
18    having worked for him and being in the dynamic
19    that it was ultimately and then he sent out an
20    email -- an all-staff email -- about people
21    leaving and you would typically send, like, a nice
22    message and he sent a very childish -- you know,
23    like I staffed him in all of these things and he
24    sent a very kind of like rude, emotive, short
25    thing which was embarrassing because, like, all
```

```
 1                        L. Boylan
 2    the agency that I had overseen and all the hard
 3    work I had done and I said, you know, I think that
 4    was really inappropriate.  The good thing about
 5    him was at least I could communicate something
 6    real.  I couldn't do that with any of these people
 7    in Chamber and he fixed -- he sent out a nicer
 8    announcement with all three of the women that were
 9    moving on to different roles.  But it was not
10    easy.  It was like dealing with a den of small
11    baby men.
12          Q.      Did you tell anyone why you wanted to
13    keep your office in ESD?
14          A.      Yes,  ██████  -- I'm trying to remember
15    her last name.  So there was a series of
16    secretarial staff and the woman -- she wasn't my
17    staffer, but she was the one who was consistently
18    placed literally right outside of my office.  She
19    had observed the rose incident where I was brought
20    a rose down from that and she had observed a lot
21    of -- anyone who worked around me, including her
22    and some of the women who worked under me at ESD,
23    knew that I had to jump and drop everything if I
24    received a call from the Chamber to deal with it.
25    So they knew the urgency of that and they also had
```

```
                                                      Page 40
1                           L. Boylan
2     some sense that he was -- they never saw him, he
3     never came, but, like, being had a rose brought
4     down to you on Valentine's Day, stuff like that
5     would happen and I said I don't want to go up
6     there.  I would generalize, I would never say
7     more, but -- one time, the photograph ended up on
8     my desk and I talked to ████████   I said "██████
9     did you put this on my desk?" because people would
10    never come into my office and it was on my seat, a
11    signed picture of the Governor, and I went
12    outside, I said "Did anyone see someone come?  Did
13    anyone put it here?"
14                 So they knew.  People like ████████
15    I could get her last name for you, she still works
16    there -- and ████████████████  and ████████████████,
17    they knew that I found it all very creepy at the
18    same time.
19                 But I tried not to -- like, these
20    were people who worked for me.  I wasn't going to
21    pass on my stress.  So I would say this is creepy,
22    but I never gave any outward impression that I
23    couldn't handle it.
24       Q.      Did you tell anyone that you wanted
25    to keep your old office because it was a nice
```

```
                                      Page 41
 1                    L. Boylan
 2   office or anything along those lines?
 3        A.        Probably.  I mean, I like five -- it
 4   was an agency of hundreds of people under me.  I'm
 5   not going to tell everyone -- it was a very nice
 6   office.  It was an amazing corner office.  It was
 7   like in that movie with Goldie Hawn where she gets
 8   the office.  No, no, no.  Melanie Griffith.
 9   Working Girl.  She's finally respected, which is
10   very ironic.
11                  Yeah, I'm sure I told people that
12   after I left consistently and to this -- you know,
13   not know, but I would say things -- they'd be like
14   so what was it like?  I'd say well, I worked for
15   the Governor and I got to -- I think he liked my
16   work for a lot of good reasons and he liked to
17   have me for a lot of bad reasons, too, and that's
18   what I would say.
19                  So it was that kind of -- you know, I
20   would never elaborate, but if people had observed
21   -- no one really wanted to get close to Chamber
22   because it's a very toxic scary thing.  I would
23   protect my staff from him.  I would protect --
24   when I became the secretary, I would protect my
25   agencies from them.
```

```
                                          Page 42
 1                    L. Boylan
 2        Q.        Before you made the official
 3   transition to senior advisor, you said you started
 4   joining the staff meetings.
 5        A.        Yeah.
 6        Q.        About how many months before the
 7   official transition would you start joining the
 8   staff meeting?
 9        A.        I would say sometime in the fall of
10   2018.
11        Q.        Of 2018?
12        A.        Yeah.  The fall to late 2018.
13        Q.        Didn't you leave the Chamber in 2018?
14        A.        2017.  Excuse me.  My apologies.  Not
15   great with dates.
16                  So I became the Secretary --
17   officially Deputy Secretary -- in early 2017, so
18   this would have been the months just before that.
19   Fall to late fall, winter 2017.  I'm just not sure
20   on the exact timing.
21        Q.        You said Deputy Secretary.
22                  Did you assume the Deputy Secretary
23   or did you have a Special Advisor title?  I'm just
24   trying to get clarification.
25        A.        I had those titles at the same time.
```

```
                                              Page 43
 1                        L. Boylan
 2      It's just -- the Special Advisor thing is just to
 3      say, like, you're a special senior person.  It's
 4      bullshit.
 5           Q.      How big were the staff meetings that
 6      you started participating?
 7           A.      They were run by Alfonso David,
 8      Melissa DeRosa, Linda Lacewell, Rich Party, Dani
 9      Lever, Annabel Walsh, Stephanie Benton, ███████
10      ████████.  I would say probably 12 to 15 people.
11           Q.      Were those weekly?
12           A.      Daily.
13           Q.      Daily.
14           A.      It was a nightmare.  It was just
15      Linda Lacewell and Melissa yelling at people and
16      then Alfonso starting it and closing it by saying
17      "This is all confidential."
18                   My husband heard one one time and he
19      was like "I've been in investment banking over 25
20      years and I've never had someone talk to me the
21      way that they talk to people."
22           Q.      How long did the daily meetings last?
23           A.      An hour.
24           Q.      Other than joining in the daily
25      meetings, what other things, if anything, did you
```

```
                                          Page 44
 1                     L. Boylan
 2    do for the Chamber prior to officially
 3    transitioning over?
 4         A.        For all intents and purposes, I had
 5    that job before I got to the title.  I did all
 6    of -- like, for instance, with the Amazon stuff,
 7    not only did I coordinate my agency's data
 8    collection and the packages that the State put
 9    along with these different bids from New York
10    City, Long Island -- you know, I'm just trying to
11    highlight something you would be familiar with
12    probably -- so that would have been my job as
13    Chief of Staff of the Agency.
14                    But I was also communicating directly
15    with and giving updates to the Chamber.  So that
16    would typically perhaps have been the Deputy
17    Secretary's role.  But because the Governor and
18    Howard were so difficult to deal with -- very
19    different ways, but older, you know, powerful
20    white men -- I was tasked with kind of connecting
21    the dots.  So I basically had this job.  I went
22    to -- I sat in on scheduling meetings very
23    frequently which were typically once a week with
24    the event staff, Stephanie Benton, Annabel Walsh,
25    Andrew Ball, all the press people.
```

```
 1                        L. Boylan
 2               Pretty consistently -- probably a
 3     year in advance I was doing that pretty regularly
 4     and I would staff the Governor on subject matter
 5     things very early.  You never staff the Governor
 6     unless you were a person that was in his sphere.
 7     So even though I was the Chief of Staff, I was
 8     pretty consistently and regularly staffing or
 9     communicating to the Governor.  So the title came,
10     but for all intents and purposes, I was doing a
11     lot of that work already.
12        Q.        You referred to staffing the
13     Governor.
14                  What do you mean by that?
15        A.        He, like, for instance, when he flies
16     to a series of events where he has to make
17     speeches, when he's going to the event, he'll quiz
18     people on the details so that he can be prepared
19     for the speech and what to expect and what it's
20     going to be like.  I was the person who did all
21     the job creation.  So if you see all these job
22     creations -- 500 jobs at GM, you know, that kind
23     of stuff -- I was frequently -- Howard would do it
24     sometimes and they were like two dudes doing it.
25     I would sometimes join them.
```

```
                                       Page 46

 1                    L. Boylan

 2              I remember two of the early events

 3    where I was kind of really -- he was aware of me

 4    and I was -- it was turning into me doing some of

 5    the staffing.  What was the Gap fire?  I don't

 6    remember the date of that.  It's, like, a press

 7    announcement, so we could find that.

 8              And then the GM plant or the motor

 9    plant in western New York where I actually -- I

10    think that was the first time I had staffed him

11    and then you have the email related to that from

12    Stephanie afterwards.

13              But if you're on the plane with him,

14    he would sometimes have a subject matter expert, a

15    press person and then, you know, the State Patrol

16    person and then him and maybe one other person.

17    When you're staffing him, it's your job to have

18    all the information, all the relevant information.

19    He would quiz you basically to try and, you

20    know -- he's very masochistic.  It would be for a

21    purpose so that he's prepared, but it was also he

22    would quiz until you didn't have an answer to

23    something he was asking.

24              And then he would give his speech or

25    whatever it was and then he would be much more
```

```
                                              Page 47
 1                      L. Boylan
 2   relaxed after, you know, either on the flight back
 3   or after the event and you would hopefully get
 4   thanked or you would be in trouble because
 5   something didn't go right and you would hear about
 6   it either from him or from, like, Stephanie
 7   Benton.
 8        Q.      You said the Governor and Howard
 9   Zemsky were difficult in different ways.
10                In what ways was Mr. Zemsky
11   difficult?
12        A.      Noncommunicative.  I mean, like I
13   thought the Getty woman could get away with what,
14   you know, white men and old white men in power who
15   have a lot of money or influence do.  I mean, he
16   would just choose who he didn't want to deal with.
17   So if there was a problem internally, I was
18   frequently dealing with the day-to-day.
19                You know, there are bad messages and
20   stuff like that, but he showed leadership at
21   important moments and I don't think he's an evil
22   person like the Governor.
23        Q.      You said you were essentially doing
24   the role before you got the official title.
25                Did your responsibilities change at
```

```
                                        Page 48
 1                    L. Boylan
 2   all once you officially became Deputy
 3   Secretary/Senior Advisor?
 4        A.      Yes.  I got a whole responsibility
 5   for agencies that I hadn't managed.  So I wasn't
 6   just responsible for managed oversight of the
 7   agency that I had come from.  I had housing and
 8   community renewal, so Ruth Anne Visnauskas is the
 9   commissioner for that and she's a dear friend.  I
10   think she viewed and people at the housing
11   agencies viewed me as protecting them from the
12   Governor and others.
13                    I took on oversight of the Department
14   of State, which unlike in other states, it's
15   primarily licensing, permitting, stuff like that.
16   It's not election related.
17                    I took over oversight of NYSCA, the
18   Council of the Arts, which does grants and things
19   to culture and art institutions and stuff like
20   that.  I took on additional portfolios.  I was
21   doing the same work with more authority, you know,
22   of my own cone of economic development and
23   regional economic development, but then I got
24   these other things.
25                    And I also increasingly -- when I was
```

```
                                              Page 49
 1                         L. Boylan
 2    head of Regional Economic Development, not only
 3    did I run the regional office, but also our office
 4    in Puerto Rico because Zika and all these things
 5    had kind of screwed up the island and ESD kind of
 6    oversaw tourism, so there was, like, a lot of
 7    opportunities where we were trying to help Puerto
 8    Rico.
 9                   Then after Hurricane Maria, I ended
10    up overseeing all of the State's recovery work in
11    Puerto Rico and that was much more direct me
12    managing all other things once I became Dep Sec
13    and then I didn't have anywhere to hide from, you
14    know, all these people.  I thought maybe that my
15    hell would be -- like the experience would be less
16    toxic when I was inside, but it was actually worse
17    because there was no buffer.  So, you know, like,
18    these people owned me.
19        Q.      And who became worse when you were
20    essentially formally working for the Chamber?
21        A.      Melissa and the Governor.  Everyone,
22    but Melissa and the Governor especially.
23        Q.      We're going to come to the Governor.
24                   In what ways did Ms. DeRosa become
25    worse?
```

```
                                            Page 50
 1                    L. Boylan
 2        A.        She would scream at me.  She would
 3   yell at me for illogical things.  She was just
 4   really -- she really did not like me and she
 5   really -- I mean, she used to have memes about the
 6   Mean Girls movie and she liked the association of
 7   being that lead mean girl.  You know, ██████████
 8   ███████████████████████████  I'm, like, relatively
 9   dorky.  I never wanted to be that.  She really
10   liked -- on her Instagram, she had at some point,
11   like, herself as the Mean Girl thing.
12                    And then at some point when I was
13   working for her, she, like, yelled at me and she's
14   like "What the fuck did you do?"  She called me in
15   my office and I said "I'm not dealing with this"
16   and I hung up the phone on her.  I knew after that
17   she, like, deleted me on her Instagram and
18   Facebook and all this shit.  So I knew that -- I
19   knew was screwed with her.  But, you know, I ...
20        Q.        Do you recall when the incident was
21   when you hung up on her relative to when you left?
22        A.        It was shortly before the text
23   exchange you have where she said "I know it was a
24   tough day and we all want you back here."  Because
25   I tried to quit, like, three times and that was
```

```
                                             Page 51
 1                      L. Boylan
 2    one of those times where I, like, just left.
 3         Q.      We'll come to that in a minute.
 4                  You said you interacted with Andrew
 5    Ball.
 6                  What type of things did you interact
 7    with him on?
 8         A.      It was all about events.  He was the
 9    person, you know, in the office tour that I got
10    and that was earlier on, but it was a pretty
11    seminal moment in my realization of the
12    environment.  And he was the one who would be
13    calling me.  I mean, Governor's -- he did a lot of
14    the Governor's dirty work sometimes.  Like he
15    would call people and yell at them.  I didn't get
16    yelled at because the Governor liked me, but I
17    would be called to the offices by him or, you
18    know, he would always be kind of watching.
19         Q.      If you could turn to tab three in the
20    binder --
21         A.      I don't know what this relates to.
22         Q.      Well, so this is an email from you to
23    Andrew Ball on March 5th, 2017.  It says "I'm
24    afraid to go to sleep."
25                  You don't recall --
```

Page 52

1                              L. Boylan

2          A.        Like I was afraid of a lot of my time

3     there.  But I honestly have no specific -- I mean,

4     it was -- I can't even verbalize what a fucked up

5     environment it was, but I have no idea of the

6     specific candidly, I have no idea what this one

7     was about.

8          Q.        If you could turn to the next page,

9     tab four, there's an email from you to ▇▇▇▇▇

10    ▇Staffer #5▇▇▇ (phonetic) October 23rd, 2017.

11         A.        Yeah.  I mean --

12         Q.        It says -- first of recall, who is

13    ▇▇▇▇▇

14         A.        He sat right outside the Governor's

15    office.

16         Q.        Do you recall why you wrote "You

17    okay?" to him?

18         A.        No.  I mean, but it was a terrible

19    environment and I felt like -- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

20    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

21    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

22    ▇▇▇▇▇▇▇▇▇ and a lot of stuff was passive

23    aggressive, so I would try -- ▇▇▇▇▇▇▇▇▇▇▇

24    ▇▇▇▇▇▇▇▇▇▇▇▇▇.  I felt like I should

25    try to see if people were okay and I'm sure he was

```
                                                  Page 53
 1                        L. Boylan
 2    having a hard day.  I mean, he took a lot of shit
 3    from the Governor.
 4         Q.        In what ways did you observe the
 5    Governor giving him a hard time?
 6         A.        I didn't observe it as directly with
 7    him, but he would yell out the door at anyone
 8    there.  And having a good relationship with the
 9    person right there or the person who runs the
10    Governor's schedule was helpful because maybe they
11    could give you a heads up if you were going to get
12    a random call with 15 people in the room.  You
13    know, but I -- it was never okay.  It was always a
14    terrible environment for everyone, whether they
15    were sexually harassed or not.
16                   So I don't know what this is.
17    Everything was terrible.  I can't even -- I don't
18    even know what this is.  I don't know what this
19    is.
20         Q.        Did you ever make comparisons between
21    the Chamber and The Devil Wears Prada?
22         A.        I'm sure I did.
23         Q.        To whom do you recall making such --
24         A.        Rob was one of the few people that I
25    thought was a really good person.  I've since seen
```

```
                                            Page 54
 1                      L. Boylan
 2    how he's kind of handled things, but he was one of
 3    the few people I thought that was a decent person.
 4    So I was trying -- like when you're in an
 5    environment that's so terrible, you want to find
 6    someone who is going to be, like, we both see the
 7    same things.  That's why it's great to have
 8    siblings if you have, like, a toxic family, but he
 9    was nice.
10         Q.      When you say Rob, that's Rob Mujica?
11         A.      Yeah.  He was nice to me.
12         Q.      Why did you think that the Chamber --
13    in what way did you think the Chamber --
14         A.      Not -- Melissa -- well, actually no.
15    It might have been the Governor, too, because he
16    has a certain temperature, it's terrible and
17    toxic, but -- you know, to be clear, I worked in
18    New York and I didn't have any connections here.
19    I came up in my career in very toxic environments.
20    I've never experienced anything like this place.
21    So, you know, I would send stuff all the time.
22    Like I was so -- trying so hard to make something
23    out of this place for me and I didn't consider
24    failure an option and I didn't -- not only did I
25    not consider that an option, but if you leave
```

Page 55

1                        L. Boylan
2    work -- you're not even allowed to leave.  Alfonso
3    David wasn't allowed to leave for the longest
4    time.  I don't know what he finally did to be able
5    to leave to get that job at the LGBT organization,
6    but you're not allowed to leave.
7         Q.      We'll get to him in one second.
8                 What was Mr. Mujica's position?
9         A.      He was the budget director.
10        Q.      Do you recall any particular incident
11   that led you to compare the Chamber to The Devil
12   Wears Prada to him?
13        A.      I mean probably every day of my
14   employment.
15        Q.      What do you know about Mr. Alfonso
16   David trying to leave the Chamber?
17        A.      I don't know.  I just know that
18   everyone was unhappy there and wanting to die and
19   finally he got out.  I don't even know the story.
20   We're not friends, I don't really trust him, I
21   don't think he's a good person.  You literally
22   don't get to leave.
23                I remember sitting in the airplane
24   with Dani Lever and the Governor and she was
25   talking about going to grad school in something

Page 56

```
 1                      L. Boylan
 2   and I was saying well, I have some friends, I
 3   could connect you to blah, blah, blah or you --
 4   and he was literally like "You don't need to go to
 5   grad school, everything is here that you need."
 6              I mean this is a person who views
 7   people leaving as, you know, not like -- if you've
 8   left, it's because you're dead.
 9        Q.    When you say "he said that," that was
10   the Governor?
11        A.    Yes.
12        Q.    Did anyone tell you about Alfonso
13   David trying to leave the Chamber?
14        A.    There was always rumors.  I mean Jill
15   one day left her office -- I didn't see it, but --
16   I don't know, it's a small world.  People would --
17   I don't know what's true or not, but apparently
18   she left the office crying and was, like,
19   non-responsive for, like, days or a week.  The
20   same year that I tried to quit three times.
21        Q.    You said that you didn't trust
22   Alfonso David and he's not a good person.
23              What's your basis for that opinion?
24        A.    He would tell people to delete their
25   emails.  Like I always wondered, like, if I don't
```

```
                                        Page 57
 1                    L. Boylan
 2    have anything to be ashamed of or if there's
 3    always a way to explain something or if, you know,
 4    if I'm not doing anything illegal, why should I
 5    delete an email.
 6         Q.     Did he ever direct you personally to
 7    delete an email or was this --
 8         A.     No.
 9         Q.     -- at staff meetings?  Something
10    else?
11         A.     At staff meetings, he would say, you
12    know, cleanse your -- I don't know.  There was,
13    like, a weird term and it was very -- very weird
14    and then, you know, which I'm sure we'll get to,
15    at the end of my time, I thought that the way that
16    whatever interactions we had were handled was
17    entirely politicized for reasons behind the
18    scenes.
19                So, you know, that's my assessment of
20    it.  I mean, you can have a different one, but I
21    think that he was -- you know, even on things like
22    the broadband -- there were a few times he was
23    sent in on behalf of the Governor to fix things
24    and some things just shouldn't be fixed.  Some
25    things should see the light of day and I remember
```

```
                                                       Page 58
 1                           L. Boylan
 2     there was this case with █████████, who had been an
 3     employee at ESD, and some woman -- and I don't
 4     know the specifics of it -- but, you know, the
 5     Governor would always think of him being
 6     responsible for fixing a problem, just like the
 7     others, like Melissa.
 8                    I think at the end of the day, if
 9     you're going to be really successful working for
10     him, you're going to fix problems that are
11     unethical and I think he did that regularly.
12         Q.        What was the issue with the ███████
13     and an employee?
14         A.        I was not directly engaged in it at
15     all.  I just heard about it on the plane primarily
16     one time when Alfonso and the Governor were both
17     on and it was mentioned a few times on our staff
18     call.  But he had had an inappropriate
19     relationship with a woman who worked at a
20     different agency -- not at ESD -- and he had
21     promised her some things and whatever soured on
22     that interaction, she sent it to, like, some
23     independent investigation so it never even went
24     through ESD, it went through, like, the state
25     and -- I don't even know.  Some apparatus that was
```

```
                                          Page 59
 1                      L. Boylan
 2    kind of like an ombudsperson office.  Ultimately,
 3    that meant that Alfonso was dealing with this and,
 4    you know, there's that.
 5                  There was also a time during the
 6    broadband roll out.  They have things called
 7    reverse auctions, you know, for bidders and I
 8    don't know the specifics of it, but I remember
 9    hearing in one case that he, like, came in the
10    dynamic with the broadband manager who was at ESD
11    to, you know, fix a challenging situation with one
12    of the unions and I didn't know the specifics of
13    it and I wasn't welcomed into the conversation,
14    but I never -- I never really think that the way
15    that he and his closest -- you know, you see it,
16    fixed the Department of Health report fixed the
17    blah, blah, blah.  When we were trying to release
18    our annual reports at ESD, he and Melissa would
19    approve whether or not we could send it out and
20    for years, we didn't get to send out a report, so
21    by the time we did, it looked very bad.
22                  So he was always ultimately fixing
23    things.  When you fix things for a deeply corrupt
24    person, you're going to get dirty and I think he
25    is an unethical person.  But it's neither here nor
```

```
                                              Page 60
 1                    L. Boylan
 2    there.
 3         Q.        Do you know what he did to fix the
 4    situation with ████████ and the female employee?
 5         A.        I don't know and I wasn't apprised of
 6    it.  You know, I was -- I try to think like how I
 7    stayed there so long.  I think I tried to just
 8    stay in my lane and I was so wanting to be
 9    accepted in this toxic environment and it was even
10    more toxic because if he wasn't happy with me,
11    then I got shit from all of these women around him
12    and if he was happy with something I had done or
13    said, I got shit from these women around him
14    because they didn't like that I was somehow
15    invading, encroaching on their space.
16                   So it was just a -- I didn't have the
17    capacity and I didn't have -- like you're told
18    "You stay in your lane."
19         Q.        When you talked about whether he was
20    happy or not happy, you're referring to the
21    Governor?
22         A.        What?
23         Q.        When you talked about whether he was
24    happy or not happy, you're referring to the
25    Governor?
```

```
                                          Page 61

 1                      L. Boylan
 2       A.       I don't think he cared about my
 3   dynamic with the Governor.  I think he did what he
 4   was told with the Governor.  I think that the
 5   woman were used to feeding other women to the
 6   Governor as per your finding, so the women, I
 7   think, didn't like me.  I don't think Alfonso
 8   cared one way or another.  I just think he's an
 9   unethical person.
10       Q.       I'm sorry.  I'm just trying to
11   clarify something.
12                You said the women would react one
13   way if he was happy with you and also act badly if
14   he wasn't happy.
15                When you're talking about being
16   happy, that's the Governor, right?
17       A.       Yes.
18       Q.       I just wanted to clarify that.
19                Let's talk about the Governor.
20                When the first time you met the
21   Governor?
22       A.       First time I remember -- the first
23   time I met him totally, you know, separate, he
24   wouldn't have remembered me or whatnot, but Rich
25   Bamberger was staffing him.  He received the
```

```
                                        Page 62
 1                     L. Boylan
 2    Public Servant of the Year at Columbia Business
 3    School's annual dinner.  He gave a speech.  I was
 4    a student at the time, I think, or a grad and I
 5    was at the dinner, too, and since I was one of the
 6    few people in business school who wanted to go
 7    into government, I waited afterwards and said
 8    hello to him.  And I did hear from Rich Bamberger
 9    the next day -- this is when I was at Municipal
10    Finance at RBS and I knew Rich.  He said the
11    Governor said "Why can't we get more people like
12    that?" and at the time, I thought it was just like
13    oh, a person with an MBA, but, you know, in
14    hindsight, it's probably why don't we have more
15    woman that look a certain way because I have a
16    certain type kind of thing.
17                   So that was my first interaction with
18    him, but I don't know that he'd remember it
19    because he's creepy with lots of women daily.
20         Q.        At the event at Columbia, did he hug
21    or kiss you?
22         A.        No.  There were a bunch of people --
23    no, he didn't.  I mean, he paid attention to me,
24    which I didn't interpret in a negative way at the
25    time.
```

Page 63

                    L. Boylan

1

2      Q.      When's the next time you met the

3 Governor?

4      A.      The next time I recall interacting

5 with him was at this announcement, which I

6 referenced in the Medium piece at MSG, Madison

7 Square Garden.  I don't know the name offhand or

8 the time or date offhand, but I know we've gotten

9 it based on what I shared and he was giving a

10 presentation, as was Howard.  I was the new Chief

11 of Staff and I went up to the front, you know,

12 because if you grew up in a family where you don't

13 have any contacts, you always gotta be like hi,

14 I'm Lindsey, I toot my own horn, I'm here, duh,

15 duh, duh.  I went up to the front because he was

16 talking to people and I wanted to say I was the

17 new Chief of Staff and that was the first

18 interaction where it was too long and it was kind

19 of mystifying how much time he spent with me.

20 That was my first --

21      Q.      How much time did he spend with you?

22      A.      Not much.  But when you're in a line

23 of people, it's clear when you're focusing in on

24 one person versus another.

25      Q.      Did he touch you at all in that first

```
                                         Page 64

  1                   L. Boylan

  2   interaction?

  3        A.      Yeah.  He does this weird handshake

  4   where he grasps -- he has these massive hands and

  5   he grasps both sides of your hands, which sounds

  6   like nothing, but it's -- it's a power thing.

  7   It's, like, he has these massive hands and he's

  8   wrapping his hands around both sides of your

  9   hands.  Like why does he need to envelope me with

 10   his hands?  And that was a little weird and it was

 11   weird because he was doing this in front of -- we

 12   had just finished the event and it was in front of

 13   tons of cameras and I just thought -- you know, I

 14   just thought it was kind of -- especially in

 15   hindsight, I think maybe part of it was, in

 16   hindsight, how little concern he had for acting

 17   inappropriately in front of camera or being kind

 18   of, like, creepy in front of the camera.

 19        Q.      This handshake you describe where his

 20   hand was on both sides of your hand, did you see

 21   him shaking other people's hands that way or was

 22   it just you?

 23        A.      Just me.  I mean, I have seen him do

 24   that.  It's not overtly sexual.  I think it's a

 25   power play.
```

Page 65

1              L. Boylan

2      Q.      Have you seen him do it to women and

3  men?

4      A.      You know, when he's not focused his

5  attention on you -- it was such a stressful

6  environment to be on.  ████████████████████

7  after having to fly with him.  When his attention

8  went somewhere else, you would start to breathe

9  again.  So at least me.  So I didn't really focus

10  on consistently how he dealt with other people,

11  unless they told me.

12          Like my husband told me he was

13  weirded out by the handshake he got on the Second

14  Avenue subway evening opening in that case.  But,

15  like, the way he came up to me at that event, I

16  was kind of overwhelmed by the attention right in

17  front of all these cameras, which was weird and

18  then he went away and I'm kind of like what do I

19  do with this, how do I smile and look normal and

20  then my husband told me it was weird, but then I

21  didn't watch them really have that interaction if

22  that makes sense.

23      Q.      Now, you're talking about the Second

24  Avenue subway event?

25      A.      Yes.  It skips around related to the

```
                                              Page 66
 1                    L. Boylan
 2    kinds of situations that I was in.
 3        Q.        We'll come back to that in a second.
 4                  You mentioned his large hands.
 5                  Did the Governor ever talk about the
 6    size of his hands?
 7        A.        No.  He alluded to -- yeah, I've
 8    heard that.  He would make comments similar to
 9    that.  When I saw in the paper that Charlotte said
10    he talked about that, I immediately remembered the
11    incident with the dog, which I don't think we have
12    talked about as a group, which is where he said if
13    I were this -- my dog, his aggressive dog, he
14    would mount me.  Because it wasn't until I read
15    that that I remembered oh my god, this isn't the
16    same thing, but it's kind of the same thing where
17    he would use a symbol to show that he's, like, a
18    big guy, whether it was his hands, his physical
19    presence.  He would talk about getting girls, he
20    would even go back and forth with Howard and that
21    always made me uncomfortable.  Fucking more so now
22    the more I think of it.
23                  But I never heard the hands thing,
24    but as I said, that's the exact same thing as him
25    saying -- because his dog was scratching me, his
```

```
                                          Page 67
 1                      L. Boylan
 2   creepy weird wolf dog, and he is climbing on me
 3   and he says "Well, if I was the dog, I'd mount you
 4   too."  You know, it's kind of the same genre.
 5           Q.        Where was the incident with the dog?
 6           A.        In the Governor's mansion.  This was
 7   late in my time, near the end of my time.
 8           Q.        What part of the mansion were you in?
 9           A.        So there's like -- it looks like a T
10   when you come into the main building, there's this
11   main foyer, there's little rooms on either side
12   and then there's a main hallway where a lot of
13   events are hosted.  And if you've seen the picture
14   ███████████████████████████████████, which
15   was everywhere, they're on the left side, I
16   believe, in that main foyer area.  We were right
17   kind of in that central part of the main foyer,
18   kind of in front of the kitchen area.
19                     The dog would come out and maybe
20   somebody would let him in and he'd start climbing
21   on me.  I love animals, so I was glad to see him,
22   but then he scratched me and I started to bleed a
23   little bit and I was like this is all weird.  He
24   has a weird dog that's as aggressive as he is, I'm
25   thinking.
```

```
                                          Page 68
 1                      L. Boylan
 2              But I always looked normal.  Like I'm
 3    thinking these things, but -- you know, one thing
 4    just to, like, provide the context of the place,
 5    even at the pool events and even at his own
 6    events, he would have photographers not just take
 7    pictures of the audience but of his staff to see
 8    how we were looking at him and how we were acting
 9    and how we looked, how we were dressed.  So, you
10    know, so I was acutely aware that I was always
11    being watched and I don't think from the outside
12    it would always be -- you know, I don't think I
13    presented until I told someone or in the moment
14    how bad it was.
15         Q.       The incident with the dog, was anyone
16    else present?
17         A.       There were other people there.  I'm
18    not entirely sure who they are.  I don't -- I have
19    all these -- the playing strip poker thing.  I
20    know that Abbey was right at -- now she's married,
21    I don't remember her name.  She was right next to
22    me because I was trying to act in a way as a
23    younger woman that she would -- that I would
24    protect her.  So I remember her sitting there.  I
25    don't remember if someone else was in the other
```

```
                                     Page 69

 1                   L. Boylan

 2   plane seat.

 3               Similarly, I don't remember for sure

 4   who was around in that dog event.  I believe it

 5   may have been after either a meeting with Tesla or

 6   after a meeting with some folks from the united

 7   Arabs Emirates.  Either one of those things would

 8   have been on a business development deal and

 9   that's why I would have been there, but frequently

10   Rob Mujica was there, so he could have been there,

11   but I'm not sure.  I just vividly remember me, the

12   dog and the Governor and either some staff around.

13        Q.      What, if anything, did you say in

14   response to the Governor saying the comment about

15   mounting you?

16        A.      I think I kind of would laugh

17   awkwardly or something.  I don't even know.

18   Things were so far gone past appropriate at that

19   point and there was no reaction to his deeply

20   inappropriate things and I didn't want to create

21   problems for myself and I didn't know what to do,

22   so I would just try and not react.

23        Q.      Had you ever been to the upstairs

24   part of the mansion, second floor?

25        A.      One time.
```

```
                                        Page 70
 1                    L. Boylan
 2      Q.        When was that?
 3      A.        We were planning -- the front office,
 4  we were -- Rob and Pete and I had to go there -- I
 5  think it was on a weekend, I don't really know for
 6  sure -- for a meeting about Puerto Rico because
 7  ████████████████████████████████, Rob was very
 8  smart and followed through with things, he and I
 9  were frequently paired on stuff and I was leading
10  the Puerto Rico recovery work.
11            And I remember feeling -- I read the
12  groping thing and I assumed she was in that room.
13  I remember feeling very afraid and██████████████
14  ████████████████████████████████████████████████
15  ███████████████████████████████████    ██████████
16  █████████████████████████
17            I remember turning really red because
18  something about the environment where I was there
19  at that moment was very scary and I felt afraid,
20  like something was going to happen.  It's just a
21  feeling, but I think -- I want to say, like, maybe
22  there was another door and I kind of feel like
23  maybe it was his bedroom and it felt like a weird
24  place to be in the house because I felt like you
25  only go to the second floor -- Senior Staffer #1 was always
```

Page 71

1                        L. Boylan

2   coming out of the second floor.  I mean, it's

3   my -- part of the dynamic here is that I believe

4   with every fabric of my being that ████████████

5   ████████████████████████████  and when someone that

6   senior presents such an inappropriate dynamic,

7   it's even scary to be around.

8                 So she would constantly be coming

9   down from the second floor when we were at events.

10  But I never had been up there, except when I was

11  asked for this one meeting and something about the

12  dynamic in that room and he came around to look at

13  something and I just became very nervous and then

14  I got to leave.  But it was a very scary --

15  women -- you know, I'm an urban planner.  In

16  public spaces, women are much more cautious about

17  where they are and the nonverbal space cues and

18  there was something very wrong about that space.

19      Q.      Was this an office right off a

20  hallway or was there --

21      A.      You come up the stairs and then that

22  linear hallway I was talking about on the lower

23  level, there's something kind of similar up there

24  and I think it was to the right.  It's the front

25  of the mansion.  This window looks basically where

```
                                              Page 72
 1                      L. Boylan
 2    the security box is and I think that's his office.
 3    It was a big desk and there's an office.  I kind
 4    of feel like his bedroom was right there and I
 5    don't remember specifically, but it felt like I
 6    was in a private space and he was always trying to
 7    blur these lines and I really feel like if I had
 8    stayed there much longer, I would have had a
 9    similar interaction to the staff woman that it was
10    a constant moving the benchmark of
11    inappropriateness.
12         Q.      When you were in this office, was the
13    door to the hallway open?
14         A.      No.
15         Q.      Do you recall what kind of door there
16    was?  Was it a swinging door?  Sliding door?
17    Something else?
18         A.      Real door.  It was like a real door
19    that was shut.  I remember it vividly because when
20    I read that groping thing, I don't know that
21    that's where she was, I kind of felt like that's
22    where she was.  I felt nauseous there and I felt
23    sick and I felt afraid and I wondered why I would
24    feel afraid if I knew that Rob was there, but I
25    still felt afraid.
```

```
                                          Page 73
  1                   L. Boylan
  2        Q.      You said you thought the bedroom was
  3   right there.
  4                 Was there a door to another room in
  5   the office?
  6        A.      I'm looking back out at the front
  7   door of the mansion, there's a big window, there's
  8   a desk, if you look at that window, you look down
  9   at the front of the mansion and you see the State
 10   Patrol person.  I didn't see all those things, but
 11   I'm just trying to orient you as to where he was.
 12                 A big desk and then there's another
 13   door right here and I want to say that was his
 14   bedroom.  Something about what I was seeing was
 15   indicating that and that door was open, but the
 16   door behind it was closed and that freaked me the
 17   fuck out.  I don't know why, but it made me
 18   afraid.
 19        Q.      So the door to the other room you
 20   think is the bedroom was open?
 21        A.      Yes.
 22        Q.      Was that a regular swinging door or
 23   was that a sliding door?
 24        A.      I don't know.
 25        Q.      I think you mentioned that sometimes
```

```
                                            Page 74
 1                  L. Boylan
 2    the Governor would go back and forth with Howard
 3    Zemsky about girls.
 4                  What are you referring to about that?
 5        A.       One time I don't remember the context
 6    of what I was saying.  I said something -- I was
 7    in a meeting with Melissa and other people and I
 8    would have to constantly translate Howard because
 9    he was kind of difficult in his own way like a
10    prima donna and I don't remember what I said, but
11    I said something about Howard and the Governor in
12    front of an entire room of people somehow turned
13    it into oh, did Howard get some -- is he getting
14    girls pregnant or something like that and it had
15    nothing to do with what I had said.
16                  And, you know, that whole dynamic
17    is -- ███████████████████████████████████████████
18    ████████████████████████.  I just -- like he's just
19    very fucked up and it was a weird thing for him to
20    say and sometimes when they would play -- the
21    banter of two government or politicians in public
22    speaking is to kind of -- they make fun of each
23    other and that would either continue or escalate
24    on the plane before or after.  Like they would go
25    back and forth and he would constantly be making
```

```
                                                 Page 75
 1                      L. Boylan
 2    fun of Howard.
 3                 I mean in the same way that he would
 4    kind of occasionally ask me about my husband or he
 5    would ask   [SS #4]   about her boyfriend.  You
 6    know?  Stuff like that.  I think he would -- and
 7    it was a weird dynamic.
 8         Q.       Other than the example that you just
 9    gave, any other instances that you recall of the
10    Governor saying something to Mr. Zemsky of sort of
11    touching upon sexual issues?
12         A.       You know, I always thought Howard was
13    better person, I think, than he is, but he's not a
14    bad person like the Governor.  But I constantly
15    had the feeling with both him and the Governor or
16    Rob and the Governor or any of these other old
17    white dudes that worked in state government, close
18    to the Governor, that when I walked up on a
19    conversation as a woman, like I had just been
20    talked about.  That was how it was.
21         Q.       What was it that gave you that
22    feeling?
23         A.       I just know.
24         Q.       Did they stop talking or -- you know,
25    what was the sort of --
```

Page 76

                              L. Boylan

1

2        A.        Yeah, and actually the Governor would

3   make fun of ███ , too, like him dating girls, too.

4   And he would kind of continue that in front of me,

5   like who could get more girls. ████████████████

6   ███████████████████████████████████████████

7   ██████████████████████████████████████████████

8   ████████████████ , too.  So, you know, he's more

9   like ...

10       Q.        What sort of things did the Governor

11  say to ████████████

12       A.        About getting girls.  You know, like

13  joking about oh, you're dating all the girls in

14  the building.  Stuff like that.  I don't know the

15  language.  I'm too awkward to even, like,

16  verbalize.  It was always, like, this

17  continuation.  I went to women's college.  I

18  literally don't know how to speak like men like

19  this.  But literally when you come on a

20  conversation and you know that you've just been

21  talked about and they would talk about women that

22  way.

23            They would describe women, how they

24  looked, like the ████████████████████████████

25  ████████████████████████ , we were going to the

Page 77

```
 1                      L. Boylan
 2    event, I think they announced data and I worked on
 3    the job creation there and I had to, like, pitch
 4    it to him, the Governor was there, Howard was on
 5    the plane, going back and forth, and he was saying
 6    oh, she's so ugly, she's probably a dyke or
 7    something like that.  He said something like that.
 8                  You know, women were always judged on
 9    how attractive they were and if they were skinny
10    or if they were fat and if they were -- if they
11    were attractive or if they really weren't, then
12    maybe they were, like, a lesbian or something.
13        Q.      It was the Governor who made that
14    comment?
15        A.      Yeah.  He would say that SS #1      is
16    too skinny.  He would say that in front of our
17    whole staff.
18        Q.      What was the name of the executive
19    that he said was so ugly she must be a lesbian?
20        A.      I don't know if he said those exact
21    words, but, you know, the context of what he said.
22    I don't remember her name. ██████████████
23    ████████████████████████████████████████
24    ██████████.  I think it's like ████████ or something
25    like that.
```

Page 78

1              L. Boylan
2      Q.      What other comments do you recall him
3  making about women's appearances?
4      A.      Constant.  Every woman was judged by
5  her appearance.  The woman who's now his ████████
6  ████████  he wanted her to come work for him
7  because he thought she was hot and, you know,
8  effective.  He would use -- he described me in the
9  same way that he sometimes described SS#1 ,
10 which is one of the ways I also knew why she,
11 like, hated me.  He would say, like, "You're a
12 star because you're good at what you do and you're
13 also attractive."
14     Q.      How often did he make such comments
15 about you?
16     A.      Regularly.
17     Q.      Every week?  Every day?
18     A.      Every week.  He would look at you.
19 Like the woman, Melissa McGrath, who said he
20 looked down her shirt.  He would constantly look
21 at my legs.
22     Q.      Did he ever make any comments about
23 your legs?
24     A.      Yes.
25     Q.      What sort of comments do you recall

```
 1                    L. Boylan
 2    him making about your legs?
 3         A.    I don't know.  Like I just know that
 4    it was very clear to me that he liked them.  I
 5    couldn't describe exactly the language that he
 6    used offhand.
 7                    But he would also try to embarrass
 8    and shame and humiliate you.  I remember when I
 9    read that Charlotte said that he made her sing
10    that, like, Irish song.  I remember he's, like, a
11    big baby on his birthday.  He has all these
12    campaign events and I said -- you always wanted to
13    be on his good side, so I was going to say happy
14    birthday, thank you so much for including me in
15    this, blah, blah, blah, blah.  I remember one time
16    he called me and he asked me to sing him happy
17    birthday and I don't sing.  I have the worst voice
18    in the fucking world.  So, like, I really don't
19    sing.  I never sing for my husband or anything
20    like that.  And he wasn't joking.  He didn't get
21    off the phone until I sang and it was embarrassing
22    and in a way I feel to make you feel so humiliated
23    that you were stuck there.
24         Q.    Any other times that he made you
25    sing?
```

```
                                            Page 80
  1                      L. Boylan
  2       A.         No.  He probably thought my voice was
  3   terrible after that.  I mean, the rationale
  4   here ...
  5       Q.         Did you ever hear him ask anyone else
  6   to sing or insist somebody else sing something?
  7       A.         No.  That was his light -- I would
  8   say that was his if-he-liked-you toxicity.  For
  9   most people, when you're around, you saw the
 10   if-he-hated-you toxicity.  The interactions that
 11   I've read about and that I've heard about from the
 12   other women, those always all happened primarily
 13   alone.  Right?
 14                   So I would be asked to come to a
 15   meeting about something alone and then he would
 16   ask that we move to sit in, like, in his New York
 17   City office, he had his desk, his massive phallic
 18   desk, and then he had this couch and chair in the
 19   back and on more than one occasion, he would ask
 20   that he and I sit over there and he would be very
 21   close to me.  But I'm a very nervous person, very
 22   frigid, so I kind of feel like if I -- I kind of
 23   feel like what happened to some of the other
 24   women -- the woman who was the staffer -- maybe
 25   she just comes across as maybe a little bit more
```

```
 1                    L. Boylan
 2   friendly and was deeply afraid, too, but I don't
 3   really hide my frigidness well.  So he was
 4   always -- he was -- I can't really describe it.
 5   He's very scary.
 6              MS. CLARK:  Okay.
 7              I think I see Marco is appearing.
 8              We're probably near the end of the --
 9              THE VIDEOGRAPHER:  Media unit, yeah.
10              Can I change it out?  I'm sorry.  Can
11         we switch it out?
12              MS. CLARK:  Yeah.  Why don't you go
13         off the record?
14              THE VIDEOGRAPHER:  Okay.  Standby,
15         please.  Thank you.
16              This is the end of media unit number
17         one.
18              We are now off the record at
19         12:47 p.m.
20              (Recess taken)
21              THE VIDEOGRAPHER:  This is the
22         beginning of media unit number two.
23              We are now on the record at 1:19 p.m.
24              Back from break.
25         Q.      Prior to the break, you said that you
```

```
                                               Page 82
 1                        L. Boylan
 2    believed that there was some sort of ███████████
 3    ████████████████████████ between the Governor and
 4    ███Senior Staffer #1███ .
 5                    What is that feeling or opinion based
 6    on?
 7        A.        One, unfortunately, as I've learned,
 8    if you're an attractive woman and you're in his
 9    circle, he doesn't know how to be appropriate to
10    you if he finds you attractive.  Two, she would
11    come down from the second floor constantly at
12    events.  I overheard that she and, like, ███Senior Staffer #4███
13    ███Senior Staffer #3███ and maybe ███Senior Staffer #2███ had had sleepovers at
14    the mansion before.  I heard that when they went
15    to Israel, they had adjoining rooms.  There's all
16    these situations because I was -- even before I
17    worked for them, I was on the events team, so
18    you're prepping for events.  The reason why I
19    would do that is because I knew the specifics
20    about a job announcement and how appropriate would
21    it be to do X, Y and Z.
22                    So, you know, you hear these things
23    and pretty consistently in ways that were
24    inappropriate sounding to me.  I felt it by the
25    way that she interacted with me and with other
```

```
                                              Page 83
 1                    L. Boylan
 2   people.  I felt like I was in some -- ultimately
 3   when I kept trying to say I didn't want the job or
 4   when I had it, like, I was in some kind of weird
 5   triangle, that I didn't know the full, like -- you
 6   know when you see an iceberg and then there's an
 7   iceberg under the water and you don't know how far
 8   it goes, that's how I felt.  And I believe most
 9   people in the inner circle believe that as well
10   about the two of them.
11        Q.      Who told you about them having
12   adjoining rooms in Israel?
13        A.      ███████████
14        Q.      I'm sorry.  Who?
15        A.      ███████████
16        Q.      Who was he?
17        A.      ████████████████████████
18   He also told me that when I left and was running
19   for Congress originally, that [Senior Staffer #1] called or
20   had someone call Nadler's staff and talk shit
21   about me that she thought that they could, you
22   know, share with the public.  I don't know what
23   the context of that was, but I knew that, you
24   know, I had a problem in [Senior Staffer #1]
25        Q.      Who told you that [Senior Staffer #1] and some of
```

```
                                        Page 84
 1                     L. Boylan
 2    the other women you mentioned at sleepovers at the
 3    mansion?
 4         A.      I believe actually Senior Staffer #2 Senior Staffer #4
 5    and Senior Staffer #3 kind of joked about it one time, like
 6    kind of movie night at the mansion.  But I never
 7    forgot it.
 8                   Then I received an anonymous call --
 9    and this is unrelated, but kind of related -- that
10    I still don't know who it was, but a woman who I
11    assume works in some kind of staffing situation at
12    the mansion that Senior Staffer #1 slept at the mansion all
13    last year during the pandemic pretty much until
14    the negative story about the Governor and ███
15    ████████████████████████████████████████████████
16    and that wigged them out.
17                   I don't know the veracity of that, I
18    didn't know who was person was, but it fit with my
19    sensibility of this person, the Governor
20    primarily.
21         Q.      When did you get that anonymous phone
22    call?
23         A.      I think it was -- it was very scary.
24    I posted on Twitter that it was an unknown number,
25    so I could look back.  I think it was -- it was
```

```
                                        Page 85
 1                    L. Boylan
 2    after my media piece.  All of that time has
 3    condensed kind of mentally because of all the
 4    craziness that it created in my life and before.
 5    I almost didn't answer because that's how I used
 6    to receive phone calls or Andrew Ball.  It would
 7    be unlisted.  And it's very triggering, but I
 8    answered it because I kept getting this number and
 9    it was a woman and she said, like, did you know
10    and she said that they're ████████████      and
11    that he had this ████████████████████
12    ███████████  which also didn't surprise me.
13              Again, I don't know the veracity of
14    these answers or the speculation and it doesn't
15    really -- I just wants to like present a picture
16    of if every senior person for the most part kind
17    of sees some dynamic of this happening and then
18    you're managed by both of these people and then
19    all of the other women are really nasty to you and
20    just report to this women or the Governor, it's a
21    deeply unsettling -- it's like -- I'm originally
22    from California.  You go under a wave and you
23    don't know which way is up.  That kind of
24    environment is deeply unsettling.  I don't really
25    care that dynamic, whatever it is, it's just
```

```
                                              Page 86
 1                      L. Boylan
 2    deeply unsettling because there are no boundaries.
 3         Q.      Did you ever hear the Governor refer
 4    to anyone else using nicknames?
 5         A.      Yeah, he had weird nicknames for
 6    everyone.
 7         Q.      What are some of the nicknames you
 8    recall?
 9         A.      I don't know.  I mean, he wasn't very
10    nice, so they weren't, like, nice nicknames.  He
11    would kind of -- he would chip away at something
12    physical.  It was always something physical.  When
13    Stephanie Benton had a bad haircut or he was
14    really evil to ██████████████████████████,
15    ███████████████████████████████████████████████
16    ████████████████████████████████.  They
17    weren't -- I mean, he's very like my grandpa was,
18    a man from another time.  My grandfather was,
19    like, an Irish immigrant and he would describe
20    people as their ethnic background and treat them
21    that way and I was the Irish girl.
22                      I have an impression that he kind of
23    likes Irish girl and he was very pejorative behind
24    the scenes about people's ethnic backgrounds.  He
25    asked me on a few occasions about my husband being
```

```
                                             Page 87
 1                      L. Boylan
 2   Asian in a weird man from the 1950s way.
 3        Q.       Any comments about any staff members'
 4   ethnicity or ethnic background that you recall?
 5        A.       No.  One time when ████████████ was
 6   on the plane, he slapped him on the ass when he
 7   was getting his coat arranged and I just thought
 8   that was weird.   ████████kind of laughed it off,
 9   but I thought it was weird.
10                 He would make weird comments about
11   Puerto Ricans, like, looking a certain way and I
12   think ████  thought that was kind of rude because I
13   think ████  is half Puerto Rican and he would say
14   Puerto Ricans look every kind of way.  You know,
15   he's an ignorant person.  I would say that's
16   clear.  Him talking to the rest of the staff about
17   how SS #1 ████ had gotten too skinny was weird.  You
18   know? ████████████████████████████████
19   ████████████████?  You know what I mean?  Very odd.
20   He would compare -- he frequently compared women.
21        Q.       What sort of comparisons?
22        A.       Like if they were dressed nicely and
23   appropriately, which meant high heels, they're
24   skinny, ideally tall and they're well groomed and
25   they're all white.
```

```
                                               Page 88
 1                       L. Boylan
 2              I mean, the other kind of missing
 3    story here is my impression is that he likes white
 4    women, so he was surrounded by white women, which
 5    is also problematic, too.  Right?
 6         Q.      Were there any non-white women in the
 7    sort of key Chambers positions?
 8         A.      Regional reps.    ████████████████
 9    There were a few more -- the most senior people,
10    most senior people except for Alfonso David and
11    Rob Mujica were all white.
12         Q.      Did he ever refer to you using any
13    nicknames?
14         A.      It wasn't intentional, but early on
15    that Lisa Shields email from communicated to me
16    from him to Stephanie Benton, he would either
17    intentionally or accidentally -- I'm not really
18    sure which is it is -- call me Lisa a fair amount
19    of the time.
20         Q.      You referenced a Lisa Shields email.
21              Why don't you look to tab six in the
22    binder?
23         A.      Yes.
24         Q.      Is this a text exchange between you
25    and Stephanie Benton?
```

Page 89

1                        L. Boylan

2        A.        This is an email.  He doesn't do

3   email, so an email from Stephanie communicating

4   that he had said something, it's clear that that's

5   from him.

6        Q.        This was December 2016.

7                  "You wrote Stephanie, it was a great

8   trip.  Particularly interesting at the GM plant

9   this a.m."

10                 What trip was that?

11       A.        That was a night to do an

12   announcement for a jobs announcement in the

13   Buffalo area and Howard, I believe, went and I

14   staffed it.  My job on the plane would have been

15   to communicate with them, give them information,

16   give them details, context that they could both

17   add to their speeches and I believe that was the

18   first time I flew with the Governor.  This, to

19   me -- like the tour of his office was, like, a

20   watershed for me because I was trying to be

21   professional and trying to make -- you asked me if

22   I tried to make friends with Stephanie.  Of course

23   I wanted to.  You know, you'd be a success if

24   you're well liked by your co-workers.

25                 So I was trying and my professional

```
 1                        L. Boylan
 2    overtures were met with stuff like this and
 3    sometimes they were, you know, quizzing me about
 4    information and sometimes it would be this and I
 5    would have no idea which it would be and I thought
 6    it was really brazen that that was in an email and
 7    I think more than anything what was unsettled to
 8    me was that this was a communicated to him by a
 9    woman on his staff.
10                 So that became something I've never
11    seen anywhere else.  I've been sexually
12    harassed -- I'm not a spring chicken anymore.
13    I've been sexually harassed throughout my career,
14    but not in a way where the whole environment was
15    set up to feed the predator and this and every
16    interaction I had with the Governor and the
17    culture felt like it was all to feed the predator.
18         Q.      You took a screenshot of this email?
19         A.      Yes.
20         Q.      Did you take a screenshot the day you
21    got it?
22         A.      I believe so.  Yes.
23         Q.      What did you do --
24         A.      One hundred percent I can't say, but
25    I believe so because I remember being like holy
```

1                    L. Boylan

2    shit, this is something.

3        Q.      Did you take a screenshot if not that

4    day around that time period?

5        A.      Yes.

6        Q.      Did you share the screenshot with

7    anyone else prior to recently?

8        A.      My mom, my husband, some of my

9    girlfriends.  Yeah.  But it was also -- you know,

10   I mean then it was like a one off, right, because

11   I didn't really interact with him it was like look

12   at this weird thing.  But then in ways that I

13   could not anticipate, it became my life and it was

14   deeply humiliating on some level.  I think a lot

15   of people are, like, of course this happens to

16   young women who have no power.  Well, I was really

17   senior and I had worked my whole life to get to a

18   point where I would be taken seriously and I

19   wasn't being taken seriously and I worked so hard

20   to be some little doll for the Governor of New

21   York and that was deeply humiliating.  So I would

22   just try to be as professional, focused, go with

23   the flow, keep everyone happy as possible.

24       Q.      When you got this email from

25   Stephanie, did you know who Lisa Shields was?

```
                                           Page 92
 1                      L. Boylan
 2        A.        I had no idea who that was.   I
 3    thought maybe that was like Brooke Shields' sister
 4    or something.   I didn't know who the hell that
 5    was.
 6        Q.        Did you do anything to find out who
 7    she was?
 8        A.        Yeah, because this is the Governor.
 9    When you're sent a message, you're like I need to
10    know what this is.   So I looked it up and I'm like
11    why -- what is this woman who works at the Council
12    for Relations, what is she to do and then I think
13    I, like, Googled his name and her name and it
14    appeared that they had dated and then that was
15    later confirmed in a meeting where he was doing
16    something, you know, sometime later.   The message
17    was clear.   I received the message.   This to me
18    was very much a romantic nonprofessional overture,
19    no question.
20        Q.        How often did the Governor call you
21    Lisa?
22        A.        He would mistake my name because
23    Lindsey, Lisa, so I don't know that it was
24    necessarily always intentional.   I think it was
25    literally like he would slip and that was also
```

```
                                        Page 93
 1                      L. Boylan
 2    embarrassing.  So again, I would pretend like
 3    nothing was happening.
 4              But when he was doing something --
 5    later on we were doing something where he was
 6    ████████████████████████████████████████████
 7    ████████  on something and it somehow came up, he
 8    said, you know, ██████████████████████████████,
 9    Lisa Shields, so I had confirmation that this had
10    happened.
11        Q.      Did the Governor ever refer to you
12    or -- using terms of endearment like honey or
13    sweetie or anything like that?
14        A.      Yeah.  Not sweetie.  I think he
15    would -- this makes me feel sick.  Yeah, he would
16    use terms of endearment, but he wasn't very nice.
17    I'm trying to think.  No, not really.  It wasn't,
18    like, something that could be confused for old
19    school niceness.  The interactions that were
20    inappropriate were overtly power related and
21    overtly sexual.  They were not romantic as they
22    were sexual.
23        Q.      Did you hear him refer to other women
24    on staff as honey or sweetie or darling or
25    anything like that?
```

```
                                            Page 94

 1                      L. Boylan

 2      A.        I think I referred to -- I think he

 3  would do that with like -- not sweetie.  I feel

 4  like I heard maybe honey or something to like

 5  maybe younger women like Caitlin who sat in front.

 6  Caitlin who I know you talked to because I've

 7  spoken with her before all this escalated -- not

 8  about anything she talked about with you, but I

 9  just know that she's probably on your list -- she

10  sat in the same seat as Staffer #5        or whatever,

11  like manning the phones basically.

12      Q.        If you could turn to tab seven --

13      A.        Yes.

14      Q.        -- this is an email exchange between

15  Howard Zemsky and Jill DesRosiers.

16                How did you see this?

17      A.        Because my job as his Chief of Staff

18  was to man his emails.

19      Q.        And did you take a screenshot of

20  this?

21      A.        I did.  I took a screenshot of this

22  because this was more of the -- the alarming

23  thing -- the thing that really alarmed me, again,

24  that so much energy was being put into him wanting

25  to know where I was, which was scary, but also
```

Page 95

1                         L. Boylan
2       that the formal channels of the organization were
3       being deployed in this way was very scary to me.
4       I didn't -- you know, I just kept moving.  I'm,
5       like, a person who rises to the occasion, but I
6       had the presence of mind to take a picture because
7       I said I just need to save this.
8            Q.      When Ms. DesRosiers said "Is your
9       Chief of Staff going tomorrow?  Just got that
10      question" --
11           A.      That's exactly -- there's no question
12      that is literally the Governor asking her if I'm
13      going to be there.  There's no question.
14           Q.      What makes you so certain it's the
15      Governor and not someone who is planning the event
16      or something like that?
17           A.      Bill is the most senior person.  Jill
18      is everyone's boss on events.  There would be no
19      other person who would be -- who would force the
20      most senior planner to ask that question.  Do you
21      know what I'm saying?  I guess maybe Melissa
22      because Melissa, she reported to Melissa, too, but
23      Melissa would never ask if I was going.  It
24      would -- there's no question in my mind.  It's not
25      a 99.90, it's a 100%.

```
                                        Page 96
 1                      L. Boylan
 2        Q.       Do you know what the event was in
 3   Rochester that's being referenced in this
 4   exchange?
 5        A.       I don't.  I don't.
 6        Q.       Did you tell anyone about this
 7   exchange?
 8        A.       My mom.  I told my mom everything.  I
 9   mean, I didn't tell as many people because my
10   friends were really proud of me in a lot of ways.
11   This is a really senior position to have and it
12   was humiliating and it made me feel like my
13   accomplishments were undermined by having this
14   kind of attention.  I didn't tell as many people
15   as, you know, I might have otherwise.
16        Q.       If you could turn to tab eight, this
17   is an exchange on November 4th --
18        A.       My mom knows everything.  I can tell
19   her everything.  She's seen it all.  She didn't
20   get to grow up in a time where women are ever
21   believed, so I tell my mom everything.
22        Q.       This was an exchange of texts with
23   your mom?
24        A.       Yes.
25        Q.       And is this an accurate, unedited
```

```
                                        Page 97
 1                    L. Boylan
 2   version of the exchange you had with your mom that
 3   day?
 4        A.      Yes.  I think it went on longer, but
 5   this is the exchange.
 6        Q.      You said it went on longer.
 7                Did it go on longer about this
 8   subject or did it switch topics?
 9        A.      No.  We switched -- I mean, we would
10   go back and forth.  I don't like talking on the
11   phone -- I hate the phone -- so my mom and I
12   communicate via text frequently.
13        Q.      Do you have texts with your mom about
14   other issues related to our investigation?
15        A.      I don't think so.  She like
16   literally -- she had these.  My mom saves
17   everything.  She found, like, an old laptop, so
18   she found this.  I -- you know, I'm in government
19   and politics.  Like the last thing I would want to
20   do -- you know, I was very much never going to
21   talk about any of this stuff until I was 80 and he
22   was dead maybe.  But then Charlotte reached out to
23   me.  So I was never in the business of, like, let
24   me live journal my experience, you know?
25        Q.      If you would, after today -- I don't
```

1              L. Boylan

2    want to burden your mother too much, but just ask

3    her to look and see if she has any other texts

4    between the two of you about these incidents --

5         A.      All of it?  She has a few, I think,

6    where I would send her a message being like I'm

7    having a really bad day, something like that.  And

8    she knew the context, so I didn't have to say

9    anymore.  I think she has a few like that, but

10   they didn't get us anywhere new, so to speak.

11        Q.      I'll follow up with Jill later about

12   that.

13        A.      Sure.

14        Q.      I want to talk to you -- were there

15   other occasions where you found out that the

16   Governor was asking if you were going to be at an

17   event?

18        A.      Yeah.  I would be asked -- I would

19   get a call, I would get a text, I would get an

20   email from someone -- Jill, Stephanie, Annabel --

21   asking if I would be going to something.  Howard

22   at some point said that the Governor has a crush

23   on you.

24        Q.      Do you recall when in your tenure

25   there Howard said that to you?

```
                                            Page 99
 1                      L. Boylan
 2         A.        Early.  I think it was around the
 3    time that he got the email asking if I was going
 4    to be at this event.
 5         Q.        What did you say to Howard when he
 6    said "I think the Governor has a crush on you"?
 7         A.        I brushed it off because what do I
 8    do?  This is my boss kind of confused.  If he's
 9    confused and he's maybe one of the most powerful
10    people in the state, what am I going to do?  I'm
11    not going to create a problem.  There is no
12    problem.  That was --
13         Q.        Did anyone else ever tell you that
14    they thought the Governor had a crush on you?
15         A.        People said it all the time.  It was
16    clear the way he interacted with me was very
17    brazen, even in public.  He would hold my hand a
18    little too long.  He would -- you know, it was
19    weird and I would always down play it because, you
20    know, for most of history and all of the women of
21    my family, they never got to be taken seriously.
22    I was the first one who got to do everything and
23    why would I let this creep monster bring me down?
24    You know what I mean?  I don't want to feed into
25    that.   I would pretend like I was totally sanguine
```

```
 1                        L. Boylan
 2    and happy and I would try to make as many positive
 3    friendships with the staff so that everyone knew
 4    how capable I was, how hard working I was, so it
 5    would diminish whatever else was happening.
 6         Q.       Other than Mr. Zemsky, do you recall
 7    anyone else who said that they thought the
 8    Governor might have a crush on you?
 9         A.       I think ████████████ at some point
10    said "Wow, that was a really long exchange" at a
11    tourism craft beverage event because the Governor
12    came off stage and he was shaking people hands and
13    I went to say thank you and he stood there in
14    front of all of these people for far too long
15    holding my hands.
16         Q.       Who is ██████████████
17         A.       He's the head of marketing at ESD.
18         Q.       Did you attend a holiday party for
19    senior staffers in 2016?
20         A.       Yes, I did because that was just
21    after the Trump presidential election and I think
22    we sent you a picture from that holiday party or
23    one of the holiday parties around that time
24    because it was on the evening of the first State
25    of the Union address.  I vividly remember that.  I
```

Page 101

                    L. Boylan
1
2    don't know dates.  I know kind of presenting
3    events that I can kind of tie them to.
4         Q.      Where was that party?
5         A.      The pool house in the Governor's
6    mansion and I had not been there before, I don't
7    believe.
8         Q.      Did you ever go to any holiday
9    parties in the Capitol Building?
10        A.      Yes, that was the one where I got
11   called up for the special tour.
12        Q.      What year was that holiday party?
13        A.      I believe it was the same year.  I'm
14   not -- no, maybe it was the next year.  I figured
15   out what it was based off of the dates and the
16   location, but it was earlier on in my tenure and
17   there's an annual holiday party with all the
18   agency heads and senior folks from across the
19   state and it's in this giant room where he does
20   the State of the State, so hundreds of people.
21               He makes his way off the stage,
22   shaking hands, I'm in the back and he sees me and
23   I'm with one of the senior people at ESD who
24   doesn't really like me that much and I felt like
25   he kind of diminished me, so I especially didn't

```
                                          Page 102
 1                      L. Boylan
 2    want to have a weird interaction with the Governor
 3    in front of him, ████████████ .
 4              So I went away, thinking that the
 5    Governor might be weird with me again and I don't
 6    want to have those kinds of interactions period
 7    and I don't want to have them in front of someone
 8    who already is, like, a dynamic with me that he
 9    doesn't like me, he doesn't like me being in his
10    space, he doesn't like sharing the leadership team
11    with me.
12              Anyways, I walk up the sunken part of
13    the auditorium, I walk up the stairs to the back
14    area and I see him walk up a few minutes later up
15    the stairs, looking at me and I kind of look away,
16    like I pretend like I'm looking at something else
17    and then he leaves and then not a minute later, I
18    receive an unlisted call and it's Andrew Ball
19    saying that I need to come up with the Capitol
20    Building for my special tour of the second floor.
21        Q.    Where the party was taking place,
22    where was that?
23        A.    I always confuse it with the egg, but
24    it's the place -- it has a special name, like the
25    Empire Center Room or something in the -- like
```

```
                                          Page 103
 1                   L. Boylan
 2    there's the Capitol Building and then there's the
 3    underground that goes to the different spaces.
 4    It's in the large convention center, the specific
 5    name.  It's where he does the State of the State
 6    and you can literally leave that room, go
 7    underneath and you can come up into the Capitol
 8    Building and that's what I did.
 9        Q.      So you got a call and you said it
10    came up as an unknown number or unlisted or
11    something like that?
12        A.      I would have to answer the phone
13    because it's someone.
14        Q.      So when you answered the phone, who
15    was it?
16        A.      It was Andrew Ball and he said "The
17    Governor wants you to come up and get your tour of
18    the second floor."
19        Q.      What did you say?
20        A.      I'm sure I said something like "Right
21    now?  Is that -- right now?  A tour?"  Then I said
22    okay because that's what you do.  You say okay.
23                I start walking over there
24    underground and I'm pretty afraid because the
25    interaction that I just had, the sequence of
```

```
                                                    Page 104
 1                          L. Boylan
 2     events is a very clear predatory situation and I'm
 3     very afraid.  I think I'm over my head.  Every
 4     other time, I feel like I can use all of my skills
 5     to find a way out of the interaction but this
 6     really scared me because I felt like I was in over
 7     my head.
 8                    So I called my husband, and I grabbed
 9     the elevator to the second floor -- there's this
10     black iron wrought elevator on the second floor of
11     the Governor's side -- and I just tell him I'm
12     afraid and I think he's a little bit bewildered
13     because I'm not a phone person, I hate the phone
14     and I never say I'm afraid.  So he just says it's
15     okay, you're okay and I don't remember anything --
16     I don't remember how I finished that call and I
17     get off the elevator and Andrew is looking at me,
18     kind of smiling in a weird way.
19                    Now we're in the Hall of Governors
20     and I've actually been there before because it's
21     an open space, so it's even more embarrassing that
22     I'm getting a tour because I'm not a five-year-old
23     or in the fifth grade in a civics class.
24                    All the underling offices are open.
25     You know, a few people are at work, even though
```

```
                                              Page 105

 1                      L. Boylan

 2    most people are at the party still and so it's

 3    just underlings here, you know, curious, looking

 4    out at, like, palace intrigue and seeing me get a

 5    tour, which is on one hand very humiliating

 6    because it feels like, you know, in that movie

 7    with the Fox guy, not Rupert Murdoch, whoever it

 8    was, the creepy one who would have women twirl.  I

 9    constantly feel like I was being asked to twirl.

10                    So anyway, I get up there, I asked

11    him -- I said oh, are there any cameras here, you

12    know, like just kind of, like, playing it off

13    because I want to know if there are cameras, like

14    I want to know if I'm going to be captured and I

15    want to know if he -- if I'm going to see him,

16    that his actions will be influenced by being on

17    screen.  Right?  You know, I'm just trying to

18    figure this out because I'm a little afraid.

19                    We walk down the hallway and then we

20    walk back and I get dropped off in his office, the

21    front area where all the secretaries are, and I'm

22    kind of, like, confused about where I am and then

23    I am pushed into the second room, which I would

24    later learn is like, you know, his big table staff

25    area and then I'm left alone and the doors close
```

```
                                              Page 106
 1                    L. Boylan
 2   behind me and I --
 3        Q.      Let me stop you right there for a
 4   second.
 5                You asked Andrew are there cameras?
 6        A.      (No audible response)
 7        Q.      Andrew left you in this staff room
 8   and then he left?
 9        A.      Yes.
10        Q.      Okay.  Continue.  Sorry.
11        A.      I'm alone, the door is closed and I
12   know him afraid because I feel it and I don't
13   sweat, I don't ever have BO or anything like that,
14   but I literally do in this moment because I'm
15   afraid, I'm, like, very afraid and I don't like to
16   be touched and I just have this, like, recurring
17   feeling that he's going to come in and what if he
18   touches me, like what if he, like, kisses me or
19   touches me or something.  What do I do without
20   offending him.  Like what do I -- what do I do?
21   Then he comes in -- you know, I had never been in
22   this room, so I didn't know where he was going to
23   come from or what was happening.
24                He comes in from what is his inner
25   courtyard room, which has another door to the red
```

```
 1              L. Boylan
 2   room where he does his press conferences, I would
 3   later learn.  But he comes in, he comes over and I
 4   do my kind of like trying to be like super nerdy
 5   and ask like real questions about history, to try
 6   and just stay on that and he shows me this -- I
 7   think it's a cigar box, but some people describe
 8   it as a humidor.  I don't know what the
 9   distinction between those are.  It had cigars
10   inside it.  And he said "These cigar boxes I got
11   from Bill Clinton" and he kind of smirks and
12   smiles at me.  It was really creepy because the
13   illusion is very clear to me, cigars, Bill
14   Clinton, Monica Lewinsky.
15              He just kind of stands there and it's
16   really awkward and I just kind of start looking
17   at -- oh, look at this picture, you know, kind of
18   do a thing like that.  And I don't know how long I
19   was in there because I just kept thinking how far
20   is he away from me, like is he getting closer to
21   me, is he going to do something, what's going to
22   happen and what would I do if he did something, I
23   don't know because I can't offend him and then he
24   let me out of the room.
25      Q.      Did he touch you at all during the
```

```
                                          Page 108
 1                    L. Boylan
 2  tour?
 3        A.      Not on this occasion.
 4        Q.      When you --
 5        A.      That was the most afraid I ever was
 6  because, again, it was another level of state
 7  resources being directed to reel me in.  You know,
 8  I really -- a tour and the unlisted number and he
 9  leaves a party and it's so brazen and I realize
10  that like anything could happen and what would I
11  do --
12              MR. KIM:  I think you broke up a
13        little bit.
14              You said that's the most afraid I
15        ever was?
16              THE WITNESS:  Yes.
17              MR. KIM:  Okay.
18              Maybe it was just me, but I didn't
19        capture the word "afraid."
20        A.      Even later -- I'm sure I'll get to
21  it -- when I'm walking out, he oddly kisses me,
22  which was a weird exchange.  I can't tell why.
23              It's like the walls fell in with this
24  tour because all of the resources were being
25  directed at me and I kind of kept thinking, you
```

```
                                          Page 109
 1                      L. Boylan
 2    know, there was always a way to protect myself or
 3    distance myself and I realized here I really have
 4    no way to protect myself and that was the most
 5    scared I ever was.
 6         Q.     So you said he let you out of the
 7    room.
 8                Did he -- did you or he say anything
 9    at the end of this tour?
10         A.     I don't remember.  As I said, I was
11    sweating and I don't sweat and I was very afraid.
12    I was just trying to pretend like I was totally
13    fine and nothing had happened because, of course,
14    all of these secretaries are watching me as I come
15    out.  I have no idea how he closed out.  I
16    remember the cigar exchange and that's all I
17    remember.
18         Q.     Were any of his executive assistants
19    sitting in the outer office?
20         A.     I believe Stephanie Benton was, but
21    I'm not 100% sure.  I was so afraid.  Between
22    being afraid of what would happen and fixating on
23    that and wanting to look like everything was fine,
24    I can't tell you more than what I just told you,
25    honestly.
```

```
 1              L. Boylan
 2      Q.      When you left, what did you do then?
 3  You walked out of his office?  What happened next?
 4      A.      I left immediately and I think I
 5  called my husband probably.  Then I just kind
 6  of -- and I had missed by this point some
 7  interaction time between my co-workers and I think
 8  I just tried to, like, play it off.  Like, oh, I
 9  have to, you know, check on something.  You know?
10  I didn't -- there's so few women who get really
11  high up in a lot of these positions that whether
12  it's me and it's humiliating, the thing about, you
13  know, like, ███████████████████████████████
14  ███████████████████████████████████████████,
15  none of it's very -- it's not a -- I don't want to
16  feed into that.  Right?
17              So I would just try to play it off as
18  much as I can, unless I was with someone that I
19  could really trust like my mom or my husband.  And
20  at a certain point, I didn't want to worry my
21  husband too much either.  He didn't really -- that
22  really freaked him out and the Second Avenue
23  subway thing did because he was shocked at how the
24  Governor stopped in front of a sea of cameras and
25  came over to me and my husband.
```

```
                                    Page 111
```

1                    L. Boylan

2              At that point after we had that

3    interaction, he was very freaked out by it and he

4    said "You're not kidding.  He's really fixated on

5    you in a weird way" and he felt like the Governor,

6    like, kind of handled him in a power play.

7         Q.      Getting back to the party, when you

8    came out of the office, was Andrew Ball waiting

9    for you?  Was he around anywhere?

10        A.      I don't remember.  I don't.

11        Q.      Did you go back to the party at that

12   point?

13        A.      I don't think I did.  I think because

14   by that point, but the time I -- all that took

15   maybe 20, 25 minutes, all of it together maybe 30

16   minutes.  I don't think I went back.  I think that

17   was, like, the whole many agencies, but like

18   Governor's holiday party, but I think ESD was

19   having some kind of thing, too, and I was trying

20   not to miss stuff.

21        Q.      Did you go to the ESD party or did

22   you go home?  Do you remember what you did after

23   you left his office?

24        A.      I know I got out of there.  I

25   think -- I don't remember.  I mean, my time in

```
                                          Page 112
 1                       L. Boylan
 2    Albany was pretty tough because I didn't live
 3    there and I wasn't going to move there and at this
 4    point, I had, like, ████████████████████████████
 5    ████████████████ and, you know, my time there was
 6    negotiating getting there and getting home.  So I
 7    never really lived in Albany the way that all of
 8    the other women I think who have come forward
 9    have.  That probably helped me, honestly.
10         Q.       Other than the conversations with
11    your husband, did you tell anyone else about that
12    incident around the time it happened?
13         A.       Yeah, I think I probably told -- I
14    think I probably told -- I told my friend ██████
15    for sure.  She remembered the plane incident which
16    she sent to you and she had some finite dates
17    around that.  I told I think ███████, who I
18    shared some stuff with you.  But at the time, I
19    know I shared it with my mom, I shared it with my
20    husband.  I'm not sure that I did more.
21              I mean, as I said, it's a little bit
22    humiliating for me.  You know?  I wanted to -- all
23    my friends were so proud of me, like this woman
24    from some other place had become the most senior
25    job secretary and all that and -- well, I guess at
```

```
                                        Page 113
 1                       L. Boylan
 2   this point I would have been Chief of Staff, but
 3   it was a really big deal, you know, and I'm not
 4   typically someone who asks for help or conveys
 5   that, you know, that wouldn't be something I
 6   wanted -- it was embarrassing.  It was sad.  I
 7   know I talked ████████████████████████ at
 8   that, but I think --
 9           Q.      ██████████████████████████
10   ████████████████████████
11                   You referenced before -- and we've
12   spoken about it before -- getting a rose on
13   Valentine's Day.
14                   Did someone hand it to you or did you
15   find it someplace?
16           A.      I believe ████ , that guy, he brought
17   it down to me.
18           Q.      Did he say anything when he gave it
19   to you?
20           A.      He said "This is from the Governor."
21           Q.      Was there any note or card with the
22   rose?
23           A.      No.  But I was told that he had given
24   it to, you know, some of his female staffers, but
25   it's different to give it to some of your -- it's
```

1                         L. Boylan

2      creepy as hell regardless and it's not serious,

3      but it's a gateway thing to me of lack of

4      boundaries.  But imagine, like, it's less weird if

5      a bunch of women on the same floor get it and it's

6      very weird if one woman on a floor where no one

7      even knows the Governor gets it and he announces

8      it's from the Governor and he does it in front of

9      other people.

10          Q.      No one on your floor got a rose from

11     the Governor to your knowledge?

12          A.      No one did.  No one did.  This was

13     for his staff and I was Chief of Staff of an

14     agency.

15          Q.      Do you know who --

16          A.      I don't know.

17          Q.      Do you recall what year that

18     happened?

19          A.      I think we deduced when that was.  I

20     don't know offhand.  It was on the earlier side.

21          Q.      Did it happen any other -- did it

22     happen just one Valentine's Day or more than one

23     Valentine's Day?

24          A.      Just one Valentine's Day.  Things

25     changed.  Like he continued to get -- like I felt

1                    L. Boylan

2    the walls were constantly closing in more.  Like

3    he had even fewer boundaries.  It started with the

4    rose thing and then it would become I was then on

5    the plane and he could ask me weird questions and

6    look at me in a weird way or he could invite me to

7    all of the campaign events and I would have a seat

8    that was clearly picked out in advance, like he

9    knew where it was and, you know, all those kinds

10   of things kind of escalated.

11        Q.      Other than the assistant that sat

12   near you, did you tell anyone else about the rose

13   when it happened?

14        A.      Three women observed him bringing the

15   rose or kind of around it.  It was ████████████,

16   ████████████████, who still works there and so does

17   ██████, and ████████████████.  Two ████████████

18   worked for me and ████████, you know, semi-staffed

19   me because I had a constant churn of some of my

20   EAs was one was elevated to Sir Howard instead and

21   then, you know, it was challenging.

22        Q.      And did you tell anyone who wasn't

23   present when it happened about it?

24        A.      I told my husband.  I think I told

25   some of my girlfriends, but, you know, my

```
 1                    L. Boylan
 2   girlfriends remember some of the most vivid
 3   things.  Like I only told my closest of friends
 4   that I felt like, you know, that I wasn't
 5   humiliated to share with them.  Like one of my
 6   best friends is the wife of ███████████, the
 7   ████████████████████████████, so I'm not going
 8   to tell her that stuff -- right? -- even though
 9   she's a dear friend.
10             So I told my friend ████████, who is ██
11   ████ like me.  You know, I told her a fair number
12   of stuff and she submitted some recollection.  I
13   told ██████, who doesn't live in New York, she
14   lives in DC.  I told her about the plane stuff and
15   the weird stuff.  I told ████████████████, ██████
16   ███████████████████████████████ a lot of
17   this stuff and she said the story never changed
18   which she received and ████████ and then my mom.  My
19   mom I told everything.
20        Q.      Any other occasions where you got any
21   gifts from the Governor?
22        A.      The picture signed.  I would -- I
23   always got special pictures.  He would always take
24   a picture -- he would always try to take a picture
25   with me.  My last year, when we went to Puerto
```

```
                                    Page 117
 1                    L. Boylan
 2   Rico and I was very excited because of this award
 3   that I worked very hard on to help recover from
 4   Hurricane Maria.  We had an evening where he gave
 5   speeches and I situated myself at a table with
 6   students because this was about college students.
 7   He and Melissa were at a table.  I also wanted to
 8   be away from Melissa because I really hated the
 9   dynamic with her, it was very toxic for me, so I
10   was trying to get -- and he situated himself so he
11   could see me where I was sitting and then right
12   after he spoke, he came over.  There's a sea of
13   people who are, you know, potential supporters, he
14   comes over to my table and takes a picture with
15   the students and me at my table and he stands next
16   to me and he, like, you know, touches my back.  He
17   would use picture taking to do that in a not
18   friendly way, in a sexual way.
19                    That's why when I read the woman who
20   he did that weird stuff with at the wedding, he
21   may be a little old school, but this isn't old
22   school, it's sexual and I received that and it
23   was, you know, you know, I keep thinking what if I
24   had said -- like what if I had done something.
25   But I really didn't think I had the power to
```

```
                                    Page 118
 1                    L. Boylan
 2   affect changing my own situation at that point.
 3        Q.        When he took photos with you, did he
 4   ever touch you anywhere other than your back?
 5        A.        My back, my lower back and my waist.
 6        Q.        On your waist?  Where on your waist
 7   would he put his hand?
 8        A.        Like around, in, like, a way that you
 9   know, like, my husband doesn't even do.
10        Q.        Would it be right at your waist or
11   would it be below your -- closer to your breast or
12   down close to your hip?
13        A.        Waist, hip.  I'm very tall.  People
14   are surprised by that.  So it may also be, like,
15   literally where I am, but waist.
16        Q.        Did he ever touch your butt when he
17   was supposing with you for a photo?
18        A.        No.  It was clearly sexual to me,
19   back and waist.  Not butt.
20        Q.        What made it clearly sexual to you?
21        A.        I mean, I feel like I know when I'm
22   being touched in a weird way.  I just know.  I
23   mean, it was -- I would never do that to anyone,
24   not even my husband.  And I'm a politician.  I'm a
25   hugger.  I hug people.  You can hug people and be
```

1                      L. Boylan

2    in their face and have -- and not have it be

3    sexual at all.

4         Q.      You mentioned that there was a time

5    that you found a photo on your desk.

6                  When was that?

7         A.      I want to say it was -- I took a

8    photo of it.  I think it was in the same series of

9    months around the rose because it was this time

10   period where I was kind of trying to figure out

11   what the hell -- I felt I was unsafe even in my

12   own little refuge, like oh my god, there's

13   this -- he's coming down with the rose, oh my god,

14   my door is closed and there's a signed photo of

15   his face at an event and he does sign photos all

16   the time so what he would just say is oh, I give

17   these photos out all the time.  I -- my office

18   remained closed.  No one ever came into my office

19   unless it's to drop off my mail.  I'm the most

20   senior person of the entire agency.  No one would

21   ever come into my office without literally -- and

22   I asked ████, I said "Did you drop this off?"

23   because it freaked me out and she said "No" and I

24   said "Were you here all the time?" and she said

25   "No, I was away," so I believe someone dropped it

```
                                          Page 120
 1                    L. Boylan
 2   off.
 3        Q.        Was the photo just the Governor, was
 4   it the Governor and you or something else?
 5        A.        It was just the Governor.
 6        Q.        You said you took a photo of the
 7   photo on your desk.
 8                  Do you still have that photo that you
 9   took?
10        A.        I do and what it does have above it
11   and/or Ms. Clark, I don't know if this is
12   appropriate, the date -- a date on there.  I'm not
13   sure if that was the exact date it was dropped off
14   but it's definitely around that general time and I
15   could get that to you.
16        Q.        That was my next question, if we
17   could get that --
18        A.        It's on the phone I'm talking to you
19   from, but I could get it to you.
20        Q.        Do you still have the actual photo
21   that you took a photo of, the one he signed?
22        A.        Maybe.  I really tried to throw the
23   fireball of my experience away.
24        Q.        Did you tell -- other than asking
25   ███████ "Did you put this here?  Did you see
```

```
                                            Page 121
 1                    L. Boylan
 2    anyone?  Did you tell anyone" --
 3         A.       Both of the ███████were aware that
 4    this photo had landed on my desk because I asked
 5    them.  They both reported to me.  They were, like,
 6    my, you know, ███████████████████████  and
 7    so they would be the only other people who came
 8    in, so I asked them and they knew there was a
 9    weird, fearful dynamic.  I never expressed the
10    extent of it because it's not my staffers'
11    responsibility to worry about me.  But I didn't
12    mind people knowing that I was uncomfortable with
13    the space, the lack of boundaries.
14         Q.       Did you tell anyone else about it at
15    the time?
16         A.       I think I asked ████████████  if I
17    could get a lock on my door.  I think I asked ███
18    ████████  because he was kind of the operations
19    person.  I said "Is it possible to get a lock on
20    my door?"
21         Q.       What did he say?
22         A.       I don't remember, but I didn't get a
23    lock on my door.  But I bet you there's, you know,
24    potential correspondence related to that and it
25    would be --
```

Page 122

1                   L. Boylan

2       Q.       You did or did not get a lock on your

3   door?

4       A.       I didn't get a lock on my door.

5       Q.       I'm going to switch subjects a little

6   bit.

7                Did you ever fly on the Governor's

8   plane?

9       A.       Constant.  Yes.

10      Q.       How often?

11      A.       Many times.  I mean, I wish I had a

12  better number for you.  I never expected I would

13  be in an investigation, but 15 times, 12, 15, 20,

14  somewhere in that category.  I don't want to be

15  off and have -- and come across as not believable,

16  so I don't want to pigeonhole a specific number of

17  times.  But it was a lot.  So many times that I

18  can't remember every time.

19      Q.       Could you describe the seating

20  arrangements inside the plane?

21      A.       It's, like, a very old plane.  I've

22  been on private planes.  My husband does some work

23  where, you know, I end up, you know, on something

24  like that.  So this is a very old one

25  comparatively.  There's two seats facing towards

```
                                      Page 123
 1                    L. Boylan
 2   the front of the plane and the Governor would
 3   always sit in one of those two seats and then
 4   there's two seats facing where he would be sitting
 5   and I would always sit in the left seat primarily
 6   and in the case of the strip poker situation,
 7   Abbey Collins or Abbey Fashour was sitting right
 8   there and then there were two seats behind those
 9   two seats and the State Trooper would sit in one
10   of them.  Occasionally, if it was a really busy
11   flight, there would be another press person on the
12   other side.
13        Q.      You have -- you wrote about in your
14   medium piece we talked about before an incident
15   where the Governor made a comment --
16        A.      The strip poker one?
17        Q.      Strip poker one.
18                When was that trip?
19        A.      So that I didn't know offhand.  I had
20   to zero in on it based on where we were going, the
21   timeframe and also my friend ████ who I would
22   visit annually at Christmas corroborated that.  I
23   didn't know it offhand, but I figured out what it
24   was.  I was in -- the date offhand, I don't know
25   offhand but I figured out which one it was based
```

```
                                              Page 124
 1                      L. Boylan
 2   on where we were going, the number of stops we
 3   had, who was with me, which was Abbey, and then
 4   roughly -- I kind of figured out by process of
 5   elimination what that was.
 6        Q.      Where was that trip to or from?
 7        A.      I believe we went to Rochester and/or
 8   Buffalo.  I know we went to Rochester at some
 9   point.  A lot of times we were going to small
10   areas, too, so I just said western New York
11   because I don't remember exactly where it was
12   honestly --
13        Q.      And the Governor --
14        A.      -- behind me was his State Trooper,
15   who I thought was kind of independent thinker, but
16   a lot of his success is tied to the Governor, so I
17   doubt he would speak out.
18        Q.      Which trooper was that?
19        A.      If you said his name, I would know
20   it.
21        Q.      Vinnie Tafasi (phonetic)?
22        A.      Yes.
23        Q.      So the Governor was sitting in his
24   usual seat facing forwards; is that right?
25        A.      Facing towards the front of the
```

```
 1                    L. Boylan
 2    plane, I'm facing him and Abbey is facing him.
 3         Q.      Was anyone sitting next to the
 4    Governor?
 5         A.      I don't -- kind of like in the office
 6    tour, this is what I remember:  I know that there
 7    were a series of flights that day, that people got
 8    off the plane at different legs and not got back
 9    on.  I think Howard was on for the first part of
10    the day, then he spoke and he drove to Buffalo or
11    something like that.  I do not believe someone is
12    in that other seat, but I'm not 100% sure.  That's
13    why when I discussed it, I discussed what I know
14    is accurate.
15         Q.      What led up to the Governor making
16    the comment?
17         A.      I know we had had -- like I told you,
18    pretty much like clockwork, he would even put his
19    headphones on when we got on the plane, very
20    quiet, focused on things.  He may grill you about,
21    you know, where we're going, you know, the
22    information so he can, you know, be prepared.
23    Then he was typically in a better mood after he's
24    done his presentation and it was on -- in that
25    vein, I think perhaps we had done -- he had done
```

```
 1                       L. Boylan
 2   two stops, two hits, because it did feel a little
 3   bit later in the day so I think he had done two
 4   hits and it was like on the third, you know, like
 5   going back to either New York or Albany or
 6   wherever we're going and we get off the plane,
 7   he's sitting down and he's clearly -- you know,
 8   he's even seated like he's going to engage instead
 9   of on his own level thing.  He says "Okay, let's
10   play strip poker" and just to be clear, I mean I
11   know this doesn't stand alone, I don't know how to
12   play poker, I don't -- I don't play cards.  The
13   idea that I would fabricate this is a ridiculous
14   notion.  I don't even know how to play poker.  As
15   an aside, after I released my Medium piece -- and
16   I know this is all circumstantial or whatever you
17   call it as a lawyer as well, but a woman reached
18   out to me and she said "Oh my god, I wasn't sure I
19   was going to reach out to you.  ███████████
20   ███████████████████████████████████████████████
21   ██████
22                So I know that's just circumstantial,
23   ████████████████████████████████████████████ --
24   excuse my language -- and I don't even know how to
25   play poker, so why would I say that?  It wouldn't
```

```
 1                    L. Boylan
 2   even come to my mind.
 3               Anyway, he says that and he does
 4   things to up the ante, get a reaction.  I don't
 5   think his -- his staff conveyed that I thought he
 6   was literally asking me to play that.  I didn't
 7   think it was literal.  I thought it was a sexual
 8   innuendo, which is just as inappropriate.
 9               So he says that, he's looking just at
10   me, he's not looking at anyone else on the plane
11   and for a second, I'm thinking what do I do?  A
12   younger woman than myself -- ████████ -- a
13   younger woman than myself who is very pretty is
14   sitting next to me and she's watching me, so what
15   am I going to do.  Not to just give in, but to
16   just keep going, right?  Like let it not affect
17   me.
18               I said "Oh yeah, that's exactly what
19   I was thinking" in a sarcastic way clearly and
20   that's how I know she was right there, because I
21   was very conscious that a younger, very attractive
22   woman was sitting next to me and unless she's not
23   his type, if there's a young attractive women that
24   he finds attractive in his circle, he's been
25   inappropriate with her if he's had the
```

```
                                        Page 128
 1                    L. Boylan
 2    opportunity.  So that's how I know she was right
 3    there.
 4                 Then Vinnie was behind me.  It is
 5    possible that Vinnie would not have heard this
 6    because he's right next to the pilot, you know,
 7    behind the seats.  But the Governor didn't say it
 8    quietly.
 9        Q.      Did Abbey say or do anything?
10        A.      No one would say or do anything ever.
11    That's how this worked.  I would be in the middle
12    of a weird dynamic and looking around, you would
13    feel like that's just normal because you would get
14    no reaction from anyone else.
15        Q.      I'm going to ask you to look at tab
16    nine.
17        A.      Okay.
18        Q.      This is flight schedules for the
19    Governor.
20                 Can you pinpoint which flight you
21    think you were on?
22        A.      I don't know offhand.  It would have
23    been -- it was definitely with Abbey and me and I
24    think John had been there earlier in the day and
25    Howard was not on the plane at this point.
```

```
                                          Page 129
 1                       L. Boylan
 2               The other thing about these flight
 3     schedules is they're not accurate -- they're not
 4     always accurate for people getting off the plane.
 5     So whatever the response from the Governor's
 6     office was said Howard, John Majori, all these
 7     people said it never occurred.  I was not
 8     suggesting that Howard was on the plane.  I don't
 9     believe John Majori was on the plane either.  All
10     I know is that Abbey, the Governor and Vinnie were
11     on the plane.
12          Q.     Was Dani Lever on the plane?
13          A.     No.
14          Q.     So you said you know that they said
15     they didn't hear anything?
16          A.     That came out in the press.
17          Q.     Right.
18               Is it your understanding that Abbey
19     also said she didn't hear anything?
20          A.     That's my understanding, based on
21     whoever released that statement saying all the
22     people who were on the potential flight said it
23     didn't happen and my assumption is that Abbey said
24     that then because she was on the flight --
25          Q.     And --
```

```
                                             Page 130
 1                       L. Boylan
 2        A.        -- but I don't know that.  I think
 3   it's really unfortunate how she's chosen to, you
 4   know, name her ethics, but whatever.
 5        Q.        So it's your belief that she heard it
 6   and is lying about it or allowing the Governor's
 7   office to lie on her behalf about it?
 8        A.        That is my belief, yes.  You know,
 9   I -- there are other staffers who in realtime --
10   someone had had an interaction with her where she
11   was working on a campaign and she said something
12   like he was like "Oh, are you coming back after
13   the campaign?" and she said ███████████████████
14   ██████████████████ and then now, she says "Oh,
15   it's always been a great working environment" or
16   whatever she was, you know, enlisted to
17   communicate these answers.  She works for the
18   Governor.  ████████████████████████████████████
19   ████████████████████████████ Right?  She
20   works for the Governor.
21        Q.        Was Abbey the one who said ████████
22   ████████████████████████?
23        A.        Yes.
24        Q.        You mentioned that you told your
25   friend --
```

```
                                        Page 131
 1                    L. Boylan
 2        A.       That was -- this is ███████████
 3   who had that experience, who I am very close
 4   friends with, who worked for a very short period
 5   of time in the Chamber and contributed to, I
 6   think, Rebecca Tradester's piece, but yes, he's
 7   had these interactions with her and he's someone
 8   who I've been, like, I can't believe they're
 9   lying, you know, kind of thing and he said well,
10   she lied about X, so ...
11        Q.       Has she told you anything else that
12   Abbey or anyone else said about their interactions
13   with the Governor?
14        A.       No, it's just that one.  He wasn't
15   there for very long.  It's very hard to stay there
16   for a very long time and not die.
17        Q.       And you talked about having told your
18   friend ███████████████.
19                 You told her around Christmas time
20   that year?
21        A.       About the flight, yeah, shortly
22   thereafter.
23                 MS. CLARK:  This isn't in your binder
24      because we just got it more recently.
25                 Ezra, are you able to screen share
```

```
                                    Page 132

 1                    L. Boylan

 2         tab 31?

 3                 MR. CUKOR:  Yes, I can.  Whether I

 4         can turn off mute is another question.

 5                 THE WITNESS:  I'm not seeing it.

 6                 MS. CLARK:  It hasn't come up yet.

 7                 Ezra, are you able to see my screen

 8         now?

 9                 THE WITNESS:  Yes, I'm very -- unlike

10         me, she's a dates person.

11                 MS. CLARK:  Ezra, can you close the

12         tab?  You've got the -- you've got the index

13         up in front of it.

14                 MR. CUKOR:  The index should be gone.

15                 Is it still there?

16                 MS. CLARK:  It's still there.

17                 MR. CUKOR:  I'm going to stop the

18         share a second.

19                 MS. CLARK:  You can keep it down for

20         now --

21                 MS. BASINGER:  Hey, Anne, Lindsey and

22         I both of know of this document, we can pull

23         it up ourselves.  Now that we know the

24         document to which you are referring to, we

25         can refer to it without Ezra sharing his
```

```
                                               Page 133
 1                       L. Boylan
 2         screen.  Nevermind.
 3                   MR. CUKOR:  Is this fine?
 4                   MS. CLARK:  Why don't you take it
 5         down.  It doesn't seem to be working.  That's
 6         okay, Ezra.
 7                   MR. CUKOR:  Sorry.
 8         Q.      So ████ sent an email to you
 9   recounting the lunch you guys had at the Four
10   Seasons in Georgetown on December 3rd, 2017 and
11   she said you told her about the plane incident at
12   the time.  The email from ████ to you is on
13   February 26th, 2021.
14                   Did you ask her to send you an
15   email --
16         A.      Yes.  So after all of this came
17   forward -- I mean, I literally thought, if
18   anything, I might write about this in a book about
19   my life at 80 after the Governor was dead and all
20   these people were dead.  So I was not in the mode
21   of collecting information, but in December, when I
22   wrote the tweets, I then -- I was smeared and the
23   retaliation, I hired a lawyer and they said well,
24   ████████████████████████████████████████████████
25   ████████████████████████████████████████████████
```

```
                                          Page 134
 1                      L. Boylan
 2   ███████████  .  Right?
 3              MS. BASINGER:  Lindsey -- apologies.
 4              THE WITNESS:  Sorry.
 5              MS. BASINGER:  It wasn't me, it
 6      doesn't matter, but it's never what a lawyer
 7      told you.  Remember, that's privileged.
 8              THE WITNESS:  Sorry.
 9      A.      I assembled -- I tried to assemble
10   who I shared information with and given the
11   reasons that I've mentioned to you about my own
12   frame of mind, I wasn't that sure that I shared
13   that much with people because it was kind of
14   humiliating and it continues to be humiliating
15   because it belittles my abilities and my hard
16   work.  And so I kind of had to say to a few
17   friends who obviously heard about this "Hey, did I
18   ever talk to you about this?"  I texted with her
19   and she said yes, you talked about the plane.  I
20   said "Could you send me an email based on what you
21   recall about that?" and that was the outcome of
22   that.
23      Q.      Did you share that email with any
24   reporters or anyone else?
25      A.      No.
```

Page 135

1                         L. Boylan

2        Q.        What's your relationship to ████ ?

3        A.        ██████ is my -- she's one of my best

4    friends -- she's one of my best friends from

5    ████████████████████████████████            We're

6    both pretty introverted, so we're pretty private

7    people, so that's probably why I told her, because

8    I knew that it would, you know, not be shared.

9        Q.        You also gave us very recently an

10   email from ████████████ recounting things

11   including the strip poker comment dated February

12   27th, 2021.

13                 Was that part of the same thing where

14   you were talking to people and asking them what

15   they remember?

16       A.        Yes.  Yes.

17       Q.        And what's your relationship with

18   ████████████ ?

19       A.        ██████████████████████████████

20   ████████████████████████████████

21   ████████████████████████

22   ██████████████████████████████

23   ████████████████████████████

24   ████████████████████  ████████████████

25   ████████████████████  ██████████████

Page 136

1              L. Boylan

2   ████████████████████████████████████

3   █████████████████████████████████████

4   █████████████████████████████████████

5   █████████

6              I said hey, did we talk about -- I

7   knew that we had talked about it because, you

8   know, we just spent so much time together and she

9   said "You talked all the time.  You told me the

10  same story again and again and again."  She said

11  "I've always hated that guy and I'm so glad it

12  came out."  So that was the product of me asking

13  her to share whatever I had shared with her.

14       Q.      Is there anyone else around this time

15  right after your Medium piece came out that you

16  reached out to to say --

17       A.      Yeah.  Yeah, so I reached out to

18  ██████, who remembered the awkward, you know, way

19  he touched me and me commenting to that which I

20  think we shared with you.  I asked -- I didn't

21  tell my friend ██████████████████████████████

22  ████████████████████████████████████████████

23  ███████████.  I asked my friend ██████████ and she

24  said I hadn't really got it into it.  She said the

25  total environment was bad, but I hadn't really

```
                                          Page 137
 1                     L. Boylan
 2    gotten into it.
 3                 Of course, you know, she was abroad,
 4    ██████████████████████████████  so it was a
 5    little bit harder to -- you know, I tend to share
 6    these things in person, so she said I hadn't
 7    shared it with her.  That's about it.
 8         Q.      Did you ever travel with the Governor
 9    by car?
10         A.      Yes.
11         Q.      Did the Governor ever do anything
12    inappropriate when you were in the car with him?
13         A.      No, because he would be sitting in a
14    different row.  So he couldn't physically do
15    something inappropriate.  I did observe him
16    absolutely -- we were on, like, I want to say 42nd
17    Street.  I think we were coming back from the
18    plane.  Typically, if you landed at LGA, you get
19    in these caravan planes back to the office -- cars
20    back to the office.  And he was -- he got on the
21    phone and he was -- and Melissa, I think, was next
22    to me -- and he was absolutely ripping someone's
23    head off.  Like ripping their head off.  It was --
24    I've only heard him yell that way a few times in
25    my career and most of them were at ███████████ .
```

Page 138

1                        L. Boylan

2                When he got off the phone, I

3    realized -- I don't remember who it was, but it

4    was a reporter and I was -- that was a really

5    pivotal moment for me because if someone could

6    manhandle reporters that day, where was the fourth

7    or the fifth state?  What's the -- like there's no

8    way out.  There's no way out of this guy.  Like

9    there's no out.  And I learned a valuable lesson

10   then.

11      Q.     You said the Governor sat in a

12   different row.

13                Where did the Attorney General the

14   Governor sit --

15      A.     So he typically had, like, two big

16   SUV cars that would be -- one would be for him and

17   there would be an extra one, typically in case

18   something happened, I think, I assume, is the

19   protocol.  But in this case, there's also like a

20   lower car, like a car, car.  I'm not a car person,

21   so I don't really know what it is.  It's like a

22   low Ford or something and it goes pretty fast and

23   he was in the front passenger seat and Melissa and

24   I were in the back passenger seats.

25      Q.     Anything else happen that you recall

```
                                        Page 139
 1                    L. Boylan
 2      that -- when you were traveling with the Governor
 3      by car?
 4           A.      You could hear him chew people out,
 5      but you know, I wouldn't have come forward about
 6      him chewing people out.  I came forward because
 7      he's a perpetrator and he escalated the sexual
 8      harassment and assault on some of the women.  If
 9      this was just a toxic work environment, we
10      wouldn't be sitting here.
11           Q.      Did you ever travel with the Governor
12      by helicopter?
13           A.      Yes.
14           Q.      How many times?
15           A.      Maybe three.
16           Q.      Did anything inappropriate ever
17      happen when you were --
18           A.      Well, what happened -- I don't know
19      if we've discussed this one in our last
20      conversation about Maria Bartiromo, the helicopter
21      ride that was not, so --
22           Q.      Why don't you tell us again?
23           A.      The helicopter would be typically
24      used for small trips from New York City to
25      somewhere else.  And in this case -- and again, I
```

Page 140

1                          L. Boylan

2    only know this date because I looked up when was

3    Maria Bartiromo the master of ceremonies for the

4    REDC ceremony.

5                    I was asked to accompany her on the

6    helicopter flight, just the two of us, up to the

7    RDC awards and that made sense to me because

8    remember I told you I oversaw the regional offices

9    at all points, so this was -- each regional office

10   would compete to try to get more state resources

11   for their region based on their plans for that

12   given year, so this was my show.  Right?  This was

13   in some ways my Olympic or Emmy performance, not

14   for me, but for my team and for my team was the

15   same thing as for me.  So it made sense for me to

16   go and to assist the woman doing it because I

17   could answer questions if she had them.  Of

18   course, she got on the plane and she didn't talk

19   to me and whatever.

20                    So we get there nice enough.  I told

21   her I was a big fan because I watched "Money

22   Honey" and all that kind of stuff and I think

23   she's cool.  And we get there, the ceremony

24   happens, the whole thing, it's a few hours long,

25   and I keep receiving these messages from Annabel

Page 141

1                        L. Boylan

2    and Stephanie and maybe even Jill saying "You're

3    going back on the helicopter with them."  I said

4    "No, I'm not."

5                 After the ceremonies, there's the

6    celebration and that is where I tell my regional

7    directors and all of the regional leaders like

8    good job, make sure I talk to each one, tell them

9    how much I appreciate them.  You know, this is my

10   chance to be a good boss.  Right?  I keep getting

11   pinged during this ceremony saying "No, you're

12   going back with them" and I said "No, I'm not."  I

13   don't say I'm not going back with the Governor.  I

14   say I'm not going back with Maria because I know

15   that he's asking me to go back with them for

16   whatever reason.  I don't know.

17                 But I pretend -- I kind of, like,

18   just make it about I can't go back with Maria

19   because I can't make it look like I've said no to

20   the Governor.  So I'm like in this no win

21   situation sitting in my fucking seat, waiting --

22   like, I want to be with my team.  Right?  They're

23   still going back and forth with me and Annabel and

24   Stephanie come out from the side stage, staring at

25   me and, like, look at your phone and they're

```
                                          Page 142
 1                    L. Boylan
 2   giving me dirty looks, saying -- I said I'm not
 3   going and I don't go.
 4              I don't know how I received the
 5   outreach, but I'm informed that he's angry with me
 6   and so I think I -- I think I sent him a
 7   Blackberry message or something -- I don't know
 8   how I send it -- but I said oh, I didn't realize,
 9   you know, you were going to be going, which is
10   kind of a white lie, but as I had learned
11   previously, you can't say anything critical to
12   him.  I had to make it seem like it was about
13   something else and not about him.
14              That wasn't the scariest moment.  As
15   I said, the tour was, but that was, I think, the
16   moment where on some level I knew I was never
17   going to be able to win or succeed here because it
18   didn't matter that I was doing my job.  It didn't
19   matter what my job was.  Not only to him, but all
20   of his staffers.  It just mattered that I did what
21   he said and he didn't care about me doing my job
22   correctly and making him look good.  He cared
23   about me being some bizarre doll next to him and
24   Maria Bartiromo and that was a big deal for me.
25         Q.      You don't recall who conveyed to you
```

```
                                    Page 143
 1                    L. Boylan
 2   that the Governor was unhappy that you didn't join
 3   him?
 4        A.      I'm sure Stephanie said something or
 5   communicated something.  I mean, I grew up in a
 6   very passive aggressive family.  I knew.  You
 7   know, I received all the indicators and, you know,
 8   like, you would be not invited to the meeting the
 9   next day if people were unhappy with you.  You
10   would not be invited to the pool party, you would
11   be not invited to that thing and to be not invited
12   would mean that you weren't going to get to do the
13   work that you wanted to do and to be that you
14   weren't respected and you were going to get shit
15   on.
16              So it wasn't just try to convey,
17   like, why it was so important to me to be accepted
18   by these women because it meant everything in
19   terms of how things work.  I've always been a
20   weirdo, I've never tried to fit in, but in this
21   dynamic, recreated an environment where you were
22   just so thankful when someone was nice to you.
23        Q.      When Stephanie and Annabel were
24   saying you should take the helicopter ride back,
25   what was your basis for saying they were doing
```

```
                                      Page 144
 1                    L. Boylan
 2    that on behalf of the Governor?
 3         A.       They didn't even like me.  That would
 4    be the only reason.  Like they had one goal and it
 5    was to keep him happy and there would be no -- you
 6    wouldn't get to go on a flight with the Governor
 7    unless he liked you.  I would never be on the
 8    helicopter with the Governor unless it was him who
 9    wanted me there.  If you look at 80% of senior
10    staff, they never flew with him on the helicopter.
11         Q.       How many seats are on the helicopter
12    by the way?
13         A.       It's like a booth at a restaurant.
14    It's not like a --
15               THE VIDEOGRAPHER:  We're going to
16         have to go off the record.  Standby.
17               We are now off the record.
18               The time is 2:34 p.m.
19               (Recess taken)
20               THE VIDEOGRAPHER:  We are now on the
21         record.
22               The time is 2:46 p.m.
23               Back from break.
24         Q.       Okay.  We got a little cut off there.
25               I was asking you how many seats there
```

```
 1                      L. Boylan
 2   were in the helicopter and you got cut off, so why
 3   don't you start from the beginning?
 4        A.      Unlike the airplane, it's kind of
 5   like booths at a restaurant where you could
 6   probably accommodate, you know, a different number
 7   of people on either side.  It's a booth facing
 8   each other.  And I think typically at most for
 9   comfort you'd want three on each side, but it was
10   typically less, fewer than that, more like four
11   people or five people.
12        Q.      Did you ever take any overnight trips
13   with the Governor?
14        A.      No.
15        Q.      Did you ever take any trips outside
16   of New York?
17        A.      Outside of the State of New York?
18        Q.      State of New York.
19        A.      I don't think his plane ever -- I
20   think there was one occasion because of bad
21   weather we may have landed somewhere in New
22   Jersey, but I'm not actually certain about that.
23   Not know that I know of.
24        Q.      I wasn't alluding to the Governor's
25   plane.
```

```
                                          Page 146
 1                    L. Boylan
 2              Did you ever take any trips with the
 3    Governor outside of New York State?
 4         A.      Puerto Rico.
 5         Q.      When did you go to Puerto Rico with
 6    the Governor?
 7         A.      I think I went twice when he went.  I
 8    went, like, many times.  I could probably zero in
 9    on that, but I don't know offhand.  I know it was
10    in my last year of service there and it's when I
11    told you about the picture with the lower back,
12    that occurred there.
13         Q.      And did anything other than the
14    picture happen in any of the trips to Puerto Rico
15    with the Governor that you recall?
16         A.      No.  I mean he could be cruel in that
17    I was co-managing this with ███████████, who I
18    was friends with, but for probably a number of
19    reasons, like I was used to presenting in a
20    certain way, so he didn't want her to speak and
21    present any of it, he wanted me to present all of
22    it and I think that's the combination of
23    unfairness and whatnot and he would do that kind
24    of thing.
25              Then, you know, I would have to pick
```

```
 1                    L. Boylan
 2   up the pieces and talk to her and, you know, like,
 3   well, I didn't even notice that, try to underplay
 4   it.  But he would do stuff like that and could pit
 5   me and other women against each other.
 6        Q.       Putting aside Puerto Rico, other than
 7   what you've already described today, at any time
 8   has the Governor made any sexually suggestive
 9   comments to you?
10        A.       Yeah.  I mean, I think it was pretty
11   regular and unfortunately, you know, every time I
12   hear some anecdote in the different women who have
13   spoken, like the dog thing I didn't remember that
14   until it came up, but it was -- you know, it
15   was -- I'm just trying to explain how pervasive it
16   was.
17             We would have group meetings with ten
18   people, all the senior staff, mostly events
19   people.  I would find a staff -- even though I'm a
20   politician, I'm a relatively introverted, shy
21   person.  So I would -- and his glare is very scary
22   in a way, so I would sit myself behind this lamp
23   so he couldn't see me.  On two different occasions
24   he said in front of a room full of people "You
25   always sit behind that lamp, so I can't see you"
```

```
                                        Page 148
 1                    L. Boylan
 2   and he stopped the meeting and he moved the lamp
 3   on one occasion so he could stare at me.  I'm just
 4   trying to explain how pervasive these things were.
 5   Like that alone is not -- but it was always.
 6        Q.      You talked about and you made
 7   reference to the time the Governor kissed you.
 8                Did the Governor kiss you one time or
 9   more than one time?
10        A.      One time.  I mean, he -- okay, so,
11   like, the woman who he met in the flooded town,
12   like this, like -- and maybe, like, kind of
13   awkward weird, like a side kiss or something like
14   that, that happened a ton of times.  But literally
15   walking -- get up out of my seat in front of his
16   desk to walk out and he comes in front of me and
17   he kisses me as I -- and then I keep walking.
18   This was, programmatically speaking, a kiss.
19                I had a ton of awkward weird physical
20   interactions with him that I agree with that
21   woman, he makes things weird and sexual and power
22   oriented, but this was a kiss.
23        Q.      This was in his Manhattan office or
24   Albany office?
25        A.      Manhattan.
```

```
                                        Page 149

 1                    L. Boylan
 2       Q.       Where was he and where were you?
 3   Describe where each of you were.
 4       A.       He has this big phallic desk that he
 5   sits behind.  He's the corner office and it's
 6   weird because you can see all of midtown out of
 7   the window.  Even if it's so high, it feels like
 8   you're in front of millions of people in a way --
 9   right? -- and I'm sitting at the desk, I'm alone
10   in a meeting.  He would frequently call me in for
11   a real purpose or a non-real purpose and one would
12   never know, so you had to have your shit together.
13   I would always come with, like, five different
14   binds of shit to be ready.  Right?
15                 But this one, I don't even remember
16   what the meeting was about.  I get up to walk out.
17   So there are two chairs at his desk that, you
18   know, kind of face his desk.  I back up my chair
19   and then I turn this way and you have to go past
20   that big phallic desk to get out of the office.
21   And I believe the door was open to Stephanie's
22   sitting area and as I'm walking out, he steps kind
23   of in front of me and kisses me and it happened so
24   fast, it was the weirdest thing.  I just kept
25   walking because my first thought is oh my god, oh
```

```
                                                    Page 150
 1                      L. Boylan
 2   my god, what if someone saw that and they're going
 3   to think that I wanted a kiss from the Governor.
 4   I'm just shocked.  I'm not even afraid.  The
 5   afraid was in his office in Albany.  This was just
 6   the strangest shocking thing ever.  I just keep
 7   walking really fast.  She's not at her desk and
 8   then [Staffer #5] -- whatever his last name is --
 9   is not at his desk.
10             I think by that point so many things
11   had happened, it wasn't scary to me, it was kind
12   of like oh my god, what a weird thing.  It didn't
13   even feel -- it was just weird.
14        Q.      When he kissed you, did he put his
15   hands on you anywhere?
16        A.      Not that I recall.
17
18
19            I don't like physical contact, like
20   sexual physical contact with people I don't know
21   very well.  So it was just kind of shocking and I
22   just kind of kept walking.
23        Q.      You said he blocked your path and
24   kissed you.
25                Did you have to then walk around him
```

```
                                       Page 151
 1                    L. Boylan
 2   to get out of his office?
 3        A.        No, not really that I recall.  I felt
 4   like I didn't even stop walking.  So it felt like
 5   I was here, I get up, coming out this way past his
 6   desk, he comes this way and does it and then I
 7   keep going.  Do you know what I mean?
 8        Q.        I'm trying to picture this.
 9                  So he didn't stop directly in front
10   of and you block your path?
11        A.        It felt like he was in front of me,
12   but I kept walking, so I think maybe it was off to
13   the side in front of me and, like, the door wasn't
14   right behind him.  The door was -- it's like if
15   there was a Y and I'm coming and he's, like, there
16   and I keep going.  You know?
17                  MR. KIM:  He kissed you on the lips?
18                  THE WITNESS:  Yes.
19                  MR. KIM:  How long did it last?
20                  THE WITNESS:  Not long.  I never
21        stopped walking.  It was kind of this
22        comically weird interaction to me.
23                  MR. KIM:  Did he say anything before
24        or after?
25                  THE WITNESS:  No, that's why it was
```

```
                                              Page 152
 1                      L. Boylan
 2        also weird.
 3   BY MS. CLARK:
 4        Q.        Had you ever seen him kiss anyone
 5   else on the lips?
 6        A.        No.
 7        Q.        Have you ever seen him kiss any male
 8   staff members on the cheek?
 9        A.        No.  Maybe, like, I could envision
10   him doing it to a really old man, like his dad or
11   something, like some weird dad/son thing, but no.
12   No.  That's my whole thing.
13                  When Rich as a party says "Oh, that's
14   how he is to staff."  He was never that way with
15   ███████████  he was never that way with Rob, he
16   was never that way with Howard.  He was never that
17   way with other people, only women.
18        Q.        Were there any other times where he
19   tried to kiss you?
20        A.        No.  He would do the back thing a lot
21   in pictures, but he never -- it was -- I didn't
22   mistake it for anything.  That's what it was.  I
23   was just -- I mean, it's hard to understand my
24   fixation with being taken seriously now.  I just
25   worked so hard in my life to not ever have someone
```

```
                                      Page 153
 1                     L. Boylan
 2     think that, like, I was in some way connected to
 3     this person.  So that was my first thought, like
 4     oh my god, what if someone sees this happen and
 5     they think I'm doing this.  You know?
 6          Q.     Did the Governor ever put his hands
 7     on your face, like you saw the picture at the
 8     wedding like he did that to woman?
 9          A.     Yeah, I think he did.  Yeah.  Like
10     I've seen those extended too long interactions I
11     think he probably did that a number of times.
12          Q.     When he did that, did he kiss you or
13     try to kiss you?
14          A.     He tried to kiss me the two-cheek
15     thing several times.  But the lip thing, I don't
16     remember him ever doing that to me.
17          Q.     When he put --
18          A.     My parents don't kiss me on the lips.
19     I would know it.  That's, like, a different thing
20     to me.
21          Q.     Did he ever kiss you the times he put
22     his hands on your face?
23          A.     No.  I think he was weird -- with
24     heels, I'm about as tall as he is, so I think
25     there's that, too.  I think he belittles people
```

```
                                    Page 154
 1                    L. Boylan
 2   and that woman is quite petite and short is my
 3   guess, but he finds other ways to belittle me.
 4        Q.      Did you tell anyone about the kiss at
 5   the time it happened?
 6        A.      My mom.  My mom.  I called my mom
 7   right away.  I said oh my god, kind of like you're
 8   saying, I can't believe this happened.
 9        Q.      Did you have any texts with your mom
10   about it?
11        A.      No.  I would have called her.  I
12   actually didn't remember that I called her, but
13   she said I called her and I trust her memory much
14   better than I do mine.  She's super anal.
15        Q.      Did you tell your husband?
16        A.      No, not immediately.  I thought
17   like -- I thought it would just infuriate him and
18   I didn't need to calm my husband down.  I needed
19   to, like, figure out what I was going to do.
20        Q.      Did you tell any of your friends?
21        A.      No, not at the time.  It just didn't
22   even fit.  It was the most strange thing ever.
23        Q.      The kiss was sometime in 2018?
24        A.      Yes, it was towards the end of my
25   time.
```

Page 155

1                        L. Boylan

2        Q.        Now, you've made reference a couple

3   times to the Second Avenue subway.

4                  Tell us a little more detail what

5   happened on that occasion.

6        A.        Well, my husband and I ████████

7   ████████████████████████ every year for New

8   Year's, so, like, the power play that the Governor

9   does, he doesn't really care about other people's

10  lives and he literally last minute scheduled --

11  like invited me and a bunch of other people to

12  join this event on New Year's Eve.

13                 So we come home early, my husband is,

14  like, kind of miffed that he has to do that.  I'm

15  like it'll be fun, we can spend New Year's in the

16  new subway, that's kind of cool.  We get dressed

17  up and we go there and there's like thousands of

18  people and there are steps up, you know, like a

19  subway line where there's downtown, uptown,

20  downtown, uptown, right?  And they basically

21  stage, like, photographers and journalists to be

22  at the top of the steps up from the lower level.

23  Right?

24                 So everyone is watching at some

25  point.  This is the formality of it.  It's just

Page 156

1                    L. Boylan
2    him and Sandra Lee coming up those steps.
3    Literally just him.  Not overdoing it, there's
4    probably hundreds of cameras on them.  I'm off to
5    the side with my husband, watching.  You know,
6    this is the event.  And he sees me and he stops
7    proceeding upwards for the formality of the event
8    and he comes over -- I mean, this has to be
9    captured on a ton of cameras, I've said this, you
10   know, before -- but he comes over to me, he -- I
11   don't remember if he shook my hand or my husband's
12   hand first, but he did that hand thing and it was
13   a really long time and even if it wasn't a really
14   long time that he did that, we were the only
15   people he stopped to do that with and he did it in
16   front of all the cameras that were watching this
17   very formal moment and everything about that
18   freaked me out and I could tell Sandra Lee was
19   like -- we were all kind of like what the fuck.
20   Of course I don't read that on my face because
21   everything is just fine and everything is okay.
22              I'm surprised and kind of like
23   shocked by it, but I'm also not surprised because
24   he's kind of done this to me before and I've kind
25   of told my husband about that.

```
                                        Page 157
 1                    L. Boylan
 2             He passes, we're getting on --
 3    because like part of the formality of this event
 4    was to ride the train once.  So we get on the
 5    train and he looks at me and he says "You weren't
 6    kidding.  That was one of the strangest things I
 7    ever experienced" and he's told a bunch of friends
 8    about it.
 9        Q.     You said he said it.  That was your
10    husband that said that to you?
11             You have to say yes or no.
12        A.     I'm sorry.  Yes.
13             MS. CLARK:  Marco has appeared, so I
14        think he needs to change the recording.
15             THE VIDEOGRAPHER:  Standby.  It'll
16        take 30 seconds.
17             We are now off the record.
18             This is the end of media unit number
19        two.
20             The time is 3:01 p.m.
21             (Recess taken)
22             THE VIDEOGRAPHER:  This is the
23        beginning of media unit three.
24             We are now on the record at 3:02 p.m.
25        Q.     We were talking about the Second
```

```
                                          Page 158
 1                 L. Boylan
 2    Avenue subway event.
 3                 When the Governor came over to where
 4    you and your husband were standing, did Sandra Lee
 5    stay where she had been, about to go up the steps?
 6         A.      Did she say where she'd been or where
 7    was she?
 8         Q.      Did she stay --
 9         A.      She stayed where she was, but she
10    looked over.  I mean, I don't know if you're
11    speaking to her, but I -- she could probably tell
12    you a mouthful about stuff she's seen.
13         Q.      Do you have any knowledge about what
14    she might have seen or are you just assuming or --
15         A.      I'm just assuming, but it's a good
16    guess.
17         Q.      Did you ever sit in the Governor's
18    lap?
19         A.      No.  That was apparently Senior Staffer #3.
20         Q.      Did you see Senior Staffer #3 sit in the
21    Governor's lab?
22         A.      I never saw it.  I mean, it makes me
23    feel nauseous thinking about it, though.
24         Q.      Did someone tell you about it?
25         A.      Yes.
```

```
                                         Page 159

 1                       L. Boylan
 2        Q.        Who told you about it?
 3        A.        ███████████████████
 4        Q.        What did he tell you about it?
 5        A.        He said there's a picture that exists
 6   with her sitting in his lap and he hasn't seen it
 7   either --
 8        Q.        Did he say where he saw or heard --
 9        A.        -- and it was on Instagram at some
10   point.
11        Q.        Did you ever see or hear about anyone
12   else sitting in the Governor's lap?
13        A.        No.  No.  But I wouldn't be
14   surprised.
15        Q.        Did you ever see or her about
16   [Senior Staffer #2]      sitting in the Governor's lab?
17        A.        I would believe that.
18        Q.        You'd believe it, but did you see or
19   hear about it?
20        A.        I didn't see or hear about it, no.  I
21   know they would all sit and drink with him at the
22   restaurant, Docks, downstairs in the back room.
23        Q.        Who would often drink with the
24   Governor in the back room at Docks?
25        A.        Melissa, Dani, Stephanie, Jill and
```

Page 160

1              L. Boylan

2    Annabel.

3        Q.       And would they go as a group or it

4    would be like one night he'd go with one, one

5    night it would be somebody else?

6        A.       Group typically.  Typically a group.

7              MR. KIM:  Do you believe -- are you

8          less surprised about Senior Staffer #2 sitting

9          on his lap than Senior Staffer #3 , for example?

10         Is there a difference?

11             THE WITNESS:  Well, the -- well,

12         ████████████████████████████   ████████████

13             MR. KIM:  ████████████

14             THE WITNESS:  Sorry.

15         █████████████████████████████████████

16    ████   ████████████████████████████████████

17    █████████████████████████████████████████████

18    █████████████████████████████████████████████

19    ████████████████████████████████████████████

20    █████████████████████████████████████████████

21    █████████████████████████████████████████████

22    ██████████████   ██████████████████████████████

23    █████████████████████████████████████████████

24    ██████████████████████████████████████

25    ██████████████████████████████████████

1          L. Boylan

2  ████████████████████████████████████████

3  ████████████████████████████████████████

4  ████████████████████████████████████

5  ████████████████████████.

6      Q.      You said that ████████████ called

7  them the Stepford Wives.  Was it the Stepford

8  Wives or was it something different?

9      A.      You know, I'm wondering if I've

10  confused -- ██████████████████████████████

11  ████████████████  ███████████████████████████

12  ███████████████      It may have been her that said

13  it.  It may not have been ███████  But ██████was

14  very aware of the Mean Girls.  I could think of

15  her name.  She replaced Jim Malontris in this

16  role.  I can't remember her name offhand.  I have

17  blocked it out.

18      Q.      She may have referred to them as the

19  Sister Wives?

20      A.      Yeah.  Yeah, it was Sister Wives.

21  Sister Wives.  It wasn't Stepford -- I'm sorry.

22  I'm going to a literary place.  Sister Wives.

23      Q.      Did you ever act in a manner with the

24  Governor that you considered flirtatious?

25      A.      There's a certain amount of, like,

Page 162

1                           L. Boylan
2      everything about him was flirtatious, so even the
3      strip poker thing, me saying "Oh, just what I was
4      thinking," right, there was a lot of that.  I have
5      a very dry sense of humor and you would never want
6      him to walk away mad, so how do you play this off
7      in a way that doesn't throw fuel at it, but
8      doesn't make him angry.  You know?  So if you
9      consider that flirtatious ...
10          Q.      Can you think of any other examples
11     where someone watching might view you as being
12     flirtatious with the Governor?
13          A.       I guess I would have to know what it
14     is.  I was always very yes, sir, of course, sir.
15     Always.  I was always trying rise to the occasion
16     and keep him happy.  But sitting on his lap and
17     doing shit like that, never.
18          Q.      Did you ever make any comments to the
19     Governor about his appearance?
20          A.       I talked a lot about his speeches
21     because I thought, you know, he would ask for
22     feedback on his speeches.  He only wanted positive
23     feedback, but I thought really highly of him for a
24     very long time as the perspective of a leader and
25     I would talk about those things.  You know, those

Page 163

1              L. Boylan

2  kinds of things, I was very positive.

3       Q.      Do you recall ever making any

4  comments about his appearance to him or ...?

5       A.      Not that I know of.

6       Q.      Did you ever have any sort of

7  consensual romantic or sexual relationship with

8  the Governor?

9       A.     No.  No.

10      Q.     ████████████████████████████

11  ███████████████████████████████████

12  ████████████████

13       ██       ██████████████████████████

14  ████

15       ██       █████████████████████████

16  ████████████████████████████████████

17  █████████████████████

18       ██       ███████████████  ████████████

19  ████████████████████████████████████████

20  ████████████████████████████████████

21  ████

22       ██       ██████████████████████████

23  █████

24       ██       ██████████████████████████

25       ██       █████████████████████████



Page 164

L. Boylan





Page 166

L. Boylan



Page 167

1                    L. Boylan

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19    BY MS. CLARK:

20

21

22

23

24

25

Page 168

L. Boylan



Page 169



Page 170

1          L. Boylan



12     Q.     Did you ever go to any parties at the

13 mansion?

14     A.     The pool house with lots of people,

15 yeah.

16     Q.     And you made reference to the fact

17 that you had given a photo related to one of

18 those.

19            If you could look at tab ten, I want

20 to ask if that's the photo you're referring to?

21     A.     Yes.

22     Q.     Take a look at it just to make sure.

23     A.     I saw it already.  It's the one where

24 I'm looking at the debate screen.

25     Q.     Yes, February 28, 2017.

```
                                                    Page 171

  1                        L. Boylan

  2         A.       Yes.

  3         Q.       Who took that photo?

  4         A.       I assume it was the photographer for

  5    the night.  This is the kind of example where,

  6    like, there was no purpose to have photos that no

  7    one could see, that I couldn't see.  These were

  8    photos of us at a -- not at, like, a public event.

  9         Q.       How did you get this photo?

 10         A.       Someone sent it to me.  I think John

 11    Majori said "Oh, this is a photo of you."

 12         Q.       Did he say whether he was sending to

 13    it to you on behalf of the Governor or do you have

 14    any sense as to whether the Governor --

 15         A.       No, no, I didn't think this was from

 16    the Governor.  This was just an example of how,

 17    like, even when he wasn't watching you, he was

 18    watching you.

 19         Q.       If you could turn to the next tab,

 20    tab 11, do you recognize this document?

 21         A.       Yes.

 22         Q.       What is this?

 23         A.       This is how it would look like if you

 24    were invited to special events at the pool house

 25    and it was only, like, the special people who were
```

                                    Page 172

1                    L. Boylan

2    invited.

3        Q.      Do you recall what event this was?

4        A.      No, I don't.  I think it was their

5    annual, like, wintertime holiday party.  And I

6    believe this was at the event when Stephanie

7    showed me, like, there's a pool where FDR used and

8    she said "Have you ever swam here?"  I said "No, I

9    never swam here."  I didn't even know it was here.

10   It was cool to see because with, you know, with

11   FDR being in a wheelchair, it was interesting to

12   see his, like, medical pool, but it was a weird

13   interaction.

14              But this was just an example of how

15   you would be invited and it was, like, a small set

16   of people and you really wanted to be included, so

17   you were part of the event.  But yeah, I'm just

18   showing an example of the pool party environment.

19       Q.      Did anyone ever tell you that they

20   went to any party at the pool where they went

21   swimming?

22       A.      Stephanie said "Have you swam here?"

23   like she had, but I never knew anything more

24   beyond that.

25       Q.      And you mentioned earlier being in

```
                                          Page 173
 1                        L. Boylan
 2     the mansion at a meeting with Robert Mujica
 3     upstairs.
 4                    Were there other meetings you
 5     attended at the mansion?
 6         A.       Yeah.   Yeah.   Like the Tesla meeting
 7     I told you and occasionally like there would be a
 8     staff kind of meeting.   One time there was one
 9     where a bunch of the people were invited before
10     Puerto Rico and another time, there was a smaller
11     set of people, like only the senior staff and it
12     was a weird environment because he -- we were in
13     the smaller side room, if you come in into the
14     left, there's, like, a little sitting area and
15     everyone had a drink.   I think he was eating
16     dinner, but Rob was going to sit next to me on the
17     couch.
18                    And as I told you, I really liked
19     Rob, I trusted him and I thought he was a decent
20     person and, you know, trying to help me fit in
21     there.   And he got -- he was about to sit down and
22     he got up because he saw the Governor looking at
23     him.   The Governor came and sat down next to me at
24     the couch and everyone else was seated somewhere
25     else.   It was clear that he was supposed to get to
```

```
                                      Page 174
 1                    L. Boylan
 2   sit next to me.  It was weird because everyone was
 3   just kind of watching him and him talking to me
 4   and that was weird on every level.
 5        Q.      How close to you did the Governor --
 6        A.      He wasn't that close.  It was just
 7   the focus was weird and that Rob was going to sit
 8   next to me, he was my buddy, I didn't -- he didn't
 9   scare me, he didn't present a power relationship
10   over me, he wasn't taller than me.  I'm taller
11   than he is.  That's very different than my
12   interactions with the Governor and he was about to
13   sit down and the Governor must have given him a
14   look because he got up or, like, he was about to
15   sit down and moved over and the Governor sat next
16   to me.
17        Q.      Was there anything unappropriate or
18   unusual about your conversation with the Governor
19   when he sat down?
20        A.      Just how he was focused on asking me
21   questions or engaging with me.  I don't remember
22   anything particularly inappropriate.  It was weird
23   and inappropriate the focus that was put on me.
24        Q.      Did you ever talk to Rob about that
25   interaction?
```

```
                                      Page 175
 1                  L. Boylan
 2       A.        No, because as much as I liked him,
 3   you know, the one time I did open up to him was
 4   when I, like, had just started in the role and,
 5   you know, I had felt like nowhere was safe and
 6   being inside didn't make it any better than being
 7   outside.  So I went to his office and I was crying
 8   and I said, like, I don't think I can do this and
 9   he said well, you gotta figure it out.  A lot of
10   it at that point was, you know, in part about
11   Melissa.  But that was the only time I really
12   opened up to him.
13       Q.        Did he give you any other advice?
14       A.        No.
15       Q.        I'm going to ask you to turn to tab
16   12.
17       A.        I mean, come on.  Why does it matter?
18   What is this?
19       Q.        I've just got to ask you --
20       A.        Honestly, this kind of pisses me off.
21   The Governor of the State of New York and you're
22   asking me to explain why I tweeted that I was
23   proud to work for him.  I don't understand it.
24       Q.        I just want to give you a chance
25   to --
```

```
                                          Page 176
  1                    L. Boylan
  2        A.        What is it?  Is this about me or is
  3   this about the Governor?
  4        Q.        We want to be able to
  5   explore everything and allow you --
  6        A.        What is it that you need to explore
  7   about my tweet saying that I was proud to work
  8   there?  Think of it like gymnastics.  You worked
  9   your whole life to get to the Olympics, there's no
 10   other Olympics, there's nowhere else to go.  If
 11   you get out and you piss them off, you're dead and
 12   all of your hard work is gone.  Why am I
 13   explaining my tweet about working there?  How is
 14   this new to you?
 15        Q.        Do you want to take a break?
 16        A.        I don't understand why -- this is the
 17   kind of stuff Women for Cuomo ask me on Twitter.
 18   This isn't the kind of stuff smart lawyers who are
 19   experienced with people experiencing sexual
 20   harassment ask.
 21        Q.        I'm not asking any accusations --
 22        A.        This is the kind of shit that his
 23   team would send me.  This is literally what Women
 24   for Cuomo post on my Twitter page.
 25        Q.        I'm not trying to upset you.
```

```
                                        Page 177
 1                    L. Boylan
 2        A.        It is upsetting.  It is upsetting.
 3   It's victim blaming.
 4                  MS. BASINGER:  Anne, do you mind if
 5        we go off the record and I speak to Lindsey?
 6                  MS. CLARK:  Sure, you could do that.
 7        I was suggesting a break anyway.  You could
 8        talk with Lindsey.  Let's take ten minutes.
 9                  THE VIDEOGRAPHER:  We are now off the
10        record at 3:23 p.m.
11                  (Recess taken)
12                  THE VIDEOGRAPHER:  We are now on the
13        record.
14                  The time is 3:35 p.m.
15        Q.        At any point if you need a break for
16   any reason, just to clear your head, just say so.
17   We could obviously accommodate that.
18        A.        Thank you.
19        Q.        Before the break, with the tweets, as
20   you said, people have used your tweets to attack
21   you.  We are not looking to attack you.  We want
22   to give you an opportunity to say in your own
23   words, and you started to, to say why after these
24   incidents before December of 2018 you had posted
25   publically positive things about the Governor.
```

1            L. Boylan

2        A.        Sure.  So, you know, looking at it

3    now, it feels insane to read, but I think the

4    extent to which this person has succeeded at

5    momentarily destroying my life and controlling so

6    many people's lives says a lot about one's ability

7    to be in this place and have him as an enemy.  I

8    was working there at the time and I couldn't even

9    fathom anywhere to go outside of working there,

10   which is the same reason that when I was running

11   for Congress and I hadn't yet announced, but I was

12   exploring running for office, I connected with

13   ██████████  because I knew that ████████████ was a

14   representative of the working for -- for the

15   Governor's voice.  He was always nice enough to

16   me.

17            I conveyed to him that I was

18   interested in running for office and he said to me

19   "Lindsey, the Governor loves you" and then he

20   corrected his words, which I just thought was so

21   weird to begin with because, you know, he said

22   "Oh, he supports you" and then I thought the whole

23   thing was so weird because I was finally away from

24   this person, I had left, it had been very

25   difficult for me, I was trying to strike out on my

```
                                         Page 179
 1                      L. Boylan
 2   own and still somehow I was still under his thumb
 3   in this way.
 4              So, you know, there is no -- when I
 5   was a little girl, everything about what I wanted
 6   to do in this world was to help make people's
 7   lives better and focus on people in pain in public
 8   service and there's nowhere to go if you create
 9   him as an enemy and I wasn't able to or strong
10   enough to do it then and it really took hearing
11   another woman's experience that was very much the
12   same as mine where one I had more sympathy for
13   myself in this dynamic because I had so much
14   sympathy for her and then two, I felt so
15   responsible for what had happened to her, so at
16   this point, I'm still chugging along, thinking how
17   do I get along in this world that belongs to this
18   Governor and it took a very long time for me to
19   change that, so that was where this was coming
20   from.
21      Q.      Thank you.
22              You talked about a conversation you
23   had with Rob Mujica where you were sort of talking
24   about how stressful and difficult it is.
25              Did you ever tell anyone in the
```

1                    L. Boylan

2    Executive Chamber directly or indirectly about any

3    of the incidents with the governor at the time?

4          A.      No.  You couldn't trust that group of

5    people.

6          Q.      Who is ████████████████?

7          A.      He was originally -- he was more

8    senior than I and he was, like, the staffer to Jim

9    Malontris, but then when Jim left, he was kind of

10   absorbed into ESD and I think he was more of a

11   liaise between Chamber and ESD, so in some ways,

12   he was more senior and then ultimately, when I

13   became Chief of Staff and especially when I became

14   Dep Sec, I would say I was more senior to him.  I

15   thought we had a good relationship, but he -- I

16   mentioned -- when I spoke to Ronan Farrow that I

17   vividly remember an occasion where I told him

18   that -- I guess I did kind of tell someone -- I

19   told him that I was waiting for a meeting with the

20   Governor, I believe in his office area, and I said

21   "I'm afraid" and he said "You do this stuff all

22   the time.  You're fine."

23              You know, kind of like, how, you

24   know, you got this and I said "I'm afraid because

25   of, you know, how the Governor treats me and how

```
                                        Page 181
 1                    L. Boylan
 2   he likes me" and he said "Oh, I thought he liked
 3   blondes."
 4              Now, I vividly remember this.  Ronan
 5   Farrow reached out to him and said he had no
 6   recollection of that, so, you know, I'll take that
 7   at face value, but it happened.
 8        Q.      Back when you were in Chambers, was
 9   any sexual harassment training done?
10        A.      No.
11        Q.      What's that?
12        A.      The whole building is sexual
13   harassment.
14        Q.      But there was no annual even just --
15        A.      No.
16        Q.      Did you have any knowledge about any
17   policies or procedures in place to deal with
18   harassment?
19        A.      There was no HR.
20        Q.      Is there anyone that handled any of
21   the sort of functions that in a normal place would
22   be handled by HR?
23        A.      You know, I'm sure that, you know,
24   you've heard that I left and there was a lot of
25   tension and the fact that Alfonso was somehow
```

```
                                          Page 182
 1                    L. Boylan
 2     playing this role I think says everything about
 3     the existence of an HR office.
 4          Q.      We'll come to that in a moment.
 5                  Did you ever consider trying to file
 6     some sort of complaint against the Governor while
 7     you were there?
 8          A.      JCOPE is staffed by the Governor.  I
 9     was senior enough to know exactly how everything
10     works.
11          Q.      Had you ever -- go ahead.
12                  Did you ever hear of anyone who tried
13     to make any sort of complaints against the
14     Governor?
15          A.      Against the Governor?  No.  They
16     would be destroyed before they even stepped out
17     the door.
18          Q.      Did you hear of anyone try to make
19     any complaint or making any complaint against
20     anyone else in a sort of senior position in the
21     Chamber?
22          A.      No.  I mean, the first person that
23     there would be a complaint against would be
24     Melissa for her toxicity.  That tells me
25     everything I need to know about whatever this
```

```
                                        Page 183
 1                    L. Boylan
 2     fucking personnel file is.  It's not a research
 3     file.
 4          Q.        You mentioned Alfonso David.
 5                    Did you have any discussion with
 6     Alfonso David about any issues that you were
 7     having --
 8          A.        With the Governor?
 9          Q.        Not the Governor, but any other
10     employment-related matters.
11          A.        No.  Other than he asked me that
12     question, not that I recall.
13          Q.        Did you ever talk to anyone about any
14     issues that you were having with any of your
15     colleagues or anyone who worked at ESD?
16          A.        Well, at the end, if that's what
17     you're talking about, near to when I left, I had
18     asked -- ███████████████████████████████
19     ████████████████████████████████████
20     █████████████████████████████████████
21     ████████████████████████████████████████
22     ████████████████████████████████████████
23     ████████████████████████████████████
24     ███████████████████████████████████
25     ████████████████████    ██████████████████
```



Page 184

1          L. Boylan

18          ██████████████████ -- the second-to-last day

19   I was there, I received a -- like an invite from a

20   meeting with Alfonso.  Already, I'm like well,

21   that's weird.  I go into the meeting and there's a

22   bunch of lawyers there and it's about how I was

23   mistreating her and other people and I just knew

24   that the whole set up of that, given how the whole

25   Chamber operated and that that meeting would never

Page 185

1                    L. Boylan
2    happen unless it was someone that they wanted to
3    get rid of.
4    ████████████████████████████████████
5    ████████████████████████████████████████████████
6    ████████████████████████████████████████████████
7    ████████████████████████████████████████████████
8    ████████████████████████████████ -- so I
9    just said I'm done, I can't do this anymore, I
10   can't do this, I can't do the pressure, ██████
11   ████████████████████████████, ██████████████
12   ████████████████  because of the stress and the fear
13   and I just quit.
14              So if you mean, like, did he ever get
15   engaged, the last day of my employment there was a
16   meeting where he said that I was being aggressive
17   to her and other employees and I said, you know,
18   there's nowhere to go from here.
19        Q.      You said it was a room full of
20   lawyers.
21              Who else was in the room?
22        A.      There was one on the phone, which I
23   think was Camille, the woman who now heads JCOPE
24   as an independent leader.  Camille Vralick.  In
25   the room, I think maybe there was -- the only

Page 186

```
 1                        L. Boylan
 2   lawyer that I have some modicum of respect for
 3   is -- I don't remember her name.  I could find it.
 4   She was actually like a real ethics lawyer kind
 5   of.
 6        Q.        Was it Julie?
 7        A.        Coopiyak, yes.
 8        Q.        Do you recall what Alfonso David said
 9   with regard to the accusations?
10        A.        There were allegation that I was mean
11   to my staff and that I shouldn't have -- first he
12   said that I shouldn't have handled this directly.
13   I said fine, I'll give you that.  No problem.  I
14   shouldn't have even had to deal with her after we
15   had that escalation ████████████████████████
16   ███████████  I said okay.
17                  But then he said well, there's these
18   other cases of women who are, you know, not -- who
19   said that you weren't nice.  First of all, I never
20   had a bad performance review when I was at ESD.
21   I'm sure I ruffled some feathers.  I'm sure I
22   pissed off some people and, you know, I probably
23   did -- was not nice to someone here and there, I'm
24   sure.  But the way that it was set up was a set
25   up.
```

```
                                                    Page 187
 1                         L. Boylan
 2               So, you know, I received the message
 3    about what this was, which was there's no way for
 4    me to be in this place.
 5         Q.      Other than ████████████████████████
 6    ██████████████████████████, did he identify
 7    anyone that claimed you were being --
 8         A.      No.  He said there were others, but
 9    it was never identified.  I was never informed of
10    who it was.  I tend to feel like I could probably
11    explain some context if there was someone, or if I
12    was mean to someone, I'm sorry.
13               You know, under my leadership, I
14    elevated more women and minorities in terms of
15    salary increases and in promotions than I think
16    anywhere else in the agency.  ██████████████████
17    ██████████████████████████████████████████
18    ████████████████████████████████████████████████
19    ██████████████████████  So, you know, I don't want
20    to negate what someone may have said that I didn't
21    do right.  I just didn't know who it was, so ...
22         Q.      Did he ever ask you about any of your
23    interactions with Senior Staffer #1 ?
24         A.      No.
25         Q.      Did he ask you about any of your
```

```
                                              Page 188
 1                       L. Boylan
 2    interactions with  Senior Staffer #2  ?
 3         A.        No.
 4         Q.        Did you ever call  Senior Staffer #2
 5    stupid or ineffective or anything along those
 6    lines?
 7         A.        Ineffective, yeah.
 8         Q.        Did you say that to her or about her
 9    or --
10         A.        I'm sure I called her ineffective.  I
11    never called her stupid.  I probably said she was
12    stupid in passing or something like that was a
13    stupid remark.  She would be calling me five or
14    six times in a day in the same time that the
15    Governor was calling me about information that I
16    couldn't get to her any faster and she didn't
17    understand anything that was going on, she was
18    just yelling at me without actually understanding
19    things like the Penn Station project.
20         Q.        Did he ask you about you throwing
21    anything at anyone?
22         A.        I've never thrown anything at anyone
23    ever.
24         Q.        Did he ask you about that?
25         A.        No.  And I've never done that.
```

Page 189

1                    L. Boylan

2        Q.       Did he or anyone else in the meeting

3   ask you about █████████████████████████████

4   █████████████████████

5        ██        ███████████████████████████████

6   ████████████████████████████████████████████████

7   ████████████████████████████████████████

8   ███████████    ███████████████████████████████████

9   ████████████████████████████████████████████

10  █████████████████████████████████████████████████

11  ██████████████████

12       Q.       Did they --

13       A.       How do I -- that's a protected --

14  none of these things were ever communicated to me.

15       Q.       I'm just trying to find out what was

16  discussed at this meeting.  I'm not lobbing

17  accusations at you.  I'm trying to ask if things

18  were asked.

19               Did they discuss at all at this

20  meeting whether you were up to date in putting in

21  your paperwork on travel expenses?

22       A.       They may have mentioned that I was

23  behind and it was because ████████████████████████

24  ██████████████████████████████████████████████████

25       Q.       So they started asking these

Page 190

1                      L. Boylan
2      questions.
3                      Did you say you were resigning or
4      what did you say in response when he started
5      talking about these things?
6           A.      I think I said, you know, I gotta
7      think about if I want to be here and then I think
8      I said, you know, if I do leave, you should
9      promote ███████ because she's really incredible.  I
10     think that's what I said.  Then I went back to my
11     desk -- something like that.
12                    Then I went back to my desk and
13     instead of the three times where I had tried to
14     quit and, you know, it was, like, pushback and
15     people wanted me to be there, I sent Melissa an
16     email where I said "I hope you use your leadership
17     to help women."  I think I sent Alfonso an email
18     saying "Got it.  This is my last day" and then I
19     sent my mass email to all of Chambers saying "This
20     is my last day.  Thank you so much.  It's been a
21     pleasure" or something like that because I wanted
22     it out there because once it was out there, it was
23     not retractable.
24          Q.      You mentioned a couple times that
25     there were prior times that you tried to resign.

Page 191

1                    L. Boylan

2              How many times was that?

3      A.      That was ultimately I think my third.

4      Q.      Were those all in 2018?

5      A.      Yes.  Also, you know, █████████

6  ████████████████████████████████████████

7  ██████████████████████████████████████████

8  ██████████████████████████████████████

9  ███████████  I thought about just resigning then,

10 too.  So it probably would have been four.

11     Q.      The time after the incident, did you

12 talk to anyone about resigning or just think about

13 doing it?

14     A.      ████████████████████████████████

15 ████████, but no, I didn't.  No.  But I got past it.

16     Q.      When is the next time that you

17 thought about resigning or talked to somebody

18 about resigning?

19     A.      March.  No, no, no.  So my husband

20 and I do an annual anniversary trip for, like,

21 when we got engaged and we go to █████████ every

22 year and I was calling my friend ██████ and I was

23 like "I don't think I can take this environment"

24 and she said ██████████████████████████████

25 ████████████████████  ██████████████████████████

```
                                           Page 192

 1                      L. Boylan

 2    ████████████████████████████████████████

 3    ████████████████████    ████████████████

 4         Q.      When is the first time you talked to

 5    anyone in the Chambers about resiging where they

 6    said no, no, stay or things along those lines?

 7         A.      Where they really, like, expressed

 8    and everyone knew is probably that exchange that

 9    you have with Melissa DeRosa, around that time.

10         Q.      Why don't we turn to tab 16?

11         A.      Yes, that one.

12         Q.      So this is looks like July 25th,

13    2018.  So she wrote "Call me fast" and then you

14    wrote "Just tried you" and then she wrote "i know

15    it was a tough day today."

16         A.      Yes.

17         Q.      What happened that day?

18         A.      I believe this was the day where she

19    called me and said "What the fuck did you do?" and

20    I hung up the phone on her and said "No one talks

21    to me like that."

22         Q.      Did you after this exchange speak to

23    her?

24         A.      I don't actually remember actually

25    talking.
```

```
 1                    L. Boylan
 2      Q.      She says "We hope to see you back
 3  here tomorrow."
 4              Did you say that you were going to
 5  quit or did you leave early or something -- I'm
 6  sorry --
 7      A.      Yes, I left early and said I was
 8  going to quit.
 9      Q.      Did you say that to Melissa or did
10  you say that to somebody else?
11      A.      Honestly, I don't remember.  It was a
12  very tough time.
13      Q.      After this exchange, did Melissa say
14  anything to you to try to -- beyond this to try to
15  get you to stay?
16      A.      I mean, I've had -- I went back the
17  next day, I think.  So once you're, like, back in,
18  she's back to her old self, so no.
19      Q.      When's the next time that you talked
20  to anybody about resigning?
21      A.      I think I -- you know, I think I must
22  have actually done it earlier in the summer.  You
23  know I mentioned to you about Rob, when I told him
24  I didn't think I could do this.
25      Q.      Right.
```

Page 194

1                    L. Boylan

2        A.        That was actually pretty early on

3    when I got the job, so I would say that was late

4    spring, then there was this and there was one

5    other time, but I don't remember what it was.  And

6    then there was when I left.

7        Q.        When you left after you send out

8    your -- first of all, when you sent the email to

9    Melissa --

10       A.        Actually, that sounds about right,

11   the Rob, then this one and then, you know, I leave

12   and I think it's the end of September.

13       Q.        So you described after your meeting

14   with Alfonso David that you sent an email to

15   Melissa DeRosa.

16                 Did she ever respond to you?

17       A.        Your whole thing is deleted when you

18   leave immediately.

19       Q.        Did she ever try to contact you

20   personally?

21       A.        No.

22       Q.        After you sent out your mass email,

23   did anyone else get in touch with you about your

24   departure?

25       A.        Yeah, I think a ton of people were

```
 1                      L. Boylan
 2    shocked and then if you were really close, you
 3    weren't shocked.  So people like ███████████
 4    reached out to me.  She knew in, like, two
 5    seconds.  ███████████████████████████████████
 6    █████████████████████████     █████████████████
 7    ██████████████████████████
 8         Q.        What was ███████████  position?
 9         A.        ███████████████████████████████
10    ████████████████████████████████████████████████
11    █████████████████████████████
12         Q.       Did anyone from the Chamber ask you
13    to reconsider your resignation?
14         A.       No.  I was still talking with Rob.
15    So the other thing I was like I don't need this
16    and my husband were going on our actual
17    anniversary of we got married trip shortly
18    thereafter, so I'm on this trip and -- what
19    happened, but I was like is my life over if I,
20    like if I end it this way and if I don't, like,
21    try to put some pieces together, how am I going to
22    do this?  Like I don't -- you know, like, is my
23    life over?  There's no other place to go than this
24    place, there's no other place than working for the
25    Governor.  And I talked to Rob and I said well, if
```

Page 196

1                          L. Boylan
2        there was, like, a way where it would be different
3        and I don't have to, like -- you know, like, if
4        there's a different reporting line where I can
5        just, like, do the work that is important and not
6        be in that, I would come back, you know, and he
7        was like oh, I'll talk to him and see and he came
8        back and said I don't think it is possible.
9                          And at that point -- and I did say to
10       him I was like I feel like my life is over because
11       there's nowhere to go.  He said your life isn't
12       over, it's just beginning and I thought that was
13       nice.  And I emailed I think Alfonso in the group
14       and I said, you know, this is my formal
15       resignation because they were, like, asking for
16       some form or I was supposed to sign something and
17       I just said this is the final, like I'm done and
18       then I got to formal you're out, you've resigned
19       thing.
20           Q.      After the meeting with Alfonso David,
21       did you have any phone calls with him about
22       returning?
23           A.      No.  If I had had a good conversation
24       with Rob, I was going to follow up with Alfonso
25       and discuss it, but no, that never happened.

1                        L. Boylan
2          Q.        Did you ever ask Alfonso sort of
3    along the lines of what you asked Rob, is there
4    some way I could come back or --
5          A.        Rob was the friend that I kind of had
6    there, so it was through him.
7          Q.        Did you ever communicate with the
8    Governor in any fashion about your departure?
9          A.        Yeah, because I on some level -- and
10   I still believe not that I was a perfect, like,
11   manager or something, but that this process never
12   would have happened without him and I wondered if
13   I had not handled the interactions with him in a
14   way that he was -- I kind of thought this was
15   coming from him because nothing happens without
16   his imprimatur and I said, like, why would -- you
17   know, like, what is this?  Why is -- this is
18   bullshit.  You know, that's kind of my MO.  It's
19   pretty, to the extent that I can, be direct.  He
20   said "I didn't even know, you didn't even say
21   anything."  I said that's strange.  Like I
22   don't -- you know, I was still -- I have
23   complicated feelings about my time there.
24                    I got to oversee all of this recovery
25   work in Puerto Rico.  I got to do really important

```
                                        Page 198
 1                      L. Boylan
 2    work.  I got to meet really cool people.  It just
 3    all came with this other side that was really
 4    terrible, you know, so I was conflicted.  Right?
 5    And if that's the only powerhouse in the world,
 6    there's nowhere else to go.
 7              So yeah, I said well, I'll see if I
 8    could, you know, work it with Rob so I could -- I
 9    didn't want to have my life be destroyed by these
10    people or have to go into a completely -- why
11    should I have to give up everything that I'm
12    passionate about when I've worked so hard and
13    isn't there another way to do this.  You know, so
14    that's where I was coming from in that and
15    engaging after the fact.
16         Q.      That was the conversation with Rob.
17              Did you ever communicate directly
18    with the Governor about why you left?
19         A.      Yes, I said this is bullshit.  Like
20    this would never happen to Melissa.  This is the
21    most toxic environment I've ever been in.  At this
22    point, I was not saying to him directly "You
23    sexually harassed me.  You know, you did these
24    things to me."  You could never really say it to
25    him.  It really wasn't -- I said toxic environment
```

Page 199

```
 1                    L. Boylan
 2   after I eventually had some distance, it was toxic
 3   for women, but I couldn't get to that last point
 4   in the accusations until I talked to a woman who
 5   had basically exactly my experience, with
 6   Charlotte.  Right?
 7                   So at that point, it was about, like,
 8   this is ridiculous, this is the most toxic world
 9   I've ever been in.  Melissa is, like, the meanest.
10   All these women have been mean from day one.  The
11   fact that I had this meeting set up was a set up
12   and that's it.  That's how I felt.  Not that I'm
13   not culpable or you never not fucked up a
14   situation or a dynamic with someone, but I felt
15   that that was intentional and he said "No, it
16   wasn't, I didn't even know you were leaving."
17                   So I don't know what's true or not,
18   but that was the substance of my interaction.
19        Q.      Was that in person or by phone?
20        A.      Never again.
21        Q.      I'm sorry.  What's that?
22        A.      I never have seen him ever again.
23        Q.      This was a telephone call?
24        A.      I think it was a text exchange.
25   Yeah, I think it was some kind of text exchange.
```

```
                                            Page 200
 1                     L. Boylan
 2        Q.       Do you still have --
 3        A.       Blackberry by -- not before my
 4   Blackberry.  No.  I don't --
 5        Q.       When was it in relation --
 6        A.       Right in that time.  Right in that
 7   time when I decided to leave.
 8        Q.       Did you reach out to him or did he
 9   reach out to you saying I just heard about your
10   resignation?
11        A.       I was like this is bullshit, like I
12   was pissed on some level.  I wasn't ready to
13   direct all of it, like what really happened.  I
14   don't think I really absorbed it and how it felt.
15   But the overall was bullshit and as I think you
16   have an interest in talking to me, I've been
17   pretty direct with people.  You know?  It was kind
18   of like that.
19        Q.       After you left the Chambers, you ran
20   for Congress, correct?
21        A.       I took a few months off, but yeah.
22        Q.       And you're currently running for
23   Borough President; is that right?
24        A.       Yes.
25        Q.       Have you had any paid employment
```

```
                                        Page 201
 1                      L. Boylan
 2      since you left the Chambers?
 3           A.      No.
 4           Q.      I'm trying to get a sense of what
 5      else you've been up to since you left.
 6           A.      It's been really pretty busy.  I've
 7      worked harder running for office than I worked
 8      for, you know, I mean, it's exhausting.
 9           Q.      I did not mean to suggest -- I just
10      wanted to make sure I wasn't missing anything in
11      terms of what you've been --
12           A.      No, I mean one of the great things
13      about -- this is the duality of my experience.
14      One of the great things about the experience I had
15      was I got to do really important things at a high
16      level and you don't just get to do that, you know,
17      unless you kind of run your own show or do
18      something like that.  So I wasn't just going to go
19      back and work in, you know, a corporate
20      environment.  There wasn't something else I was
21      interested in.  This is what I'm interested in.
22                   So it was more about how do I figure
23      out a way where I can do this on my own
24      authentically, work on improving myself and work
25      on what I care about authentically and ultimately,
```

1                    L. Boylan

2    that led me to run for office and then it was how

3    to do I get started with this, so it took a few

4    months and -- yeah.

5         Q.        Other than the pin or text exchange

6    with the Governor you just described, have you had

7    any communication with the Governor since then?

8         A.        When I officially -- right around the

9    time I officially announced that I was running for

10   Congress, like before I had talked to Bill and

11   kind of asked for the blessing -- because you

12   can't, you know, like you can't go forward like --

13   I wanted to know are they going to try to screw me

14   over, which he communicated to the Governor wasn't

15   in essence, although I learned later that Melissa

16   did try to screw me over personally, but I think,

17   you know, who knows what's what.

18                  I sent a thank you card for my time

19   from because there's no other world.  There's no

20   other way to be, right?  And I didn't want to have

21   an enemy and I wanted to be the perfect -- I

22   wanted to be the person who does everything

23   they're supposed to and doesn't have any enemies

24   and just does the job.  But that was the last -- I

25   sent a thank you and I never heard back.  So

```
                                          Page 203
 1                    L. Boylan
 2   obviously, he's the Governor.
 3        Q.       And you said that you heard that
 4   Melissa DeRosa called Jerry Nadler's campaign and
 5   was saying bad things about you.
 6                 Who told you that?
 7        A.       ████████████████
 8        Q.       And did he tell you what sort of
 9   things Melissa DeRosa was telling him?
10        A.       No.  I said I didn't want to know.
11        Q.       Between the time you stopped working
12   for the Executive Chamber and mid December of
13   2020, is there anyone else in the Executive
14   Chamber that you had any contact with?
15        A.       Yeah.  I mean, I think you have some
16   things you want to run through here, right?
17        Q.       There might be things I don't know
18   about, so I'm just asking you who --
19        A.       Let's see how much we can nail with
20   one thing.  My personality, once I decided to
21   occupy the field of making this difficult choice
22   and fucking up my whole life for a little while --
23   or messing -- excuse me -- messing up my whole
24   life for a little while, I wanted to see if
25   whatever way I could I could encourage these
```

Page 204

```
 1                       L. Boylan
 2   people who had been bystanders or willing
 3   participants in such a big abusive environment to
 4   do the right thing.  So when these things
 5   happened, I absolutely reached out to people.
 6       Q.      Before you started your tweets in
 7   December that started this all, between the time
 8   you left in September of 2018 and, say, early
 9   December 2020 --
10       A.      I'm not really interested in going
11   back on my relationship with Melissa, but because
12   I knew that she had messed with my campaign or
13   tried to, I was pretty pissed about something with
14   the voting decision that they had made and I,
15   like, texted her and maybe Dani about it.
16                 At the same time, I had also
17   secured -- helped secure -- a million masks for
18   the State of New York through a business contact.
19   So as much as this may be, like, their attempt to
20   say that, like, I built up this huge thing to,
21   like, get back, you know, I think actions speak
22   louder than words.
23       Q.      Is there anyone you were friendly
24   with after you left the Chambers that you stayed
25   in touch with?
```

Page 205

1                        L. Boylan

2        A.        For a while I was friendly with Rob

3    and I was appreciative that he had been you know

4    helpful and tried to put, you know, a positive

5    outlook.  I was really appreciative.  But how he

6    dealt with all of this stuff, I could just never

7    forgive him.  A lot of, like, the underlings, very

8    close, you know, like, you know, very good

9    relationship, but a few have reached out, like I

10   can't be public, but I, you know, I support you

11   and thank you for what you're doing.  That kind of

12   stuff.  But none of those senior people, no.

13       Q.        You mentioned the issue with Melissa

14   DeRosa and the voting thing.

15                 What is that a reference to?

16       A.        I don't even know.  I kind of like --

17   you have -- I scanned these things and I got the

18   sense from a story that they were trying to plant

19   that there was this -- they're trying to create

20   this bigger narrative, that I, like, had an ax to

21   grind and that it's exemplified by me texting

22   Melissa and Dani about something they did with

23   petitioning when I was running for Congress.

24                 But there's nothing bigger than me

25   thinking that they would do things to screw me

                              L. Boylan

1
2    over and it's not that far from the truth, given
3    the fact that Melissa released this supposed
4    personnel file, tried to screw up my Congressional
5    race, tried to get newspaper stories to cover the
6    personnel thing, tried to get Brad Hoylman as much
7    support from unions vis-a-vis me in this race.
8              So as much as it may sound extreme,
9    it's not that extreme when you realize what's
10   actually occurred that's been documented
11   publically.
12        Q.    What's your knowledge about what
13   role, if any, Melissa or anyone else from Chambers
14   had in getting unions to back Hoylman over you?
15        A.    Just what I read in the newspaper.
16        Q.    So in December of 2020, you tweeted
17   some things in more general terms about working
18   for the Governor's office.
19              What made you decide to send those
20   out there at that point?
21        A.    Well, I had, you know, if you have my
22   tweets, I had said that it was a toxic environment
23   like a year and a half before that on Twitter.
24   And Melissa, again, had been asked -- Melissa had
25   asked Jim Alatris to negate me and say I heard

```
                                    Page 207
 1                    L. Boylan
 2    someone Twitter bombing about, you know, being a
 3    working parent in Chamber and here's how great it
 4    is to be a dad in Chamber.  Well, that's not the
 5    same thing as being a woman in Chamber.
 6               But I had mentioned this a year and a
 7    half before that.  So my only point here is to say
 8    that I had been speaking about a toxic environment
 9    for women for a long time and on some level trying
10    to get my story out there, but I wasn't ready to
11    go all the way and look at how the pushback was.
12    Right?
13               Fast forward to the fall or, you
14    know, December 2020.  I now know how to use
15    Twitter.  I used it a lot for the whole campaign.
16    It's one of those innocuous questions, "What's the
17    worst job you ever had?" and on that I tweet, you
18    know, working for the Governor, blah, blah, blah,
19    blah, blah, toxic for women, it was a more
20    respectful environment when I waitressed at
21    Friendly's as a teenager.
22               I had tweeted those kinds of things
23    before that moment, but for whatever reason,
24    some -- it was either the Post or the Daily News
25    decided to pick it up and everyone in the press
```

```
                                        Page 208
 1                   L. Boylan
 2   saw it.  Right?
 3              That was when Charlotte reached out
 4   to me because she had seen the press coverage and
 5   she DM'd me and she said "Thank you so much for
 6   writing about this toxic environment.  It was
 7   toxic for me and I was actually sexually harassed"
 8   and I had not mentioned being sexually harassed by
 9   the Governor, not mentioned that at all.  And she
10   told a little bit of the story, she was a young
11   woman, so I said -- I called her, we had a
12   conversation and, you know, I told her none of
13   this was her fault.  As much as she didn't feel
14   like she could get out of it, she didn't feel
15   like she could -- you know, there was no way out
16   with regards to what she did in a way and how it
17   kind of derailed her life.  I knew exactly what
18   she meant.  It derailed my life on so many ways
19   that I'm only beginning to understand and not only
20   did I feel really guilty that I hadn't done
21   anything about it and prevented it from happening
22   to her, but I had more sympathy for myself because
23   I said oh, maybe this is -- maybe I'm not, you
24   know, shameful that I couldn't fix this, that I
25   couldn't make him believe in my talents or -- that
```

```
                                          Page 209

 1                    L. Boylan

 2    I couldn't -- I didn't know how to stop it.

 3                    I'm sitting with that feeling and,

 4    you know, the next day or so, I wake up and Andrew

 5    Cuomo is being floated for Attorney General for

 6    the country and I don't even think about it.  I

 7    just start tweeting and I don't tell my husband, I

 8    don't tell anyone who loves me or cares about me

 9    because I know if they did, they would stop me

10    because it was kind of like a kamikaze mission.

11    And it was.  It was a kamikaze mission and it kind

12    of did destroy my life for a little bit and I kind

13    of somehow knew it would.

14                    But, you know, I couldn't deal with

15    knowing that that had happened to Charlotte and on

16    some level knowing that had happened to a lot of

17    women and being responsible for it.  So I had to

18    speak up.

19         Q.      Did anyone from Chambers reach out to

20    you after you started tweeting and your first one

21    saying it was worse than Friendly's or the ones

22    after that to question what you were doing or tell

23    you to stop or anything else along those lines?

24         A.      One from ███████████████, who

25    I had, like, █████████████████████████
```

Page 210

1          L. Boylan

2   ████████████████████████████████████

3   ████████████████████████████████████████

4   ████████████████      ███████████████████████████

5   ████████████████

6          I had reached out to ████████████████

7   █████████████████████████████████ who had

8   worked for the Governor and now works, I think,

9   for ████████████████████████████████████████

10  ████████████ but she had said "Well, I wanted to

11  help you with, you know, connecting in Washington

12  Heights or whatever, but do you really think -- I

13  can't do that basically if you continue with what

14  you're doing."

15          So those I got.  I got a bunch of

16  people who said thank you for coming forward, like

17  people don't have the privilege I do to do that.

18          Then I kind of like -- my life

19  exploded for a few days.

20     Q.     Did any former employees of the

21  Chamber reach out to you to try to convince you

22  not to do what you're doing?

23     A.     Well, I viewed both of those things

24  kind of in that way, but no.  I think at that

25  point it was more the destroy Lindsey phase

```
                                              Page 211
 1                        L. Boylan
 2    because, you know, I had gone out there and done
 3    something so public already, it was more the
 4    destroy Lindsey phase, which is when the personnel
 5    thing happened, which as a party, and the guy who
 6    works at -- ███████████████████
 7                    Charlie King had reached out to
 8    several of my campaign staff to say "Are you
 9    really working for Lindsey?" and I lost my comms
10    team.  One of them was fine because it wasn't a
11    great fit from the beginning, but I lost that and
12    there was a lot of negative press that was
13    planted, including by, as I've learned, Rich
14    Bamberger, who alongside Josh Vlasto had a year
15    and a half, maybe at the most two years before
16    that -- maybe two years before that -- nominated
17    me for a women's leadership award, which I
18    received.  So I just -- I think that's such
19    bullshit and, you know, completely unethical and
20    it's sad that ███████████████, sad that ████
21    ████████████████.  Surprisingly, they'll never
22    work for that Cuomo guy.
23         Q.     Who is Charlie King?
24         A.     He's an ally of the Governor.  He
25    works at Manatt, I believe.
```

```
                                        Page 212
 1                     L. Boylan
 2        Q.       Did your staff tell you that Rich --
 3        A.       Yes.
 4        Q.       -- reached out to them?
 5        A.       Yes.
 6        Q.       What's the story that Rich Bamberger
 7   planted?
 8        A.       He's the one who was calling -- at
 9   least as I understand it -- you may know more but,
10   I read it in the New York Times -- I think it was
11   Times, maybe the Journal -- that Melissa, Steve
12   Cohen and I think Rich maybe or whoever the third
13   person was were in a huddle about what to do and
14   the idea was to release this supposed personnel
15   file, which I reject is my personnel file, not to
16   say I've been perfect, but I reject that as a
17   personnel file because A, I've never seen it and
18   B, there was no such file when I was at ESD, which
19   is where I spent the majority of my career at
20   State and that he was directing press to reach out
21   asking for it.  That's my understanding of how
22   that set up worked.
23        Q.       Did you hear about this from anyone
24   other than what you read in the press?
25        A.       No.  I read it in the press.
```

```
                                        Page 213

  1                       L. Boylan
  2        Q.        By the way, did you ever get formal
  3   performance evaluations at any time at ESD or the
  4   Chamber?
  5        A.        Formal?  No.  I got promoted twice.
  6   I got very positive feedback from my employees if
  7   we're considering a 360 and my employer, never
  8   anything negative, but I also frequently had to
  9   deliver, you know, negative news, so I wouldn't be
 10   surprised if some people didn't like me or didn't
 11   think I was fair or their brand, whatever, and
 12   then there was absolutely nothing in Chamber.
 13        Q.        At ESD, did you have to do written
 14   evaluations for anyone that reported up to you?
 15   I'm trying to get a sense of --
 16        A.        Performance reviews for all my
 17   employees.
 18        Q.        You broke up right now.  If you could
 19   just repeat that -- I'm sorry.
 20        A.        Yes, I did annual reviews for my
 21   direct reports and they were documented.
 22        Q.        But Howard Zemsky didn't do similar
 23   ones for you?
 24        A.        I had a sit down and it was like
 25   doing well and I got to -- I mean, I knew I
```

```
                                    Page 214

 1                    L. Boylan

 2   deserved it because I was working incredibly hard

 3   and we worked incredibly well together until we

 4   could no longer work together because of what I

 5   expressed to you.  I knew that.  Up until that

 6   point, he was like a dad and it was a great

 7   working environment.  I worked my ass off and I

 8   really -- and I did -- and I did deserve those

 9   raises, but no, there was never, as I remember, a

10   formal written thing.  It was a conversation.  It

11   was a review, but it was a verbal thing.

12        Q.      Did you ever hear from anyone

13   including any reporters any other stories that

14   they were trying to plant about you but maybe

15   weren't successful?

16        A.      Yes.  Joseph Velasquez tried to have

17   the Malontris (phonetic) thing become a story

18   originally when I posted about the toxic women's

19   environment.  That was when I was running for

20   Congress, during the course of that.  Then the

21   performance review and then losing two of my

22   staffers, Charlie King was trying to promote --

23   once all of this stuff happened, losing two of my

24   staffers, Charlie King was promoting that, too.

25        Q.      You mentioned talking to Charlotte.
```

```
                                        Page 215

1                     L. Boylan

2               Did you keep in touch with her after

3    December?

4        A.      Yeah.  I text with her all the time.

5        Q.      I think you mentioned earlier having

6    communication with Caitlin.

7               When did you first have any

8    communication with Caitlin?

9        A.      We overlapped and I actually reached

10   out to her.  Not at first.  After my life

11   exploded.  There was a need to see if I could kind

12   of help tell a bigger story if I was going to do

13   this.  Not only did I have to get my ducks in a

14   row and you see how hard it is for me to do dates,

15   so it took a while to tell the story the way it

16   would capture how toxic this environment was and

17   how abusive this environment was.  I also started

18   thinking, frankly, who are women who are close to

19   him that were in what he would find attractive and

20   I started reaching out to them and two of the

21   first people I reached out to were Ana Liss and

22   Caitlin.

23       Q.      Who else did you reach out to?

24       A.      I reached out to -- there was, like,

25   a blonde haired regional rep person.  I don't
```

```
 1                    L. Boylan
 2   remember her name.  I found her on LinkedIn.
 3   Someone I don't remember.  She said she had a fine
 4   relationship.  I said no worries.  I said I was
 5   wondering if you want to talk about -- because if
 6   I was reaching out, they knew what I was reaching
 7   out about.  So I said hey, I was hoping we could
 8   talk offline about something.  She said "Oh, I
 9   only had a positive experience."  Great.  No
10   problem.  Moved on.
11              It's important to note that all of
12   this didn't happen until well into the new year.
13   This narrative that Rich as a party is pushing
14   about the personnel file, I wasn't doing any
15   outreach to anybody else when I tweeted that and I
16   didn't do any outreach to anyone else until I
17   think mid January or early January.  So that's
18   total bullshit.  I hadn't reached out to a single
19   person, I didn't have a lawyer, none of it.
20              But at that point, yeah.  I think --
21   I'm trying to think.  There are one or two more
22   people.  ████████████████████████████████
23   ██████████████████████, very attractive, similar
24   coloring, I said "Would you be willing to talk
25   offline?"  She said "I am thinking about you, I
```

Page 217

```
 1                        L. Boylan
 2    would be happy to talk offline," but then we never
 3    did.  I think she got scared away.
 4                   Then I did hear from ███████████.
 5    I didn't reach out to her because I had a lot more
 6    interaction with the Governor than she did.  She
 7    reached out on her own, saying "I'm so sorry, I
 8    can't do anything to help or speak up."  She has,
 9    like, ████████████████████████████████████
10    ██████████████, so I got it.  I was really angry at
11    her for not standing up for me later on, which I
12    expressed to her, but other than that, I'm trying
13    to think if there were other people -- oh yeah.
14    There were a few other younger women that I
15    reached outed to.  One or two I spoke with.  I
16    didn't say "Were you sexually harassed?"  I said
17    "Would you be up for a call offline?"  I think
18    there are two -- so many attractive women, I meant
19    their coloring kind of fits into what I observed
20    as a trend.
21                   They said, you know, "I hated the
22    environment, but I didn't have that specific
23    experience," the two other women I spoke to,
24    so ...
25         Q.      Did you either then or at any other
```

```
 1                    L. Boylan
 2   later point speak to any of the executive
 3   assistants up in Albany?
 4        A.      No.
 5        Q.      When you reached out and spoke --
 6        A.      There was one that I overlapped with
 7   who by now was in a far other agency, ████████
 8   something.  She said "I've been thinking about
 9   you, love you lots, but I had a good experience."
10   That was only one.
11                I really don't know anyone who is in
12   this current batch.  I don't know to my knowledge
13   either of the women, either Alyssa or the unnamed
14   women at all.
15        Q.      When you reached out to Caitlin and
16   Ana Liss, you said you wanted to tell a larger
17   story.
18                What were you asking them to be a
19   part of at that point?
20        A.      I said hi, you know, sorry to bug
21   you, you know me, you know what I've said already,
22   I'm trying to see, you know, I know this happened
23   to other women, I'm just trying to see if it's
24   anyone that I might know so that if there's some
25   way to -- you know, fight against this even behind
```

```
                                        Page 219
 1                    L. Boylan
 2    the scenes, it would be helpful.  I know we
 3    overlapped, you're a very beautiful woman and very
 4    hard working and that seems to be what he focused
 5    in on.
 6              It wasn't like asking them for a
 7    specific commitment.  Even when I came forward
 8    with my Medium piece, Charlotte and I had been
 9    texting back and forth and I had been apprizing
10    her of what I had been thinking.  When I posted,
11    you know, I did it certainly hoping that she might
12    come forward, but I didn't expect it.
13    Q.      I certainly don't want to ask about
14    any conversations with any lawyers, but there's
15    some reference that suggests you had a lawyer
16    prior to Jill?
17    A.      I did.  I did.  They were perfectly
18    nice and they helped me put my story together,
19    which tells what I wanted to communicate about how
20    insidious this is.  I didn't know what to expect
21    about this process.  I thought I might come
22    forward and I might be the only one and if my life
23    had been destroyed, it would really be destroyed
24    then, but I still felt like I had to do it.  I
25    thought I might say something and then try to go
```

```
                                              Page 220
 1                     L. Boylan
 2    back to my campaign and have it be a totally
 3    different separate thing and be done.
 4              Instead, what happened is it became a
 5    huge thing and these investigations and I felt
 6    like I needed a partner and a lawyer who was, you
 7    know, infinitely more sophisticated than I about
 8    how to navigate these really scary things which I
 9    find scary, so that's when I reached out to Jill.
10        Q.     Obviously as a lawyer I'm not
11    suggesting there's anything wrong with contacting
12    a lawyer.
13              When did you retain prior counsel?
14        A.     That was when they started
15    retaliating against me.  I had three different
16    friends from Wellesley who are all lawyers say "Do
17    you have a lawyer?"  I think a lot of my friends
18    know me and know that they were trying to paint me
19    in a way that is, at worst, like I can't work with
20    black women or, at worst, that I'm racist or
21    something ridiculous like that.  I think it pissed
22    off a lot of my friends and they said "Do you have
23    a lawyer?  They're defaming you."  Then I said
24    "Oh, I need to get a lawyer."
25              So I would say it was probably within
```

```
                                        Page 221
 1                     L. Boylan
 2    a week of when I tweeted, but after the press of
 3    the retaliation.
 4         Q.      And you've read some of the things
 5    that they were saying, of course.
 6                 Were you asking Caitlin or other
 7    women to join a lawsuit with you or class action?
 8         A.      So I got a lot of outreach.  I didn't
 9    realize this was part of your all's business, like
10    ambulance chasing thing.  I got LinkedIns and I
11    got -- in addition to numerous reporters who had
12    my cell phone information and I didn't want to
13    talk to anyone, as I explained in my tweets.  I
14    got a lot of outreach from lawyers and one, you
15    know, like you heard from people who want to do
16    that, like sue and why would I -- when I've spent
17    my whole life to try to be in government -- why
18    would I sue my own state that is struggling?  So I
19    had no interest in that.
20                 What I had interest in was holding
21    the Governor accountable and making sure he didn't
22    do it to any other women.  I knew if I stood
23    alone, that's just me.  If I could even privately
24    get women to confirm this happened, I was thinking
25    if I could somehow get on background Charlotte and
```

```
                                    Page 222
 1                      L. Boylan
 2   other people -- not on background -- without their
 3   names to say that this happened, maybe it would
 4   make it so he couldn't do this to anymore women.
 5        Q.       At any point after 2021 did you reach
 6   out to other people that you worked with to see if
 7   they would corroborate what happened?
 8        A.              ████████  I reached out to.    ████
 9   ████████  I reached out to.  I think I reached -- I
10   tried to reach out to a bunch of people I thought
11   I would trust.  You know, I get it.  Everyone is
12   too afraid.
13        Q.       Did anyone offer to come forward and
14   support you of the people you reached out to?
15        A.       I mean Caitlin, she's, you know,
16   talked to Rebecca Trader and there are others like
17   that.   ██████████████████████████████████████
18   contributed to those stories.  I'm sure I know
19   tons that have, but very early on -- in fact, my
20   earlier lawyer, I was told you should not be the
21   receptacle of stories because you could be
22   subpoenaed and if people don't want to tell their
23   story, you shouldn't be the one doing it, so I
24   kind of moved away from it and frankly, my life
25   fell apart, so it was enough just to try to -- I
```

```
                                              Page 223
 1                        L. Boylan
 2    ███████████████████  █████████████████████████
 3    ███████████████████████████████████
 4    ████████████████████████████████
 5              MS. BASINGER:  Anne, I don't know how
 6       much longer you have, but if you have a while
 7       still left, I want to give Lindsey a little
 8       bit of a break.
 9              MS. CLARK:  Sure.  It's not hours
10       more, so but it's not almost done, so I think
11       this is a fine time for a break.
12              MS. BASINGER:  Okay.  About 15?  20?
13       How's that?
14              MS. CLARK:  How long do you want?
15       Whatever you guys need.
16              THE WITNESS:  Not like this isn't the
17       highlight of my week, but --
18              MS. BASINGER:  Believe it or not, you
19       do need breaks.  I know you don't believe
20       that, but Anne will tell you.
21              Why don't we take 15?
22              THE VIDEOGRAPHER:  Standby to go off
23       the record, please.
24              This is the end of media unit three.
25              We are now off the record at
```

```
                                    Page 224
 1                    L. Boylan
 2        4:30 p.m. for break.
 3                (Recess taken)
 4                THE VIDEOGRAPHER:  This is the
 5        beginning of media unit four.
 6                We are now on the record at
 7        4:47 p.m., back from break.
 8        Q.       I wanted to ask you about a couple
 9   documents.  If you look at tab 19 --
10        A.       Yes.
11        Q.       Do you recognize this document?
12        A.       Yeah.  This is stuff I get on What's
13   App from people who know state workers.  You know,
14   like they send this to me.  I get tons of stuff
15   like that.  I don't know exactly who it relates
16   to.  The person who sent this to me is very
17   connected into the Jewish community and my
18   assumption -- visibly Jewish, excuse me -- my
19   assumption would be that it's -- the person who
20   had originally sent that was crossed out.  But I
21   don't know -- I don't know -- I get tons of stuff
22   like that, oh, I've heard that, blah, blah, blah.
23        Q.       Twenty is a similar thing?
24        A.       Sorry.  Yes.
25        Q.       If you look at 21, it's a text, it
```

```
                                           Page 225
 1                    L. Boylan
 2   looks like, from someone saying "You're destroying
 3   my reputation," etc.
 4              Do you know have idea who this came
 5   from?
 6        A.      No.  I mean, I would get a lot of --
 7   I had to turn off my Instagram comments and other
 8   sources, but this was the only one where I was
 9   like this is -- this one it was different
10   obviously.  So I shared it with Jill.
11        Q.      Have you spoken to -- you can put
12   that aside.
13              Have you spoken to any of the other
14   women who have come forward publically or
15   semi-publically about the investigation itself?
16        A.      No.  We -- I share articles like what
17   an asshole he is every time he pretends to rewrite
18   the sexual harassment laws and we provide each
19   other with moral support.  Anna did ask me, like,
20   are you going to be do the assembly, I'm going to
21   follow what you do and that kind of thing and I
22   remain suspect of the politicization of the
23   process but I do feel better about Davis Polk.
24              So those are the kinds of things that
25   we talk about and it's really important for me to
```

```
                                      Page 226
 1                    L. Boylan
 2    be connected with them because it helps me, but
 3    those are the kinds of things we discuss.
 4         Q.      I think when we spoke before that you
 5    said there were some women who reached out to you
 6    that you said you weren't sure if they wanted to
 7    come forward.
 8                  Do you know of any other women who
 9    were ready to come forward at this point or --
10         A.      I know that I had heard that there
11    was at least one woman in the State Patrol Unit
12    that I had hoped you would be connecting with.  So
13    that I heard.
14                  You know, at the end of the day, I'm
15    really angry about people like Senior Staffer #3 but I'm
16    also like --                    and I kind of feel
17    like I hope that some people like that would come
18    forward in a different way.  You know?
19         Q.      And I know you said you got a
20    direction -- Jill said she gave you direction not
21    to speak about our interview before.
22                  Did anyone try to get information
23    from you about our prior interview with you?
24         A.      Yeah.  I mean, every reporter.
25         Q.      Aside from other press who I'm sure
```

```
                                         Page 227
  1                   L. Boylan
  2  have --
  3       A.      No.  No.  Not that I can think of.
  4  If there's something more specific you're
  5  wondering, but only press that I can think of.
  6       Q.      There's one -- I forgot to ask you
  7  earlier.
  8               Did the Governor ever make any
  9  comment about a scar on your knee?
 10       A.      Yeah.  Yeah.  I had had a bad
 11  horseback riding fall and, like, I couldn't go to
 12  something and he -- he said "How bad can it be?"
 13  and it was, like, a giant gash on my knee.  So
 14  yeah.
 15       Q.      Did he say anything else about the
 16  scar on your knee?
 17       A.      He said something about my legs, like
 18  my nice legs and that was the first indication
 19  that I got that, you know, that was the first
 20  verbalization where I was talking about -- it's
 21  called a degloving injury, where it actually takes
 22  the stuff off your knee, so that's what I was
 23  talking about and then he took it in a different
 24  direction.  He was very good at making you feel
 25  like you were having a normal conversation until
```

```
                                      Page 228
 1                   L. Boylan
 2     you weren't.
 3         Q.      When did that conversation take
 4     place?
 5         A.      Right when I hurt my foot.  I think I
 6     was supposed to be at something and then I
 7     couldn't go or something because I literally
 8     couldn't walk.  That would have been -- how many
 9     years ago?  Probably sometime in 2017 because
10     that's the boundary line where it was like there
11     was enough interaction with him and Stephanie
12     was -- I thought I included this at some point,
13     but I don't know if I made it.
14               She was always like "Do you have a
15     pin yet?"  You know, because we didn't use pin at
16     ESD, we didn't use Blackberries at ESD, but that's
17     all how he communicated directly to people because
18     he didn't do email.  And, you know, always wanting
19     to be respectful, you know, like after things like
20     that where I went on the plane and the GM thing, I
21     would say that.  On several -- like at least a few
22     occasions, like in similar timeframe, she would
23     say something like "Do you have a pin?  You should
24     tell him yourself" and I didn't.
25               Later on, as I was doing more work in
```

```
 1                    L. Boylan
 2   Chamber, I did get a Blackberry, so I did have a
 3   pin.  Where was I going with this?  It felt like
 4   the effort was to -- you know, fish food, like
 5   feed me and other women like fish food to him.  At
 6   first I didn't think so much of it because I'm
 7   like well, she's his assistant, this is a normal
 8   thing, this is how he communicates with people,
 9   you know, so -- I don't know what I was responding
10   to with that but ...
11        Q.     When he made the comment about your
12   scar on your knee and legs --
13        A.     It wasn't a scar at the time.  It was
14   an open gash.
15        Q.     Okay.
16               Was anyone else present?
17        A.     No.
18        Q.     Did anyone explain to you why the
19   Governor preferred pins to emails?
20        A.     Yeah, I think it was pretty
21   universal, so he couldn't be tracked.  He learned
22   during being Attorney General that you didn't want
23   to have email.
24        Q.     Who told you that?
25        A.     I feel like every person I ever
```

```
 1                    L. Boylan

 2   interacted with.

 3        Q.      Did anyone explain to you whether

 4   pins were preserved or what happened to the pins

 5   after they were sent?

 6        A.      I heard that they were deleted or

 7   that they were destroyed.

 8        Q.      You described much earlier today

 9   Alfonso David talking about deleting emails.

10                Did anyone else talk to you about

11   deleting things on your emails?

12        A.      Linda Lacewell said it regularly in

13   staff meetings.

14        Q.      Did she and Alfonso David say to

15   delete all your old emails or did they say to --

16        A.      Practice good email hygiene.  I get

17   it because there's always stuff like, you know, if

18   I was a little bit curt in an email, someone could

19   take it later.  But I had kind of an ethical and

20   moral issue with that because I'm going through

21   and deleting my emails, I have something that I'm

22   not comfortable defending and, you know, I know

23   there's a bunch of stuff where I'm like you should

24   do the right thing and it's just not my -- I don't

25   think I did delete them, but as soon as I left,
```

```
                                              Page 231
 1                    L. Boylan
 2   the whole thing is deleted.
 3        Q.      Couple other questions.
 4                Did anyone ever ask you to delete
 5   specific emails?
 6        A.      Not that I can recall.
 7        Q.      Who is ███████████████
 8        A.      ██████████████████████████████████
 9   ██████████  She's a mom and we became particularly
10   close.
11        Q.      And is she somebody that you told
12   about some of the things that happened in
13   Chambers?
14        A.      Yes.
15        Q.      And did you ask her to sort of
16   corroborate or --
17        A.      I just asked her to share what she
18   shared with me.  I wasn't sure what I had, you
19   know, told the small group of people, so I said,
20   you know, whatever I shared with you, can you
21   email me about it.  You know?
22        Q.      Did the Governor ever make any
23   comments or ask any questions about your sex
24   drive?
25        A.      No.  I mean, like I said, the
```

Page 232

1                         L. Boylan

2      innuendo thing, like the dog thing, that was,

3      like, a constant, but I -- he asked me how long I

4      was married for, that kind of stuff.  That was

5      weird.  Not that I can of think.  Not in a direct

6      way like he did with Charlotte, based on what I

7      read.

8          Q.      Did you ever hear him talking about

9      tattoos, people's tattoos?

10         A.      No, but I heard about the butterfly

11     thing, if that's what you're talking about.  The

12     thing he did say with me was -- one thing that is

13     also scary is he kind of knows like I was really

14     struck by how Charlotte is a rape victim and he

15     talked to her about this.

16                 For me, I love political speeches,

17     I'm like a real geek and a nerd and I love these

18     things and, you know, he's a politician.  He's

19     inappropriate and probing and just on the line and

20     it's different based on who he's talking to is

21     kind of my vibe, is my guess because some of the

22     things he did with Charlotte he did in different

23     ways to me.

24                 Like he would say things like -- I

25     remember one time he would ask me, like, about my

1                    L. Boylan

2    husband's career, you know, like, how much -- you

3    know, kind of insinuating how much money did he

4    make and -- in front of other people and he would

5    say oh, you guys are going to your house in blah,

6    blah, blah and he would say -- at some point, he

7    said you know, men get women through power or

8    money.  That's not about my sex drive, but it's an

9    equally weird thing to say.

10                   You know, I love political theory, I

11   was a political theory major, I love to read nerdy

12   books and I think he asked -- that's kind of the

13   same question, but in a different tone, if I could

14   say that.

15        Q.        Did you ever hear him using a saying

16   about old balls and young balls?

17        A.        Eww.  No.

18        Q.        Then I'll spare you.

19                   As you've read or talked to other

20   women, heard Charlotte's story, heard more about

21   Caitlin, Anna, other women, has anything reminded

22   you about anything you didn't tell us last name?

23        A.        The singing thing.  That was very

24   humiliating.  The dog thing which I hadn't told

25   you about.  You know, new stuff I think of every

```
                                        Page 234
 1                    L. Boylan
 2   day, not like major things, but it's -- I tried in
 3   my Medium piece to convey it was always kind of
 4   veering back and forth and I still don't think
 5   I've quite captured it and it's so unsettling
 6   because it can be totally appropriate sometimes
 7   and you just don't know.
 8              You know, I totally believe every
 9   single one of those stories, like the Blackberry
10   not working.  I believe all of it.  You know, what
11   Caitlin had said about, you know, having to look
12   up things and he's looking at her and it's too
13   close and I believe absolutely every single thing.
14       Q.     While you were working there, were
15   there any instances where somebody was hired and
16   you were told it was somebody that the Governor
17   met at an event?
18       A.     Oh, constantly.
19       Q.     Any men that were hired?
20       A.     No.  Never.  Never.  Never.
21   Constantly.  And a lot of times, they were placed
22   in my agency.
23       Q.     And can you remember the names of any
24   of the women that were hired after the Governor
25   met them at an event?
```

Page 235

```
 1                        L. Boylan
 2        A.  ███████████████████████████████
 3   ████████████████    Yeah, other people.  I mean, they
 4   were always attractive women.
 5        Q.      Can you recall any others?
 6        A.      Yeah, I'm sure I could.  He tried to
 7   get me -- █████████████████████████████████
 8   ████████████████████████████████████████████
 9   ██████████████████████████████████████████
10   That was one.  He was, like, all hot to get her
11   hired as soon as possible.  Years ago, he tried to
12   get her.
13                   There was a woman who he was going to
14   ████████████████████████████████████████████████
15   ██████████████████   ████████████   █████████████
16   ██████████████████ ██████████████████████████
17   ██████████████████████   There were always women,
18   pretty much from every event.
19                   MS. CLARK:  Joon or Jenn, before I do
20        some wrap up, any other issues or items that
21        I've overlooked?
22                   MR. KIM:  I don't think so.  I think
23        you covered pretty much everything I had on
24        my list.
25        Q.      I told you at the beginning that if
```

Page 236

1                     L. Boylan
2    there's any sort of statement you wanted to make
3    on the record you're welcome to do so, either --
4    anything we covered before or anything we didn't
5    cover that you just want to put on the record, you
6    have an opportunity to do so now.
7          A.      Sure.  You know, I've amassed -- I've
8    spent more money in the last few months than the
9    cost of my Columbia Business School degree.
10   Everything about my family was turned upside down.
11   This is not a fun experience for anyone.  I think
12   you know that, having been in this space.  Anyone
13   would only do it, I think, if it were really
14   important and increasingly I see the Governor
15   being even more cavalier about how he responds to
16   this and I hope for accountability for all of the
17   women here, but I fear even more what the
18   implication is of just letting him do that and get
19   away with it and all of it is very worth it if
20   things are different for women moving forward and
21   he just can't do that.  He's doing this in front
22   of everyone and I really hope that everyone is
23   cognizant of that.
24               MS. CLARK:  Thank you.
25               We're going to wrap up.  I hope we're

```
 1                    L. Boylan
 2       done for you today.  There's a possibility
 3       that something could come up that we --
 4               THE WITNESS:  That's okay.
 5               MS. CLARK:  -- reconvene and talk to
 6       you again.  If you come across other
 7       documents or your mom tells you she found
 8       something, get those -- my mom was the
 9       opposite, she threw everything away.
10               If you find any other documents, get
11       them to Jill and she'll get them to us.  And
12       the other thing -- and we're doing this with
13       everybody -- is we sent you and Jill those
14       packets of exhibits and in keeping with
15       keeping things confidential, we ask that you
16       either return them to use or shred them or
17       destroy them.
18               THE WITNESS:  I'm happy to shred my
19       darkest moments.
20               MS. BASINGER:  Okay.  You can set
21       them on fire if you'd like to.
22               Thank you very much.
23               Now, Marco has to take us off the
24       record.
25               THE VIDEOGRAPHER:  I'm taking us off
```

```
                                                    Page 238
 1                      L. Boylan
 2        the record.  We're not concluded, we're
 3        ending, correct?
 4                MS. CLARK:  Yes.
 5                THE VIDEOGRAPHER:  Standby, please.
 6                Thank you.
 7                We are off the record at 5:05 p.m.
 8        This is the end of the recorded interview of
 9        the witness May 20th, 2021.
10                The total number of media units use
11        was four and will be retained by Veritext New
12        York.  Thank you.
13                (Time noted: 5:05 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 239

CERTIFICATION

1

2                    CERTIFICATION

3            I, SARA K. KILLIAN, RPR, CCR

4       and Notary Public of the State of New York,

5       do hereby certify that LINDSEY BOYLAN,

6       the witness whose examination under oath

7       is hereinbefore set forth, was duly sworn,

8       and that such deposition is a true record

9       of the testimony given by such witness.

10           I FURTHER CERTIFY that I am not

11      related to any of the parties to this

12      action by blood or marriage, and that I

13      am in no way interested in the outcome of

14      this matter.

15           IN WITNESS WHEREOF, I have hereunto

16      set my hand this 25th day of May, 2021.

17

18

19      _____

20           SARA K. KILLIAN, RPR, CCR

21      Notary Public of the State of New York

22

23

24

25