# SHER TREMONTE LLP

July 11, 2023

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Cuomo v. Boylan***, 23-MC-01587

Dear Judge DeArcy Hall:

We represent former Governor Andrew Cuomo in the above-referenced miscellaneous matter and write regarding the briefing schedule on the pending motions. At the request of subpoenaed nonparty Lindsay Boylan, we consented to a two-day extension of Ms. Boylan's time to file an opposition to Governor Cuomo's motion to compel and to file a cross motion to quash. *See* ECF No. 15.

In light of that prior extension, and in light of the briefing schedule on related discovery motions in the underlying Trooper 1 action, counsel for Governor Cuomo and Ms. Boylan have conferred and agreed to the below revised briefing schedule:

- Governor Cuomo's reply in further support of his motion to compel and opposition to Ms. Boylan's cross-motion to quash due July 19, 2023 (extended from July 12, 2023)

- Ms. Boylan's reply in support of her cross-motion to quash due August 9, 2023 (extended from July 24, 2023)

This is Governor Cuomo's first request for such an extension and does not affect any other scheduled dates. We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s Allegra Noonan*

Allegra Noonan

cc: Counsel of Record (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156