# SHER TREMONTE LLP

October 17, 2023

**BY ECF**

Hon. Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Cuomo v. Boylan*, 23-mc-1587 (LDH) (TAM)

Dear Judge Merkl:

    We write jointly for movant Governor Cuomo and respondent Lindsey Boylan in connection with the Court's September 26, 2023 order directing the parties to file a joint status report by October 17, 2023. The parties have been meeting and conferring to determine if there is a way to narrow the scope of their disputes and propose a resolution for discovery going forward. At the same time, Governor Cuomo has also been meeting and conferring with Trooper 1 to discuss related issues and today requested a two-week extension of the deadline to provide the Court with status report in the underlying Trooper 1 Action. T1 ECF No. 170. Governor Cuomo and Ms. Boylan respectfully request a two-week extension, until October 31, 2023, to file a joint status report in connection with this miscellaneous action as well.

                                Respectfully submitted,

                                */s/ Theresa Trzaskoma*

                                Theresa Trzaskoma