SHER TREMONTE LLP

October 31, 2023

**BY ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Cuomo v. Boylan*, 23-mc-1587 (LDH) (TAM)

Dear Judge Merkl:

    We write jointly for Movant Governor Cuomo and Respondent Lindsey Boylan in connection with the Court's September 26, 2023 order directing the Parties to file a joint status report. Despite meeting and conferring in good faith, and in light of the fact that there is no agreement to narrow the scope of the underlying Trooper 1 Action (T1 ECF No. 173), Governor Cuomo and Ms. Boylan have not been able to resolve their discovery disputes.

        Respectfully submitted,

        */s/ Theresa Trzaskoma*

        Theresa Trzaskoma